# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN KEITH CALVIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-2544 |
| STATE OF KANSAS, DEPARTMENT OF CORRECTIONS; | ) |
| AND | ) |
| TOMMY WILLIAMS, WARDEN, EL DORADO CORRECTIONAL FACILITY | ) |
| Defendants. | ) |

## DESIGNATION OF PLACE FOR TRIAL

Plaintiff John Keith Calvin hereby designates Kansas City, Kansas as the place for trial.

December 30, 2022.   Respectfully submitted,

*/s/ Stephen R. McAllister*
Stephen R. McAllister   KS Bar #15845
Dentons
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone:   (816) 460-2400
Facsimile:   (816) 531-7545
Stephen.McAllister@dentons.com

AND

*/s/ William J Skepnek*
William J. Skepnek   KS Bar #10149
THE SKEPNEK LAW FIRM, PA
1 Westwood Rd.
Lawrence, KS 66044
Phone: 785-856-3100
Fax: 785-856-3099

1

bskepnek@skepneklaw.com

AND

*/s/ Cheryl A. Pilate*
Cheryl A. Pilate    KS Bar #14601
Morgan Pilate, LLC
926 Cherry Street
Kansas City, Missouri 64106
Telephone:    (816) 471-6694
Facsimile:    (816) 472-3516
cpilate@morganpilate.com

AND

*/s/ Quentin M. Templeton*
Quentin M. Templeton    KS Bar #26666
FORBES LAW GROUP, LLC
6900 College Boulevard, Ste. 840
Overland Park, Kansas 66210
Telephone:    (913) 341-8600
Facsimile:    (913) 341-8606
qtempleton@forbeslawgroup.com

AND

*/s/ Brennan P. Fagan*
Brennan P. Fagan    KS Bar #20430
Fagan & Emert, LLC
730 New Hampshire Street, Suite 210
Lawrence, Kansas 66044
Telephone:    (785) 331-0300
Facsimile:    (785) 331-0303
bfagan@faganemert.com

ATTORNEYS FOR MR. CALVIN

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December, 2022, I served the foregoing on the following via electronic mail and Certified U.S. Mail, return receipt requested:

Office of Attorney General
Shon Qualseth
120 SW 10th Avenue, Room 200
Topeka, Kansas 66612
Shon.Qualseth@ag.ks.gov

and

Kansas Department of Corrections
Natasha Carter, General Counsel
714 SW Jackson, Suite 300
Topeka, Kansas 66603
Natasha.Carter@ks.gov

                                                */s/ Quentin M. Templeton*
                                                Quentin M. Templeton