# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN KEITH CALVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:22-cv-2544 ) |
| STATE OF KANSAS, DEPARTMENT OF CORRECTIONS; | ) ) ) ) |
| AND | ) ) |
| TOMMY WILLIAMS, WARDEN, EL DORADO CORRECTIONAL FACILITY | ) ) ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE EXHIBIT CONVENTIONALLY

Plaintiff John Keith Calvin, by and through his undersigned counsel, moves the Court for leave to file conventionally the exhibit in support of his Complaint, to wit his Videotaped Deposition, which is a digital recording (MP4 file).

The Court's Administrative Procedures, § IV.C, provides that a party may seek an order allowing that party to conventionally file exhibits that cannot be submitted as a .PDF image. The exhibit will be provided on a single flash drive filed with the Clerk of the Court with a copy to chambers. The exhibit will also be served upon counsel via an electronic download link.

December 30, 2022.                              Respectfully submitted,

*/s/ Stephen R. McAllister*
Stephen R. McAllister     KS Bar #15845
Dentons
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone:    (816) 460-2400
Facsimile:    (816) 531-7545
Stephen.McAllister@dentons.com

1

AND

*/s/ William J Skepnek*
William J. Skepnek     KS Bar #10149
THE SKEPNEK LAW FIRM, PA
1 Westwood Rd.
Lawrence, KS 66044
Phone: 785-856-3100
Fax: 785-856-3099
bskepnek@skepneklaw.com

AND

*/s/ Cheryl A. Pilate*
Cheryl A. Pilate     KS Bar #14601
Morgan Pilate, LLC
926 Cherry Street
Kansas City, Missouri 64106
Telephone:     (816) 471-6694
Facsimile:     (816) 472-3516
cpilate@morganpilate.com

AND

*/s/ Quentin M. Templeton*
Quentin M. Templeton     KS Bar #26666
FORBES LAW GROUP, LLC
6900 College Boulevard, Ste. 840
Overland Park, Kansas 66210
Telephone:     (913) 341-8600
Facsimile:     (913) 341-8606
qtempleton@forbeslawgroup.com

AND

*/s/ Brennan P. Fagan*
Brennan P. Fagan     KS Bar #20430
Fagan & Emert, LLC
730 New Hampshire Street, Suite 210
Lawrence, Kansas 66044

Telephone: (785) 331-0300  
Facsimile: (785) 331-0303  
bfagan@faganemert.com

ATTORNEYS FOR MR. CALVIN

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December, 2022, I served the foregoing on the following via electronic mail and Certified U.S. Mail, return receipt requested:

Office of Attorney General  
Shon Qualseth  
120 SW 10th Avenue, Room 200  
Topeka, Kansas 66612  
Shon.Qualseth@ag.ks.gov

and

Kansas Department of Corrections  
Natasha Carter, General Counsel  
714 SW Jackson, Suite 300  
Topeka, Kansas 66603  
Natasha.Carter@ks.gov

*/s/ Quentin M. Templeton*  
Quentin M. Templeton