# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**JOHN KEITH CALVIN,**

    **Plaintiff,**

    v.                                                         **CASE NO. 22-3317-JWL-JPO**

**KANSAS DEPARTMENT OF**
**CORRECTIONS, et al.,**

    **Defendants.**

## **ORDER**

Plaintiff brings this civil rights case under 28 U.S.C. § 1331 and § 1343(a)(3), alleging violations of Plaintiff's First, Sixth, Eighth, and Fourteenth Amendment rights. Plaintiff seeks emergency injunctive relief. Plaintiff has also filed a Motion for Leave to File Exhibit Conventionally (Doc. 4). Plaintiff seeks to file conventionally his Videotaped Deposition, which is a digital recording (MP4 file). The Court grants the motion.

Plaintiff seeks emergency injunctive relief, asking the Court to order the Kansas Department of Corrections to:

(i) provide Mr. Calvin with immediate intravenous nourishment;

(ii) transfer Mr. Calvin's care and treatment to a hospital or hospice facility capable of handling his needs for nutrition and pain management;

(iii) immediately and until his death, notify Mr. Calvin's attorneys-in-fact and attorneys-at-law of Mr. Calvin's location and immediately upon any change in said location;

(iv) make Mr. Calvin available for an immediate deposition to preserve his testimony;

(v) for Mr. Calvin's costs, expenses, and attorneys' fees incurred herein; and

(vi) for such other relief as the Court deems just and proper.

The Court will grant the Defendants an opportunity to respond to Plaintiff's request for immediate injunctive relief. Defendants shall respond in writing by Wednesday, January 4, 2023. The Court sets this matter for a telephonic status conference on Thursday, January 5, 2023, at 1:30 pm.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Leave to File Exhibit Conventionally (Doc. 4) is **granted.** Plaintiff's Videotaped Deposition shall be filed conventionally.

**IT IS FURTHER ORDERED** that Defendants shall have until **Wednesday, January 4, 2023**, in which to respond in writing to Plaintiff's request for emergency injunctive relief. The Court sets a telephonic status conference for **Thursday, January 5, 2023, at 1:30 pm**. To participate in the status conference, the parties should call the Conference Line at 1-888-363-4749, and use ACCESS CODE 2126821.

The Clerk is directed to send a copy of this Order and the Complaint at Doc. 1 to the Kansas Attorney General.

**IT IS SO ORDERED**.

**Dated January 3, 2023, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**