IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JOHN KEITH CALVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 5:22-cv-03317-JWL-JPO |
| | ) | |
| STATE OF KANSAS, DEPARTMENT OF CORRECTIONS; | ) ) | |
| | ) | |
| AND | ) | |
| | ) | |
| TOMMY WILLIAMS, WARDEN, EL DORADO CORRECTIONAL FACILITY | ) ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Stephen R. McAllister, of the law firm of Dentons US LLP, and hereby enters his appearance as an attorney of record for plaintiff John Keith Calvin in the above-captioned matter.

Respectfully submitted,

DENTONS US LLP


By:    /s/ Stephen R. McAllister
Stephen R. McAllister, KS Bar #15845
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
(816) 460-2400
(816) 531-7545 (Facsimile)

*Counsel for John Keith Calvin*

122949813

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was provided via the e-filing notice system and first class mail, postage prepaid on this 3rd day of January, 2023 to:

Office of the Attorney General
Shon Qualseth
120 SW 10th Avenue, Room 200
Topeka, KS 66612
Shon.Qualseth@ag.ks.gov

Kansas Department of Corrections
Natasha Carter, General Counsel
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov

*Counsel for Defendants*

/s/ Stephen R. McAllister
Attorney for Plaintiff John Keith Calvin