# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN KEITH CALVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-3317-JWL-JPO ) |
| STATE OF KANSAS, DEPARTMENT OF CORRECTIONS; | ) ) ) ) |
| AND | ) ) |
| TOMMY WILLIAMS, WARDEN, EL DORADO CORRECTIONAL FACILITY | ) ) ) |
| Defendants. | |

## ENTRY OF APPEARANCE

Cheryl A. Pilate, of Morgan Pilate LLC, hereby enters her appearance on behalf of Plaintiff John Keith Calvin in the above-captioned matter.

Respectfully submitted,

MORGAN PILATE LLC

By: /s/ *Cheryl A. Pilate*
      Cheryl A. Pilate #14601
      Morgan Pilate LLC
      926 Cherry Street
      Kansas City, MO 64106
      Telephone: (816) 471-6694
      Facsimile: (816) 472-3516
      cpilate@morganpilate.com

CERTIFICATE OF SERVICE

I, Cheryl A. Pilate, hereby certify that on January 3, 2023, the foregoing pleading was served on all counsel of record via the court's electronic filing system.

/s/ Cheryl A. Pilate