# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| John Keith Calvin<br>*Plaintiff(s)*<br>v.<br>State of Kansas, Department of Corrections<br>Tommy Williams, Warden, El Dorado Correctional Facility<br>*Defendant(s)* | Civil Action No. 22-3317-JWL-JPO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Kansas, Department of Corrections, c/o Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Forbes Law Group, LLC
Quentin M. Templeton
6900 College Blvd., Suite 840
Overland Park, Kansas 66211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/03/2023

s/S. Nielsen-Davis
*Signature of Clerk or Deputy Clerk*

Civil Action No. 22-3317-JWL-JPO

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State of Kansas, Department of Corrections c/o KS AG was received by me on *(date)* 03 January 2023 .

☐ I personally served the summons on the individual at *(place)* 120 SW 10th Ave., Topeka, KS 66612 to Asst. Attorney General Jane Weiler @ 1622 hrs on *(date)* 03 January 2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03 January 2023

*E. L. Brunt*
*Server's signature*

Edward L. Brunt, ELE Investigations
*Printed name and title*

PO Box 3926, Lawrence, KS 66046-3926
*Server's address*

Additional information regarding attempted service, etc: