## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN KEITH CALVIN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>STATE OF KANSAS, DEPARTMENT OF )<br>CORRECTIONS, )<br>)<br>AND )<br>)<br>TOMMY WILLIAMS, WARDEN, )<br>EL DORADO CORRECTIONAL FACILTY )<br>)<br>Defendants. ) | Case no. 22-CV-2544 |

## DECLARATION OF DARCIE HOLTHAUS

Comes now, Darcie Holthaus, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as a Corrections Manager in the Division of Facilities Management.

2. My duties as a Corrections Manager include handling inmate grievances submitted to the Secretary of Corrections.

3. Resident John Calvin (KDOC #77541) is known to me.

4. I am aware that Resident Calvin has filed a complaint for emergency injunctive relief alleging violations of his constitutional rights.

5. I have carefully reviewed the grievance records of Resident Calvin and found that he has submitted no grievances to the Secretary of Corrections since October 2017.

6. Likewise, I found no personal injury claim submitted by Calvin during 2022 or 2023.

Exhibit A

Pursuant to 28 U.S.C. § 1746, I declared under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2022.

_____
Darcie Holthaus