IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| John Keith Calvin | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:22-cv-03317-JWL-JPO |
| | ) | |
| State of Kansas, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF PAIGE DODSON, M.D.**

Pursuant to 28 U.S.C. § 1746, Paige Dodson, M.D., state under oath as follows:

1. My name is Paige Dodson. I am over eighteen years of age, suffer from no impairment, and am otherwise legally competent to make this affidavit.

2. The matters stated in this affidavit are based on my personal knowledge and review of the medical records of the plaintiff, John Keith Calvin, as maintained by Centurion as custodian on behalf of the Kansas Department of Corrections ("KDOC").

3. I am familiar with the retention of medical records by Centurion and KDOC. The case file, records, and notes for Mr. Calvin contain opinions, acts, and events made at or near the time of entry by a person with knowledge and were made and kept during the regularly conducted business activity by Centurion and KDOC. These records were made in the ordinary course of the provision of health care services to inmates in custody. It was a regular business activity of Centurion and KDOC to make and keep such records. I am relying on my personal recollection and the information contained in Mr. Calvin's case file, records, and notes in accordance with standard medical health professional practice. I have given the opinions stated herein with a reasonable degree of certainty.

4. I obtained my medical doctor degree from the University of Kansas-Wichita in 2009. I also hold a Master's Degree in Public Health from Portland State University, and am a Fellow of

the American Academy of Family Physicians (FAAFP). I am board certified in Family Medicine and Preventive Medicine. I began practicing medicine in 2010, and have practiced medicine for a total of 12 years.

5.  In 2020, I began working as the Statewide Medical Director for Centurion of Kansas, LLC ("Centurion"). As Statewide Medical Director, my job duties include reviewing and management of the medical care provided by physicians and other medical personnel in KDOC facilities across the state of Kansas.

6.  Centurion provides contractually-specified medical care at correctional facilities in Kansas. Generally, medical care is provided at the facility where an individual is incarcerated. If the facility does not have the ability to provide certain care, Centurion coordinates the provision of that care through local medical providers.

7.  Palliative care, comfort care, supportive care and hospice care are all available to Centurion's patients. Centurion has considerable experience in these modalities as the mission of the El Dorado Correctional Facility ("EDCF") includes cancer care. Patients transfer from all over the State of Kansas to receive chemotherapy at the infirmary at EDCF, due to the experience of our clinicians there, and the proximity to our partner cancer treatment center. Patients receive cancer treatment including chemotherapy, surgical treatment, and/or radiation as directed by community physicians. We are active in co-management of these patients and transition to end-of-life care, if needed. This includes management of pain, nutrition, nausea, constipation and many other possible symptoms. In addition, we coordinate with KDOC to provide for spiritual and family support.

8.  John Keith Calvin is currently incarcerated at EDCF. According to medical records that I have reviewed, in 2017, Mr. Calvin was diagnosed with colon cancer and was treated with neoadjuvant chemotherapy and radiation in 2018. His cancer went into remission at this time. He

was advised to pursue surgical resection of his colon as well, but he anticipated potential reversal of his conviction and so chose not to proceed with that procedure at that time.

9. Following the initial treatment of his cancer, Mr. Calvin was followed by Dr. Dakhil, an oncologist, as well as through clinical visits at EDCF. Regular PET scans were conducted to detect any return of his cancer. In fall of 2022, around September, Mr. Calvin became jaundiced. His liver enzymes increased significantly as did his bilirubin. He lost about 20 pounds over approximately six weeks. This presented a concern that his cancer may have returned, and a work-up was initiated.

10. On November 23, 2022, Mr. Calvin's condition worsened. He experienced nausea, vomiting, and hematuria. Mr. Calvin was transferred to the hospital for further evaluation.

11. The hospital conducted an exploratory laparotomy procedure on December 13, 2022, which found that his abdominal cavity contained tumors that had eroded into the prostate and bladder. Bilateral nephrostomy tubes were placed. Mr. Calvin was declared by the hospital to require hospice care, and he was kept comfortable. Mr. Calvin was returned to EDCF and admitted to the infirmary as a hospice patient on December 16, 2022.

12. Since he returned to EDCF, Mr. Calvin's medical needs have been thoroughly and regularly assessed. Mr. Calvin is lucid, and able to contact medical staff, who are available 24/7, at any time.

13. Centurion staff are managing Mr. Calvin's pain through medication. He has been prescribed 4mg Dilaudid every 4-6 hours as needed and morphine 8-12 mg intravenously every 4-6 hours as needed. Because he is in the infirmary, nurses round on him approximately every two hours. Records reflect that Mr. Calvin had previously not requested any adjustments to his pain medication regimen until it was last adjusted today, January 4, 2023. This morning, I have approved an increase to his prescription to morphine 10-15 mg IV or IM every 4-6 hours.

14. His current pain medication dosing regimen is significant. Higher dosages would likely cause constipation, urinary retention, sedation, or even hallucinations. Mr. Calvin is already experiencing abdominal distention due to slow colonic transit as a likely result of the pain medications. Mr. Calvin's pain is managed as well as can be expected given his metastatic cancer, and is managed appropriately for his goals of care.

15. Although Mr. Calvin has lost some weight, he has not lost 70 pounds since September of 2022. Mr. Calvin's historical steady weight has been around 170 pounds. On August 31, 2022, Mr. Calvin weighed 160 pounds. On November 14, 2022, he weighed 154 pounds. As of January 3, 2023, he weighs 129.1 pounds.

16. Mr. Calvin is able to consume food, pass gas, and have bowel movements. This indicates that his digestive tract is working. He has an unrestricted diet and may eat anything that is available at the facility. He is able to have additional nutritional shakes (Ensure) three times a day. His oral intake has been improving.

17. Because Mr. Calvin's digestive system is operative, delivery of nutrients via Total Parenteral Nutrition ("TPN") is not medically indicated in Mr. Calvin's case. TPN does not reverse weight loss, rather it is designed to prevent further deterioration. It is generally reserved for situations where a patient is unable to take food orally. Physicians at the hospital have not recommended TPN in Mr. Calvin's two admissions.

18. TPN also carries serious risks including infection. TPN is typically delivered via a central venous catheter. This type of catheter must be surgically placed in close proximity to the heart. TPN consists of nutrients—sugars, proteins, fats, etc.—that are food for bacteria just as much as for human beings. This creates a high risk of infection. At least ten percent of the time that nutrition is delivered via TPN, a serious infection results. When TPN is used long-term, rather than

short term during hospitalization as it is intended, the rate of infection increases. An infection of this type could be fatal for an immunocompromised individual such as Mr. Calvin.

Pursuant to 28 U.S.C. § 1746, the above statements are true and based upon my personal knowledge and expertise to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER AFFIANT SAYETH NOT.**

_1/4/2023_                                                                  _/s/ Paige Dodson, MD_
Date                                                                                       Paige Dodson, MD