## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN KEITH CALVIN, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) ) Case no. 22-CV-2544 |
| STATE OF KANSAS, DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| AND | ) ) |
| TOMMY WILLIAMS, WARDEN, EL DORADO CORRECTIONAL FACILTY | ) ) ) |
| Defendants. | ) |

## **DECLARATION OF KIRBIE SHEARBURN**

Comes now, Kirbie Shearburn, and declares under the penalty of perjury as follows:

1. I have been employed by the Kansas Department of Corrections ("KDOC") since 2015 and have served as EDCF Classification Administrator since July 2022.

2. I am aware that John Keith Calvin #77541, has filed a lawsuit seeking emergency injunctive relief regarding alleged violations of his Eighth, First, Sixth, and Fourteenth Amendment rights.

3. I am familiar with Mr. Calvin and his current health conditions. He is currently housed at El Dorado Correctional Facility in the infirmary. I oversee all central residents as a Classification Administrator. I am the designated person who interacts with families when residents pass away or go off-site for emergent medical care.

1

Exhibit C

I further oversee the Hospice Program. I have backup duties to any Unit Team Manager when they are not available or not present in the Facility. I have been almost exclusively handling Mr. Calvin's requests for communications.

4.     Mr. Calvin alleges in his Complaint that he was denied communication from his family and counsel, which is blatantly false. Mr. Calvin has always been allowed to make family or legal calls upon request.

5. Mr. Calvin has had telephone communications in various lengths with his family members on at least the following dates:

December 7 (11 minutes), December 8 (55 minutes), December 9 (100 minutes), December 10 (20 minutes), December 11 (55 minutes), December 12 (82 minutes), December 13 (6 minutes), December 14 (28 minutes), December 15 (20 minutes), December 25 (40 minutes), December 26 (three calls made totaling 6 minutes), and December 27, 2022 (20 minutes); December 29, 2022 (43 minutes); January 1, 2023 (five accepted calls - 13 minutes, 2 minutes, 3 minutes, 7 minutes, 6 minutes); and January 3, 2023 (3 minutes). Attached hereto and incorporated herein as reference Exhibit B – KDOC's The Enforcer Call Records.

6. Mr. Calvin had in person visits with family on December 17 (4 hours) and 31 (8 hours), 2022. Mr. Calvin's family was offered visitation on December 18, 2022, and January 1, 2023, but declined. Mr. Calvin was also scheduled for two visits on December 24th and 25th but his readmittance to the hospital required cancellation. I have been attempting to assist Mr. Calvin in scheduling a special video visitation with his estranged son and grandchildren, but those efforts are ongoing due to his son working out of town.

7. I have also offered to facilitate visitation with Mr. Calvin and his family via FaceTime, but Mr. Calvin declined because he did not want to switch rooms to obtain the necessary Wi-Fi connection.

8. Mr. Calvin had telephone communications with counsel during his first stay in the hospital and after his return to the facility. His counsel made three (3) requests for calls during his first hospital stay: on December 12, 2022, which was approved and occurred; December 14, 2022, which was denied as resident was scheduled to return to the facility and a confidential call could be completed there; and December 16, 2022. I personally facilitated the call on December 16 upon his return to the Facility (19 minutes in length).

9. On December 14, 2022, when denying the legal call from the hospital due to transporting him back to the facility, I advised Mr. Calvin's counsel that she could speak to him in the morning once he returned to the facility. I also offered to assist with an in person visit, to which she never responded. Attached hereto and incorporated herein as reference Exhibit A, email correspondence from Mr. Calvin's counsel to Kirbie Shearburn.

10. During Calvin's second hospital stay, he was approved for legal calls but never requested one. Nor did the Department receive a request for a legal call from his counsel. Instead, he informed me that he was only requesting calls with his wife and was not making legal calls because "they stress [him] out."

11. Since Mr. Calvin's return to the facility, counsel has requested calls on the following dates: December 20, 2022, call was approved and occurred (43 minutes in length); December 21, 2022, multiple calls were approved and occurred (three calls – 3 minutes, 13 minutes, and 17 minutes); January 3, 2023 (30 minutes in length). A call was requested on December 23, 2022, but Calvin was transported to the hospital before the call could be completed. Further, Mr. Calvin

requested a legal call on December 29, 2022 (43 minutes in length) and attempted to place three legal calls to counsel on January 1, 2023 but received no answer. Attached hereto and incorporated herein as reference Exhibit B – KDOC's The Enforcer Call Records.

12. To my knowledge and belief, Mr. Calvin's counsel has made no in person visit requests even when offered, nor has counsel recently contacted Mr. Calvin via confidential legal mail. The last legal correspondence received by Mr. Calvin was on November 29th, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2023.

*/s/ Kirbie Shearburn*

Kirbie Shearburn
Classification Administrator
El Dorado Correctional Facility

**From:** Kirbie Shearburn [KDOC]
**To:** Natasha Carter [KDOC]
**Subject:** FW: Phone call with John Calvin #77541 requested - [TIME SENSITIVE]
**Date:** Wednesday, January 4, 2023 7:46:06 AM

Kirbie Shearburn | Classification Administrator
**Kansas Department of Corrections**
1737 SE Highway 54, PO Box 311 | El Dorado, KS 67042
Office: 316-321-7284 ext:22005   |   Kirbie.Todd@ks.gov

**From:** Cheryl Pilate <cpilate@morganpilate.com>
**Sent:** Wednesday, December 14, 2022 11:19 PM
**To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Cc:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>; KDOC Facility Management <KDOC_Facility_Management@ks.gov>; Nancy Burghart [KDOC] <Nancy.Burghart@ks.gov>; Jon Graves [KDOC] <Jon.Graves@ks.gov>
**Subject:** RE: Phone call with John Calvin #77541 requested - [TIME SENSITIVE]

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Shearburn: Your response fails to correspond with the gravity of the situation. Mr. Calvin's doctors have told him that he may have a very short time to live; therefore, your response does not recognize critical facts. Mr. Calvin was advised by a doctor to move with dispatch to seek a compassionate release.

You also fail to recognize that Mr. Calvin has a constitutional right of access to the courts, which is exercised through his lawyer. The actions of the DOC are grossly out of step with the situation and threaten Mr. Calvin's ability to spend a short time with his family at the end of his life.

Please advise as to whether I should be corresponding directly with the DOC's counsel, Ms. Carter.


Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email

EXHIBIT A

communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

**From:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Sent:** Wednesday, December 14, 2022 4:22 PM
**To:** Cheryl Pilate <cpilate@morganpilate.com>
**Cc:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>; KDOC Facility Management <KDOC_Facility_Management@ks.gov>; Nancy Burghart [KDOC] <Nancy.Burghart@ks.gov>; Jon Graves [KDOC] <Jon.Graves@ks.gov>
**Subject:** RE: Phone call with John Calvin #77543 requested - TIME SENSITIVE

This request has been denied as resident will be returning to the facility. If you would like to set up an in person legal visit please get with Tiffany tomorrow and once he clears his quarantine time we will make sure your visit is set up.

Kirbie  Shearburn  | Classification Administrator
**Kansas Department of Corrections**
1737 SE Highway 54, PO Box 311 | El Dorado, KS 67042
Office: 316-321-7284 ext:22005   |   Kirbie.Todd@ks.gov

**From:** Cheryl Pilate <cpilate@morganpilate.com>
**Sent:** Wednesday, December 14, 2022 2:35 PM
**To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Cc:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>; Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>; KDOC Facility Management <KDOC_Facility_Management@ks.gov>; Nancy Burghart [KDOC] <Nancy.Burghart@ks.gov>; Jon Graves [KDOC] <Jon.Graves@ks.gov>
**Subject:** RE: Phone call with John Calvin #77543 requested - TIME SENSITIVE

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**Ms. Shearburn: My client is terminal. He should be able to speak with me at least once a day for appropriate consultation.   It was my understanding that he** *would* **be able to call me as needed.  I simply do not understand what the hold up is.  Please take prompt steps to ensure that my client can call me this afternoon.  My office number is below and my cell (which is more convenient) is (913) 558-6811.    Thank you.**

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street

Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through. I am communicating to you via email because you have consented to received communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

**From:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Sent:** Wednesday, December 14, 2022 12:35 PM
**To:** Cheryl Pilate <cpilate@morganpilate.com>
**Subject:** RE: Phone call with John Calvin #77543 requested - TIME SENSITIVE

My Warden and Deputy Warden are both offsite. I have reached out to them to get approval for another call. As soon as I hear back from them I will let you know.

Kirbie Shearburn | Classification Administrator
**Kansas Department of Corrections**
1737 SE Highway 54, PO Box 311 | El Dorado, KS 67042
Office: 316-321-7284 ext:22005   |   Kirbie.Todd@ks.gov

**From:** Cheryl Pilate <cpilate@morganpilate.com>
**Sent:** Wednesday, December 14, 2022 10:47 AM
**To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Subject:** Phone call with John Calvin #77543 requested - TIME SENSITIVE
**Importance:** High

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Shearburn – I would like a phone call with Mr. Calvin immediately, as soon as you can get word to him to call me. After that, I will be in touch to address the process for getting Mr. Calvin released from the DOC on compassionate grounds. Thank you

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street

Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.



**THE ENFORCER®**

Kansas DOC
User: kshearburn
Copyright 2005-2023

## Call Records

Include | Id:0077541 (CALVIN, JOHN)
AND

[Search] [Clear]

Date Ranges
12/09/2022 00:00:00
01/28/2023 23:59:59

[More Search Criteria]

Quick Searches
[Load] [Save] [Delete]

Showing 1 to 36 of 36 entries

| + | Action | Start Time | CSN | Inmate ID | Last Name | Phone Number | Call Type | Tariff Band | Station | Talk Secs | Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | | 01/01/2023 14:15:24 | 282804108 | 0077541 | CALVIN | 1-785-431-5538 *S. McCowan* | Debit | InterLata IntraState | INFIRMARY 1 | 757 | 13:00 |
| ☐ | | 01/01/2023 14:13:55 | 282804076 | 0077541 | CALVIN | | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 14:12:32 | 282803940 | 0077541 | CALVIN | 1-913-334-0484 *No P.L* | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 14:12:10 | 282803886 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Not Set | InterLata IntraState | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 14:12:03 | 282803754 | 0077541 | CALVIN | 1-816-471-6694 *Attorney* | Debit | InterLata InterState | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 14:10:42 | 282803604 | 0077541 | CALVIN | 1-816-471-6694 *Attorney* | Debit | InterLata InterState | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 14:08:25 | 282803330 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 1 | 89 | 2:00 |
| ☐ | | 01/01/2023 14:06:55 | 282803290 | 0077541 | CALVIN | 1-913-471-9964 *Not on P.L.* | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 14:06:31 | 282803190 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 14:05:20 | 282803030 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 14:04:28 | 282802926 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 14:01:29 | 282802490 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 1 | 127 | 3:00 |
| ☐ | | 01/01/2023 14:00:01 | 282802450 | 0077541 | CALVIN | 1-913-334-0484 *not on P.L* | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 13:59:30 | 282802402 | 0077541 | CALVIN | | Not Set | None | INFIRMARY 1 | 0 | 0:00 |

**EXHIBIT B**

| + | Action | Start Time ▼ | CSN | Inmate ID | Last Name | Phone Number | Call Type | Tariff Band | Station | Talk Secs | Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | | 01/01/2023 13:59:05 | 282802356 | 0077541 | CALVIN | 1-913-334-0484 *Not on P.L* | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 13:58:33 | 282802302 | 0077541 | CALVIN | 1-913-334-0484 *not on P.L* | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 13:58:08 | 282802242 | 0077541 | CALVIN | 1-913-334-0484 *Not on P.L* | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 13:57:38 | 282802192 | 0077541 | CALVIN | 1-913-334-0484 *Not on P.L* | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 13:57:15 | 282802140 | 0077541 | CALVIN | 1-816-499-6477 *Attorney* | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 13:56:57 | 282802102 | 0077541 | CALVIN | | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 13:56:37 | 282802054 | 0077541 | CALVIN | 1-913-334-0484 *Not on P.L* | Not Set | None | INFIRMARY 1 | 0 | 0:00 |
| ☐ | | 01/01/2023 13:50:25 | 282801156 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 1 | 369 | 7:00 |
| ☐ | | 01/01/2023 13:39:05 | 282799728 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 1 | 345 | 6:00 |
| ☐ | | 12/29/2022 16:44:36 | 282567726 | 0077541 | CALVIN | 1-785-431-5538 *B.McCowan* | Debit | InterLata IntraState | INFIRMARY 2 | 640 | 11:00 |
| ☐ | | 12/29/2022 16:42:44 | 282567684 | 0077541 | CALVIN | 1-785-431-3358 *Not on Phone list* | Not Set | None | INFIRMARY 2 | 0 | 0:00 |
| ☐ | | 12/29/2022 16:37:24 | 282567058 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 2 | 316 | 6:00 |
| ☐ | | 12/29/2022 16:35:36 | 282566864 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 2 | 0 | 0:00 |
| ☐ | | 12/29/2022 15:51:31 | 282564128 | 0077541 | CALVIN | 1-816-471-6694 *Attorney* | Debit | InterLata InterState | INFIRMARY 2 | 2572 | 43:00 |
| ☐ | | 12/21/2022 14:59:54 | 281942180 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 2 | 16 | 1:00 |
| ☐ | | 12/21/2022 14:47:48 | 281941408 | 0077541 | CALVIN | 1-816-256-6510 *Attorney* | Debit | InterLata InterState | INFIRMARY 2 | 659 | 11:00 |
| ☐ | | 12/21/2022 14:41:38 | 281940952 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 2 | 283 | 5:00 |
| ☐ | | 12/21/2022 14:23:38 | 281939696 | 0077541 | CALVIN | 1-816-471-6694 *Attorney* | Debit | InterLata InterState | INFIRMARY 2 | 996 | 17:00 |
| ☐ | | 12/21/2022 14:10:19 | 281938512 | 0077541 | CALVIN | 1-816-471-6694 *Attorney* | Debit | InterLata InterState | INFIRMARY 2 | 731 | 13:00 |
| ☐ | | 12/21/2022 14:08:33 | 281938458 | 0077541 | CALVIN | | Not Set | None | INFIRMARY 2 | 0 | 0:00 |
| ☐ | | 12/21/2022 14:06:33 | 281938180 | 0077541 | CALVIN | 1-816-471-6694 *Attorney* | Debit | InterLata InterState | INFIRMARY 2 | 63 | 2:00 |
| ☐ | | 12/21/2022 14:02:33 | 281937856 | 0077541 | CALVIN | 1-913-713-9864 *Mamie* | Debit | InterLata IntraState | INFIRMARY 2 | 157 | 3:00 |

Showing 1 to 36 of 36 entries