# JOHN K. CALVIN

```
 1   .

 2                    IN THE DISTRICT COURT OF

 3                    JOHNSON COUNTY, KANSAS

 4   .

 5   .

 6   KIARDRA CALVIN,

 7           Petitioner,

 8   .

 9       vs.                          Case No. 22CV06424

10                                    Division 7

11   MAHA ABDULLA, DO, et al.,

12           Defendants.

13   .

14   .

15                    VIDEOTAPED DEPOSITION OF

16                    JOHN K. CALVIN,

17   taken on behalf of the Petitioner, pursuant to

18   Notice to Take Deposition, beginning at 12:16 p.m.

19   on the 22nd day of December, 2022, at the El

20   Dorado Correctional Facility, 1737 S.E. US Highway

21   54, in the City of El Dorado, County of Butler,

22   and State of Kansas, before Sandra S. Biggs, RPR,

23   Kansas CCR No. 0716.

24   .

25   .
```

                                              Exhibit E



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### JOHN K. CALVIN

```
 1                          APPEARANCES

 2   .

 3   .

 4   ON BEHALF OF THE PLAINTIFF:

 5   .

 6        Mr. William J. Skepnek

 7        The Skepnek Law Firm

 8        1 Westwood Road

 9        Lawrence, KS  66044

10        785-856-3100

11        bskepnek@skepneklaw.com

12   .

13        Ms. Cheryl A. Pilate

14        Morgan Pilate

15        926 Cherry Street

16        Kansas City, MO  64106

17        816-471-6694

18        cpilate@morganpilate.com

19   .

20        Mr. Quentin M. Templeton

21        Forbes Law Group

22        6900 College Boulevard, Suite 840

23        Overland Park, KS  66210

24        913-341-8600

25        qtempleton@forbeslawgroup.com
```


5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

```
1        Mr. Brennan P. Fagan

2        Fagan & Emert

3        730 New Hampshire Street, Suite 210

4        Lawrence, KS  66044

5        785-331-0300

6        bfagan@faganemert.com

7    .

8    .

9    ON BEHALF OF THE DEFENDANT CENTURION

10   PHYSICIANS:

11   .

12       Mr. Bryan Cox

13       Norris Keplinger Hicks & Welder

14       Park Place

15       11551 Ash Street, Suite 200

16       Leawood, KS  66211

17       913-663-2000

18       bcox@nkfirm.com

19   .

20   .

21   .

22   .

23   .

24   .

25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604         Suite 101                Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131             316-201-1612

# JOHN K. CALVIN

```
 1   ON BEHALF OF THE DEFENDANT UNIFIED

 2   GOVERNMENT:

 3       .

 4           Mr. Charles E. Branson

 5           Mr. David R. Cooper  (via phone)

 6           Fisher Patterson Sayler & Smith

 7           3550 S.W. 5th Street

 8           Topeka, KS   66606

 9           785-232-7761

10           cbranson@fpsslaw.com

11           dcooper@fpsslaw.com

12       .

13       .

14   ON BEHALF OF DEFENDANT PORTER:

15       .

16           Ms. Lisa A. McPherson

17           Triplett Woolf Garretson

18           2959 N. Rock Road, Suite 300

19           Wichita, KS   67226

20           316-630-8100

21           lamcpherson@twgfirm.com

22       .

23       .

24       .

25       .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## JOHN K. CALVIN

```
1    ON BEHALF OF DEFENDANT KDOC, STATE OF KS:

2    .

3        Mr. Jon D. Graves

4        KDOC

5        Hutchinson Correctional Facility

6        P.O. Box 1568

7        Hutchinson, KS   67501

8        620-625-7253

9        Jon.Graves@ks.gov

10   .

11   .

12   ON BEHALF OF DEFENDANT KEPKA:

13   .

14       Mr. Jared T. Hiatt

15       Mr. Dustin J. Denning  (via phone)

16       Clark, Mize & Linville

17       129 South Eighth Street

18       Salina, KS   67402

19       785-823-6325

20       jthiatt@cml-law.com

21       djdenning@cml-law.com

22   .

23   .

24   .

25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JOHN K. CALVIN

```
 1    ON BEHALF OF DEFENDANT PROPECK:

 2    .

 3          Ms. Brenna Lynch  (via phone)

 4          Mr. Mark A. Lynch  (via phone)

 5          Simpson, Logback, Lynch, Norris

 6          7400 W. 110th Street, Suite 600

 7          Overland Park, KS  66210

 8          913-342-2500

 9          blynch@slln.com

10          mlynch@slln.com

11    .

12    .

13    ON BEHALF OF DEFENDANT RUBLE:

14    .

15          Mr. Jim D. Myers

16          Myers Longhofer

17          7200 W. 132nd Street, Suite 190

18          Overland Park, KS  66213

19          913-586-6300

20          jim@myerslonghofer.com

21    .

22    .

23    .

24    .

25    .
```

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604               Suite 101                   Suite 305
785-273-3063            Overland Park, KS 66212        Wichita, KS 67202
www.appinobiggs.com           913-383-1131              316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## JOHN K. CALVIN

```
 1                          INDEX
 2     .
 3     .
 4     Certificate------------------------------ 133
 5     .
 6     .
 7                         WITNESS
 8     ON BEHALF OF THE PLAINTIFF:              PAGE
 9     JOHN K. CALVIN
10     Direct-Examination by Mr. Skepnek        12
11     Cross-Examination by Mr. Branson         87
12     Cross-Examination by Mr. Cox             99
13     Cross-Examination by Ms. McPherson       107
14     Cross-Examination by Mr. Graves          109
15     Cross-Examination by Mr. Hiatt           111
16     Redirect-Examination by Mr. Skepnek      112
17     .
18                         EXHIBITS
19     CALVIN DEPO EX. NO:                      MARKED
20     No 1  General Financial Durable Power
21         of Attorney                          17
22     No 2  Health Care Durable Power of
23         Attorney                             18
24     No 3  1/14/02 Advice of Rights/
25         Waiver of Rights                     91
```


Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# JOHN K. CALVIN

1    No 4   12/17/02  Inmate Communication Form      93

2    No 5   12/17/02  Advice of Rights/

3           Waiver of Rights                          95

4    .

5    .

6    .

7    .

8    .

9    .

10   .

11   .

12   .

13   .

14   .

15   .

16   .

17   .

18   .

19   .

20   .

21   .

22   .

23   .

24   .

25   .

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

### JOHN K. CALVIN

 1          MR. SKEPNEK:  I think some of defense
 2   counsel want to make a record in advance of the
 3   deposition.  You want to go ahead and do that?
 4          MR. COX:  Yeah.  I'll start first.  This
 5   is Bryan Cox on behalf of the Centurion physicians
 6   -- representing the Centurion physicians.  I think
 7   the first thing, Bill, was just to note that we
 8   talked about before, we'll go ahead and do an
 9   objection for one is an objection for all.
10          MR. SKEPNEK:  We agree.
11          MR. COX:  Okay.  I know we have counsel
12   on the phone.  I know that some counsel here have
13   filed objections.  If any of them want to make a
14   record of those objections, then I would invite
15   them to do that at this time.
16          MS. MCPHERSON:  Lisa McPherson on behalf
17   of Doctor Porter, and I would like to make my
18   objection on the record for our Motion To Quash
19   the Deposition as filed with the court yesterday.
20          MR. COX:  Anybody on the conference call,
21   are you able to hear us?
22          MR. LYNCH:  Yeah, we can hear you.  I can
23   hear you mostly.  This is Mark Lynch representing
24   Doctor Propek, and I would object to the
25   deposition due to improper notice as well as to



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### JOHN K. CALVIN

1   the hearing that was held a couple days ago, also

2   as to improper notice as more thoroughly stated in

3   the Motion To Quash I had filed on behalf of

4   Doctor Propek.

5           MR. HIATT:  This is Jared Hyatt on behalf

6   of Doctor Kepka, and I would join Mr. Lynch's

7   motion.  We also filed a Motion To Quash.  I

8   would also note I'm having a very hard time

9   hearing.  I heard Mr. Lynch clearly, but I'm

10  having a hard time hearing anyone else.

11          MR. COX:  Okay.  And I'll try and speak

12  up at least if I'm speaking.  I'm sorry, was there

13  anybody else on the conference call who wanted to

14  make any objections?

15          MR. MYERS:  Yeah.  This is Jim Myers on

16  behalf of Doctor Ruble, and I join the objections

17  made by Mr. Lynch and Lisa McPherson in the

18  motions.

19          MR. GRAVES:  Jon Graves on behalf of the

20  State of Kansas, Department of Corrections would

21  also join and additionally notice that there's

22  been no prior notice of claims as required by

23  statute against the KDOC.  Beyond a skeleton

24  Petition, we have no basis for knowing how to

25  prepare or participate in this by way of cross-



5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604          Suite 101                 Suite 305
785-273-3063              Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com       913-383-1131              316-201-1612

### JOHN K. CALVIN

1  examination.

2      MR. COX:  And then I'll go last.  I would

3  join on behalf of Centurion physicians express the

4  same objections that Mr. Graves just expressed.

5  We have not yet filed an objection to the hearing

6  or the deposition.  I would agree that the notice

7  was -- that the 21 days I don't recall there being

8  findings about the expedited nature, but we would

9  join in those objections.  Other than that, I

10 think that's everything from the defense counsel

11 -- I'm sorry.

12     MR. BRANSON:  I'll go last last.  Charles

13 Branson for the Unified Government, and I'll just

14 generally join all the objections that have been

15 listed previously by counsel.

16     MR. SKEPNEK:  Is that everybody?  Can the

17 people on the phone hear me?  This is Bill

18 Skepnek.

19     MR. LYNCH:  Yes, Bill, I can hear you,

20 Mark Lynch.

21     MR. SKEPNEK:  Hi, Mark.

22     MR. HIATT:  Yeah.

23     MR. SKEPNEK:  So I'm normally loud enough

24 to be heard.  So if at any time I dip below the

25 sound barrier, would you make sure to tell us?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063             Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131              316-201-1612

### JOHN K. CALVIN

```
1              MR. LYNCH:  Yes.
2              MR. SKEPNEK:  Okay.  Thank you.
3              THE VIDEOGRAPHER:  It's 12:19 p.m., we're
4    going on the record.
5                    JOHN K. CALVIN,
6    called as a witness on behalf of the Plaintiff,
7    was sworn and testified as follows:
8              MR. COX:  I'm sorry.  Were you recording
9    before that?
10             THE REPORTER:  No.
11             THE VIDEOGRAPHER:  You said you didn't
12   need it on the video.
13             MR. BRANSON:  She was taking it down.
14             THE REPORTER:  I was taking it down.
15             MR. COX:  Okay.  Thank you.
16             MR. SKEPNEK:  Okay.  Are we ready to go?
17             THE VIDEOGRAPHER:  We're on the record.
18        DIRECT-EXAMINATION
19        BY MR. SKEPNEK:
20        Q.    Okay.  Mr. Calvin, my name is Bill
21   Skepnek and we met today, and I'm one of the
22   lawyers who represent you.  Do you understand
23   that?
24        A.    Yes.
25        Q.    And do you understand that we filed this
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

1   **lawsuit to get your testimony here today?**

2        A.    Yes.

3        **Q.    And do you understand why we did the --**

4   **why we did this to get your testimony today?**

5        A.    Yes.

6        **Q.    What's your understanding of that?**

7        A.    To get everything on record because I may

8   not have another chance to do so.

9        **Q.    And why might you not have another chance**

10  **to do so?**

11       A.    The cancer that I'm diagnosed with is at

12  stage IV my understanding.

13       **Q.    Okay.  And we're here in El Dorado at the**

14  **correctional facility, the State Correctional**

15  **Facility in El Dorado?**

16       A.    Yes.

17       **Q.    And you've been -- you've been living**

18  **here for how long?**

19       A.    Since 2017, I believe.  2017.

20       **Q.    And prior to that, you were in Lansing?**

21       A.    Yes.

22       **Q.    How long were you in Lansing?**

23       A.    From 2006 up until 2017.

24       **Q.    Okay.  And I'm going to get into some**

25  **more detail about some of your experience in**



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604            Suite 101                    Suite 305
785-273-3063               Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com         913-383-1131                 316-201-1612

### JOHN K. CALVIN

1  prison, but I first want to talk to you about your

2  current physical condition.  Are you on pain

3  medications?

4       A.   Yes, I am.

5       Q.   What -- can you tell us what pain

6  medications you're on?

7       A.   You know, one of them is morphine.  One

8  of them is morphine.  The other one is Oxycodone,

9  I believe.

10       Q.   Okay.  And how often do you take the

11  morphine?

12       A.   I just was every six hours up until

13  yesterday which changed to every four hours.

14       Q.   And when you get the morphine, is that by

15  injection?

16       A.   By injection, yes.

17       Q.   And when you get the morphine injection -

18  - strike that.  Let me ask it this way.  Without

19  the morphine, what is -- what sort of pain are you

20  in?

21       A.   I'd rate my pain without the morphine,

22  probably a 7 or 8.

23       Q.   And where is your pain?

24       A.   It's in my lower abdomen, in my back, on

25  my right and the left sides.



5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604          Suite 101                 Suite 305
785-273-3063              Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com       913-383-1131              316-201-1612

**15**

## JOHN K. CALVIN

```
 1          Q.     Are you in a wheelchair now?
 2          A.     Yes, sir.
 3          Q.     Are you able to walk on your own?
 4          A.     Very short distance.
 5          Q.     So you were brought here in the
 6     wheelchair?
 7          A.     Yes, sir.
 8          Q.     And for you to go any distance, do you
 9     have to use a wheelchair?
10          A.     Yes, sir.
11          Q.     So the pain in your abdomen when you have
12     the morphine injections, what does it do to the
13     pain?
14          A.     It alleviates it for a period of time.
15          Q.     How much does it alleviate it?
16          A.     For about I'd say 5 minutes at the most.
17          Q.     And what is it -- what does it reduce it
18     to on the pain scale?
19          A.     I can say 5 to 4.  4 to 5.
20          Q.     How would you rate your pain right now?
21          A.     Right now, I can say 5 to 6.
22          Q.     Okay.  So it's not at the bottom but it's
23     not at the top?
24          A.     Yes, sir.
25          Q.     Are you able to think clearly?
```



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

1      A.    Right now, I'm a little vague, but I can

2   think clearly, yeah so...

3      Q.    **So do you -- how many people are sitting**

4   **on the other side at the table over there?**

5      A.    There's four people at that table there.

6      Q.    **And then how many over here?**

7      A.    I've got one there.  I've got four here.

8      Q.    **Okay.**

9      A.    So five.

10     Q.    **And then the court reporter?**

11     A.    Five, yes.

12     Q.    **Okay.  And are you able to understand my**

13  **questions?**

14     A.    Yes, sir.

15     Q.    **We met for a few moments --**

16     A.    Yes, we did.

17     Q.    **-- before we came in here and we talked**

18  **with you about some powers of attorney?**

19     A.    Yes, sir.

20     Q.    **I'm going to hand them to you.  The first**

21  **is -- the first is a General Financial Power of**

22  **Attorney.**

23          MR. SKEPNEK:  Put a sticker just on one

24  of them.

25          (THEREUPON, Calvin Deposition Exhibit

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604          Suite 101                Suite 305
785-273-3063              Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com       913-383-1131             316-201-1612

### JOHN K. CALVIN

```
 1   No 1 was marked for identification by the
 2   reporter.)
 3        BY MR. SKEPNEK:
 4        Q.   John, I've handed you two copies of the
 5   same thing.  Do you see that?
 6        A.   Yes, sir.
 7        Q.   And did you -- did we explain to you why
 8   we were asking you to sign a power of attorney?
 9        A.   Yes, you did.
10        Q.   And do you understand that that's so
11   other people can act for you?
12        A.   Yes.
13        Q.   And these are the people that you chose?
14        A.   Yes.
15        Q.   John, could you sign those?
16        A.   Yes.
17        Q.   Now, John, I've marked this as Exhibit
18   No. 1 these General -- these General Financial
19   Powers of Attorney, and these are what you want to
20   do?
21        A.   Yes, sir.
22        Q.   So you want your family to be able to
23   have some control over your affairs?
24        A.   Yes, sir.
25        Q.   Okay.  And to help you?
```



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063          Overland Park, KS 66212        Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

**18**

## JOHN K. CALVIN

```
 1      A.   Yes, sir.
 2      Q.   Okay.  And then let me hand you what's
 3 been marked as Exhibit No. 2.
 4           (THEREUPON, Calvin Deposition Exhibit
 5 No 2 was marked for identification by the
 6 reporter.)
 7      BY MR. SKEPNEK:
 8      Q.   And, John, do you understand that the --
 9 this is a Durable Power of Attorney for health
10 purposes, healthcare purposes?
11      A.   Yes.
12      Q.   And do you want your family who are
13 identified in the Durable Power of Attorney to be
14 able to act in your healthcare matters for you?
15      A.   Yes, sir.
16      Q.   Okay.
17           MR. COX:  Bill, just a thought, so they
18 know what you're making a record of, if you to
19 name --
20           THE REPORTER:  Is this on the record?  I
21 can't hear you.
22           MR. COX:  Yeah.  Do you want to name
23 those people for the record?
24           MR. SKEPNEK:  No, it's in the -- it's in
25 the exhibit.
```



### JOHN K. CALVIN

1          MR. COX:  Okay.

2          MR. SKEPNEK:  So, for the record,

3   Exhibit 1 is the General Financial Durable Power

4   of Attorney, and the Exhibit 2 is the Healthcare

5   Durable Power of Attorney.

6     BY MR. SKEPNEK:

7     Q.    **John, how much do you weigh?**

8     A.    Probably 120.

9     Q.    **What's -- before this illness, what was**

10   **your weight?**

11    A.    180.

12    Q.    **How old a man are you?**

13    A.    I'm 56.

14    Q.    **56?**

15    A.    Yes, sir.

16    Q.    **Your birthday is when?**

17    A.    11/21 of '66.

18    Q.    **I want to go back and talk about the --**

19   **what led to your condition here.  You at some**

20   **point in time in the recent past, did you start**

21   **having abdominal pain?**

22    A.    Yes, I did.

23    Q.    **When was that?**

24    A.    About September, I believe.

25    Q.    **September of 2022?**



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## JOHN K. CALVIN

```
 1      A.    '22.  September of 2022.
 2      Q.    How much did you way in September of '22?
 3      A.    About 175, 180.
 4      Q.    So between September and now you've lost
 5 70 pounds?
 6      A.    70 pounds, that's correct.
 7      Q.    Okay.  What is your nourishment?  What
 8 have you eaten today?
 9      A.    Nothing.
10      Q.    Are you getting any nourishment at all?
11      A.    I mean it's provided, but I cannot -- my
12 body won't allow it.
13      Q.    How long has that been for?
14      A.    A couple months.
15      Q.    Okay.  So let's go back -- I'm sorry.  Go
16 ahead.
17      A.    Leading up to this point, my body has
18 been pretty much in pain when I do eat starting
19 back in September.
20      Q.    Okay.  So let's go back to September.
21 What happened in -- when did this -- when did you
22 first become aware of the pain?  Do you recall how
23 that was?
24      A.    Yeah.  It was because of the pain because
25 of eating and because of --
```



5111 SW 21st Street    6420 W. 95th Street    800 E. 1st Street
Topeka, KS 66604       Suite 101              Suite 305
785-273-3063           Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com    913-383-1131           316-201-1612

### JOHN K. CALVIN

```
 1          Q.    What happened when you ate?

 2          A.    I'd bloat and I get real painful.

 3          Q.    Okay.  So did you ask to go see a doctor?

 4          A.    Yeah.  Well, I kept going back and forth

 5   with the clinic here, back and forth, what I'm

 6   trying to figure out what was going on.

 7          Q.    So when you say going back and forth to

 8   the clinic, were there people you saw in the

 9   clinic?

10          A.    Yeah.

11          Q.    Who did you see in the clinic?

12          A.    Nurse practitioners.  I think it was Miss

13   Johnson, Miss -- I can't recall her name.

14          Q.    Another nurse practitioner?

15          A.    Another nurse practitioner.

16          Q.    Did you see any doctors?

17          A.    Miss Schuller.

18          Q.    Miss Schuller is the other --

19          A.    Yes, the other nurse practitioner.

20          Q.    Did you see any physicians, doctors?

21          A.    No, not at the time.

22          Q.    Okay.  Now, if we go back to 2017, 2017,

23   did you -- were you diagnosed with cancer --

24          A.    Yes, I was.

25          Q.    -- in 2017?
```

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

12/22/2022                                                              22

## JOHN K. CALVIN

```
 1        A.    Yes.

 2        Q.    You were then up in Lansing?

 3        A.    Yes, sir.

 4        Q.    Okay.  Tell us about what happened in

 5   2017?

 6        A.    2017, I was diagnosed with rectal cancer,

 7   and so it was recommended that I take the chemo

 8   and radiation.  So I did take those treatments.

 9        Q.    And where did you have those treatments?

10        A.    I had the chemo here on the facility.

11        Q.    When you say here you mean up in --

12        A.    At the infirmary.

13        Q.    Up in Lansing?

14        A.    Here.

15        Q.    Oh, it was here?

16        A.    Yeah.  I did the chemo here in the

17   infirmary.

18        Q.    Here in El Dorado?

19        A.    Yes, I did.

20        Q.    Okay.  So you did the chemo, and how

21   about the radiation?

22        A.    The radiation was Susan B.  Allen Cancer

23   Center.

24        Q.    Is that here in El Dorado?

25        A.    Yes.  Yeah, it's right downtown, I
```



5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131              316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

12/22/2022                                                    23

## JOHN K. CALVIN

```
1   believe.
2       Q.   Okay.  So following -- did you take the
3   full course of recommended treatments?
4       A.   No.  They said something about surgery.
5   Surgery.
6       Q.   Surgery?
7       A.   Yes.
8       Q.   Back in 2017?
9       A.   2017, yes.
10      Q.   What did they -- what did they tell you
11  -- and who is they?
12      A.   It was a doctor up in Kansas City, Kansas
13  that did the prognosis, I believe.
14      Q.   Do you recall his name?
15      A.   No.  I don't recall his name.
16      Q.   Did he come down here to El Dorado?
17      A.   No.  I never seen him once again after
18  that.
19      Q.   Where did you see him?
20      A.   Up in Kansas City.
21      Q.   So they took you from the prison to his
22  office in Kansas City?
23      A.   Yes.
24      Q.   And you saw him one time?
25      A.   One time.
```



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

### JOHN K. CALVIN

1      Q.   And was that before you had the

2   treatments?

3      A.   Yes.

4      Q.   Okay.  Did he tell you that you should

5   have surgery?

6      A.   Yes.  It was recommended at the time.

7      Q.   And what surgery did he recommend?

8      A.   He just said after I did the chemo and

9   the radiation, I guess they would see what kind of

10  surgery would be needed after that to remove

11  everything, I guess, best I can remember.

12     Q.   Okay.  I want to get clear.

13     A.   Yeah.

14     Q.   Did that meeting with the doctor in

15  Kansas City happen before the treatment or after

16  the treatment?

17     A.   Before the treatment.

18     Q.   Okay.

19     A.   Yeah.

20     Q.   So then you went through the full course

21  of treatments?

22     A.   Yes.

23     Q.   And after the treatment, did you meet

24  with the cancer doctor again?

25     A.   No.



5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604             Suite 101                Suite 305
785-273-3063          Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com         913-383-1131            316-201-1612

## JOHN K. CALVIN

1       Q.    What did you understand your condition

2   was following the treatments?

3       A.    That I was cured.  I was clean.

4       Q.    Who said that to you?

5       A.    I mean I was told by Doctor Dakhil that I

6   was -- no signs of cancer.

7       Q.    You said Doctor Dakhil?

8       A.    Yes.

9       Q.    Do you know how that's spelled.  It's

10  D A K I --

11      A.    I L, I believe.

12      Q.    D A K H I L?

13      A.    I believe so.

14      Q.    Okay.  And who is Doctor Dakhil?

15      A.    He's the oncologist, I guess, doctor that

16  comes on site here for patient -- cancer patients.

17      Q.    Okay.  So after you had the treatments,

18  did you go back to talk to the doctor in Kansas

19  City?

20      A.    No, I did not.

21      Q.    Okay.  But then you saw Doctor Dakhil who

22  you understood was an oncologist here?

23      A.    Yes, sir.

24      Q.    And what did Doctor Dakhil tell you about

25  what your condition was and the need for

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063           Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

12/22/2022                                                          26
## JOHN K. CALVIN

1  additional surgery?

2      A.   He kept telling me that we was doing CT

3  scans and things of that nature.  He had told me

4  that there was no signs of the cancer, no evidence

5  of it so...

6      Q.   Did Doctor Dakhil advise you to have

7  surgery?

8      A.   Well, he had mentioned surgery.  He

9  didn't advise.  He just said it was recommended

10 from the doctor up in Kansas City, I believe so...

11     Q.   Okay.  And did you talk with Doctor

12 Dakhil about whether you should have that surgery

13 following your treatment?

14     A.   No, because everything was looking good.

15 He said everything was good I mean as far as

16 having anything else done as far as surgery, I

17 believe.

18     Q.   Okay.  So that was back in 2017, the

19 treatments?

20     A.   Yes.

21     Q.   And so those conversations with Doctor

22 Dakhil were basically five years ago?

23     A.   Yes -- well, no, they was -- they was

24 prior to the treatments.  So the conversation that

25 I was having with Doctor Dakhil happened this

APPINO & BIGGS Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

```
 1  year.
 2       Q.    Okay.   We're going to get to that.   But
 3  I'm going to go back to the end of your
 4  treatments.   Did you see Doctor Dakhil after you
 5  finished your treatments back in 2017?
 6       A.    No.
 7       Q.    Who did you see after your treatments?
 8       A.    No one.
 9       Q.    Is there -- is there a doctor here at the
10  prison who comes to the infirmary?
11       A.    As a matter of fact, I take that back.   I
12  did see Doctor Dakhil after my treatments.
13       Q.    Okay.
14       A.    Yes, I did.   Yes, to be correct on that.
15       Q.    And that's when he told you that the --
16  your cancer was no sign of it?
17       A.    Yes.
18       Q.    Okay.   Do you understand Doctor Harrod?
19       A.    Yes, I know Doctor Harrod.
20       Q.    Who is Doctor Harrod?
21       A.    He's a MD that's on facility here.   He's
22  a doctor on this facility.
23       Q.    Did you see Doctor Harrod about your
24  cancer?
25       A.    Here recently, just recently because I
```

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

12/22/2022                                                                                28

## JOHN K. CALVIN

1    was going through the symptoms that I was going

2    through.

3         Q.    Okay.  We'll get to that later.  But back

4    in 2017, did you see Doctor Harrod?

5         A.    No.

6         Q.    Okay.  Have you -- about your cancer,

7    have you seen anybody other than the doctor in

8    Kansas City and Doctor Dakhil and Doctor Harrod?

9         A.    No, I have not.

10        Q.    Okay.  So your -- how did you come to be

11   transferred from Lansing to El Dorado?  Are you

12   okay?

13        A.    Yes, I'm fine.  I became -- in Lansing, I

14   was diagnosed with the cancer, so they transferred

15   me from Lansing to here to have the treatments.

16        Q.    Did you have a job in Lansing?

17        A.    Yes.

18        Q.    What was your job in Lansing?

19        A.    I worked for a company called Impact

20   which is a private industrial company that's on

21   the facility here and were up in Lansing at the

22   time, and we all moved down here with the company.

23        Q.    Okay.  Impact?

24        A.    Yes, Impact.

25        Q.    Is that -- how do you -- do you know --

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

12/22/2022                                                              29

### JOHN K. CALVIN

1    can you spell that for us?

2        A.   Yes.   I M P A C T.

3        Q.   **What does Impact do?**

4        A.   We do embroidery.  We do screen print.

5    We're a company that does a lot as far as when it

6    comes to screw ups and things of that nature.

7        Q.   **How long did you work for Impact?**

8        A.   16 years.

9        Q.   **And that would be in Lansing originally**

10   **and then down here in El Dorado?**

11       A.   And down here both, yes.

12       Q.   **Okay.  When you came to El Dorado, did**

13   **you have a particular job with Impact?**

14       A.   Yes.

15       Q.   **What was your job?**

16       A.   My job was facilitator.  I would

17   facilitate.

18       Q.   **What does that mean?**

19       A.   That means that I oversee all production

20   and making sure everything is running smoothly and

21   everything's getting out the door correctly.

22       Q.   **Did that -- did that job of facilitator**

23   **have anything to do with your moving from Lansing**

24   **to El Dorado?**

25       A.   Yes.



5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604          Suite 101                 Suite 305
785-273-3063              Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com       913-383-1131              316-201-1612

**30**

## JOHN K. CALVIN

1      Q.    What did it have to do with that?

2      A.    I mean because of the fact that the

3   company moved everybody they believed that was

4   support for the company.  Yeah, so we all moved

5   down here, most of us.

6      Q.    So were you paid to -- for you to do your

7   work for Impact?

8      A.    Yes.

9      Q.    How much were you paid?

10     A.    About $15 an hour.  It was 14.37 at one

11  point.  At one point, it was $15 an hour so...

12     Q.    How many people did you -- did you

13  supervise people?

14     A.    Yes, I did.

15     Q.    How many people did you supervise?

16     A.    From a range of 20 to 25 people in my

17  department.

18     Q.    Are you continuing to work for Impact

19  now?

20     A.    No.  Right now, I'm not in a condition to

21  do so.

22     Q.    When was the last time you worked for

23  Impact?

24     A.    A month ago before I was hospitalized,

25  yeah.



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

1      Q.     Okay.  So, now, let's go back.  In 2017,

2   you moved down here and you were working for

3   Impact, and you had the chemotherapy and the

4   radiation treatment?

5      A.     Yeah.

6      Q.     Okay.  How long did that last?

7      A.     Chemo and radiation?

8      Q.     Yes, sir.

9      A.     I had 28 rounds of chemo, radiation which

10   mean that 28 days right there by itself for just

11   the radiation, because I had to do it once a --

12   once a day.

13      Q.     Did that make you sick?

14      A.     For the most, a little bit.

15      Q.     And then what about the chemo?

16      A.     The chemo made me a little sick.  I think

17   the radiation did the most part as far as the side

18   effects, yeah.

19      Q.     So after you did the chemo and the

20   radiation, did you get to feeling back to normal?

21      A.     Oh, yes.

22      Q.     And so from 2017 to 2022, were you --

23   would you describe yourself as being normal?

24      A.     Yes.

25      Q.     And your weight was the same?

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

1       A.   Yes, my weight was back up normal.

2   Everything was running smoothly.

3       Q.   Okay.

4       A.   Yeah.

5       Q.   So let's go to September of 2022.  Tell

6   us -- tell us what happened and what you did.

7   What happened that made you go see -- ask for

8   medical care?

9       A.   There was blood for sure coming out of my

10  urine.  I was so -- the pain that I was

11  experiencing which is the symptoms overall was

12  abdominal pain.  My sides, when I eat I would

13  bloat.  I'd be in so much pain when I eat.

14      Q.   When you -- when you went for medical

15  treatment, did anybody say anything to you about a

16  urinary tract infection?

17      A.   Yes.

18      Q.   Did they tell you that you had a urinary

19  tract infection?

20      A.   Yes, they did.

21      Q.   Were they treating you for a urinary

22  tract infection?

23      A.   Yes, they did.  They treated me for a

24  urinary tract infection.

25      Q.   Did the treatment for urinary tract

Appino & Biggs Reporting Service, Inc.

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### JOHN K. CALVIN

1    infection make the problem go away?

2        A.    No, it made it worse.

3        Q.    Did anybody talk to you about being

4    allergy to milk?

5        A.    Yes.

6        Q.    Who talked to you about being allergic to

7    milk?

8        A.    Doctor Schuller, Nurse Practitioner

9    Doctor Schuller.  She ran a test.  She said I was

10   allergic to milk, yes.

11       Q.    So did they then take you off of milk,

12   take you --

13       A.    Yeah.

14       Q.    Take you away from milk products?

15       A.    Yes.

16       Q.    Who told you that you had a urinary tract

17   infection?

18       A.    Doctor Johnson.

19       Q.    Doctor Johnson.  Was that a nurse or a

20   doctor?

21       A.    Nurse practitioner, yeah.

22       Q.    Nurse practitioner?

23       A.    Yeah.

24       Q.    Okay.  And in this time that you were

25   being told that you had a urinary tract infection



12/22/2022                                                           34

## JOHN K. CALVIN

1    and that you had -- you were allergic to milk,

2    were you seeing any actual medical doctors?

3        A.   No.

4        Q.   When was the first time you saw a medical

5    doctor about this problem?

6        A.   When I -- right before Thanksgiving.

7        Q.   Okay.  So the problem begins in

8    September?

9        A.   Yeah.

10       Q.   Thanksgiving is at the end of November.

11       A.   Yeah.

12       Q.   So for two months between September into

13   November, who did you see, just the nurse

14   practitioners?

15       A.   Yes.

16       Q.   And did the nurse practitioners say

17   anything to you about recurrence of your cancer?

18       A.   No.

19       Q.   Or about having cancer?

20       A.   No.

21       Q.   Did any -- did either of them say

22   anything to you about seeing a physician, seeing a

23   medical doctor?

24       A.   No.

25       Q.   Were you asking to see a medical doctor?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### JOHN K. CALVIN

1    A.   Yeah.  I kept coming back and forth and

2  the problem wasn't being taken care of, yes.

3    **Q.   So the first time you got to see a**

4  **medical doctor was just before Thanksgiving?**

5    A.   Yes.

6    **Q.   Tell us about that.**

7    A.   That was during the time that I had so

8  much pain and I couldn't tolerate it no more and

9  blood was coming out of my --

10   **Q.   Okay.  Let's get the answer.**

11   A.   Yeah.  So blood was coming out of my

12  boxers.  During the night, I'd try to go to sleep.

13  It was bloody.  So I called for emergency.  So

14  they called for emergency medical.  So they took

15  me over to the clinic.  So I did see Doctor

16  Harrod the next morning.

17        THE REPORTER:  Doctor who?

18        MR. SKEPNEK:  Harrod.

19   A.   Harrod.  Doctor Harrod the next morning.

20  BY MR. SKEPNEK:

21   **Q.   Do you know how that's spelled.  Is it**

22  **H A R R O --**

23   A.   H A R R O D, I believe.

24   **Q.   Okay.  And tell us what happened with**

25  **Doctor Harrod?**



12/22/2022                                                                              36

### JOHN K. CALVIN

1      A.    Well, sent me on to the hospital.

2      **Q.    Now, when you say to the hospital, that's**

3   **-- is that the hospital here in El Reno?**

4      A.    Well, Wesley in Wichita.

5      **Q.    Oh, okay.  Is Doctor Harrod at Wesley in**

6   **Wichita?**

7      A.    You say?

8      **Q.    Did you see Doctor Harrod at Wesley in**

9   **Wichita?**

10     A.    No.  Doctor Harrod was still on the

11  facility at the time.

12     **Q.    Okay.**

13           MR. COX:  It looks like medical personnel

14  have come in.  I think we might be at a 30-minute

15  break point.  Are you -- I just want to --

16           MR. SKEPNEK:  Yeah.  Let's take a break

17  for a minute if we've got medical personnel in

18  here.

19           MR. COX:  Okay.

20           MR. SKEPNEK:  Okay.  Let's take a break.

21           THE WITNESS:  All right.

22           THE VIDEOGRAPHER:  It's 12:44 p.m., we're

23  going off the record.

24           (THEREUPON, a discussion was had off the

25  record.)



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

12/22/2022                                                                    37

## JOHN K. CALVIN

1            THE VIDEOGRAPHER:  It is 12:46 p.m.,

2      we're back on the record.

3            BY MR. SKEPNEK:

4            **Q.   We took a little break for you to get**

5      **some medications, correct?**

6            A.   Yes.

7            **Q.   And, John, if you need -- if you need a**

8      **break, tell us and we'll stop and we'll give --**

9      **we'll take a break.**

10           A.   Yes.

11           **Q.   Okay.  I think we were -- you got to see**

12     **Doctor Harrod here in El Reno at the facility?**

13           A.   Yeah.

14           MS. MCPHERSON:  It's El Dorado.

15           MR. SKEPNEK:  I've been saying El Reno?

16           MS. MCPHERSON:  Yes.

17           MR. SKEPNEK:  Thank you.  That's in

18     Oklahoma.

19           BY MR. SKEPNEK:

20           **Q.   El Dorado.**

21           A.   Yeah.

22           **Q.   Here at El Dorado in Oklahoma -- in**

23     **Kansas.  I'm getting all confused here.  Here at**

24     **El Dorado.  You saw Doctor Harrod here at El**

25     **Dorado?**



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604           Suite 101                 Suite 305
785-273-3063               Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

## JOHN K. CALVIN

1      A.   Yes.

2      Q.   Okay.  Tell us -- tell us about your

3   meeting with Doctor Harrod.

4      A.   With Doctor Harrod, pretty much figured

5   that I needed to get on to the hospital.

6      Q.   What did you tell him?

7      A.   I agreed.

8      Q.   You told him about --

9      A.   About the bleed -- well, he seen it.  I

10  mean it was obvious because I couldn't keep my

11  sweats and things on and the blood that appeared

12  right there in my boxers.

13      Q.   Did you talk to him about the urinary

14  tract infection?

15      A.   No.

16      Q.   Did you talk to him about the allergy?

17      A.   No.

18      Q.   What did he tell you about what he

19  thought the problem was?

20      A.   He thought gallbladder issues, and he

21  started setting up tests.

22      Q.   For your gallbladder?

23      A.   Yeah, just to find out what was going on.

24  So at that point in time, they did not know what

25  was going on, so they was setting up tests to



5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131              316-201-1612

## JOHN K. CALVIN

1  figure out what was going on.

2      Q.   Did he say anything to you about cancer?

3      A.   No, they did not.  It was always urinary

4  tract.

5      Q.   So did he tell you that you were going to

6  go to Wichita?

7      A.   Yes.  He told me that they was going to

8  transport me to the hospital.

9      Q.   Did he tell you why?

10     A.   No.

11     Q.   Did he tell you who you were going to

12  see?

13     A.   No.

14     Q.   Did he tell you anything about cancer?

15     A.   No.

16     Q.   So how did you get to Wesley?

17     A.   State transportation.

18     Q.   Is that like a car?

19     A.   Transport, yeah.  They got transport here

20  where the guys that comes in and take you wherever

21  medical appointments and things of that nature,

22  yeah.

23     Q.   Okay.  So do you remember who you saw at

24  Wesley?

25     A.   No.  We just had to check in at the front

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

### JOHN K. CALVIN

```
1    desk.  They just did the check-in.
2         Q.    Okay.  But when you got to see a doctor,
3    did you get to see a doctor in Wichita at Wesley?
4         A.    Yes.
5         Q.    Who did you see?
6         A.    I seen Doctor Campfeld
7              (sic).
8         Q.    Do you know how that's spelled?
9         A.    I think K A M P F I L E D, I believe.
10        Q.    And did he tell you what kind of doctor
11   he was?
12        A.    Or she.
13        Q.    She?
14        A.    Yeah.  She's a family medicine doctor.
15        Q.    What do you remember about meeting Doctor
16   Campfeld (sic)?
17        A.    Just the fact that when I come to because
18   all I know is they put me under.  They put me --
19   they put me to sleep to put these tubes in me
20   because I guess they said my kidney was failing.
21   That's how I met Doctor Campfeld (sic) as I come
22   back to from being sedated, I guess I would say.
23        Q.    So they -- did they take you to an
24   operating room to do that or was that done in
25   your --
```



## JOHN K. CALVIN

1      A.    Yeah.  No, it was operating room.  And

2  from that point on, I remember until I come back

3  and Doctor Campfeld (sic) was the one that I made

4  contact with as I come back to my conscious.

5      Q.    Okay.  So when you woke up, you had tubes

6  in your kidneys?

7      A.    Yes.

8      Q.    Where did they come out?

9      A.    You say where?

10     Q.    Yeah, where did they come out?

11     A.    Right here.  They're still in here.  They

12  come out from my kidneys on both sides.

13     Q.    Okay.  And so right now you have two

14  catheters in you, one for each kidney?

15     A.    Yes, sir.

16     Q.    And did you talk to Doctor Campfeld (sic)

17  about what your problem was?

18     A.    Yeah.  Well, she was speaking about the

19  fact as far as these tubes come out of me was the

20  fact that because my kidney wasn't functioning up

21  to par.

22     Q.    Did she tell you -- did she tell you why?

23     A.    No.

24     Q.    What happened next that you recall?

25     A.    What happened next I recall was the fact

## JOHN K. CALVIN

1   that I noticed then a tube was coming out of my

2   penis.  So that was another issue that I was

3   concerned about.

4        **Q.   Did Doctor Campfeld (sic) put that in**

5   **your penis?**

6        A.   No.  I think it was the kidney doctor

7   that did all that.

8        **Q.   So that was all done at the same time?**

9        A.   Yes, sir.

10       **Q.   Do you still have the catheter in your**

11  **penis?**

12       A.   No.  They removed that one.

13       **Q.   Okay.  And so did anybody start talking**

14  **to you about cancer?**

15       A.   No.

16       **Q.   So they were still talking to you about**

17  **kidneys?**

18       A.   Kidneys and the fact that I needed

19  surgery to open up my colon.

20       **Q.   To open up your colon?**

21       A.   To open a restriction or blockage in my

22  colon.

23       **Q.   Okay.  Now, was that Doctor Campfeld**

24  (sic) or is that somebody else?

25       A.   That was somebody else.



5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604          Suite 101                 Suite 305
785-273-3063              Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com       913-383-1131              316-201-1612

## JOHN K. CALVIN

1        Q.    Do you know who that was?

2        A.    No.

3        Q.    So you met another doctor who told you

4    that your colon needed to be opened up?

5        A.    Yes.

6        Q.    And was that while you were still there

7    at Wesley in Wichita?

8        A.    Yes, it was.

9        Q.    And so what happened?  Did they do that?

10   Did they open you up?

11       A.    Yes, they did.  They opened me up.

12       Q.    Now, it's my understanding -- we don't

13   have the medical records.  We've been trying to

14   get them and we haven't been able to get them.

15   But we understand that you had surgery on December

16   13th?

17       A.    Um-hum.

18       Q.    Is that right?

19       A.    Yes, that's about right.

20       Q.    About a little more than a week ago?

21       A.    Yes.

22       Q.    Is that the opening up?

23       A.    Yes.

24       Q.    Okay.  So you were -- you were in -- how

25   long were you at Wesley, do you remember?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                 Suite 305
785-273-3063           Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com         913-383-1131             316-201-1612

## JOHN K. CALVIN

1       A.    About three weeks.

2       Q.    **Okay.  So you got there just before**

3    **Thanksgiving?**

4       A.    Yes.

5       Q.    **And then you came back here at the end of**

6    **last week, about a week ago?**

7       A.    Yes, sir.

8       Q.    **Okay.  When they said that they were**

9    **going to open you up, did you understand that they**

10   **were opening you up to see if there was cancer?**

11      A.    Yeah, to open the restriction from a

12   blockage that I was having, that they said it was

13   causing.  They thought it was causing all the

14   problems, the symptoms as far as eating and not

15   having a bowel movement and those things.  So

16   that's what the purpose were.

17      Q.    **What was the first time you heard**

18   **somebody talk about a blockage?  Was it after**

19   **these tubes went in?**

20      A.    The first time I heard about a blockage

21   was during the course of my hospital stay.

22      Q.    **And here's what I need to know.  I need**

23   **to know whether the blockage and cancer were the**

24   **same time.  Did you hear about the blockage and**

25   **cancer at the same time or were those one and then**



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604              Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### JOHN K. CALVIN

1  **the other?**

2      A.    No.   The blockage was the reason why they

3  did the incision in my abdomen.   But once he got

4  in there, then he said cancer.

5      Q.    **Okay.**

6      A.    Yeah.

7      Q.    **Now, did you talk to the surgeon who**

8  **opened you up?**

9      A.    Yes.

10     Q.    **Okay.   When we talk about opened you up,**

11 **did he make an incision in your abdomen?**

12     A.    Yes.   He opened you up and down this way.

13     Q.    **Up and down?**

14     A.    Yeah.

15     Q.    **And how long is that incision?**

16     A.    About six inches.

17     Q.    **And did you talk to the surgeon after you**

18 **woke up from the surgery?**

19     A.    Yes.

20     Q.    **What did he tell you?**

21     A.    He just told me I had a big old mass,

22 mass in my belly that he couldn't do a ostomy bag,

23 because that was the purpose to do an ostomy bag

24 so I could be able to have movement to be able to

25 eat without being constipated.   So he was going to

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                     Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                  316-201-1612

## JOHN K. CALVIN

1  put a bag on me.  But once he got in there, he

2  realized he couldn't do that because of the mass,

3  the mass that's in my stomach.

4      Q.   Did he tell you what that mass was?

5      A.   No.

6      Q.   Did he tell you you had cancer?

7      A.   Well, he just mentioned about cancer

8  cells, I believe.

9      Q.   I'm sorry?

10     A.   That's the first time I started hearing

11 about cancer.

12     Q.   What did he tell you he could do for you?

13     A.   He didn't say nothing.  He couldn't do

14 nothing at that point in time.  That's why he

15 couldn't even put the bag on me.  He couldn't do

16 that.

17     Q.   So if that was December the 13th, would

18 have been Tuesday a week ago.  Is that right?

19 Tuesday a week ago sound right?

20     A.   Tuesday, yeah, about a week ago.  Today

21 is Thursday, yeah.

22     Q.   So what happened next after you saw that

23 doctor?

24     A.   After I saw that doctor, that was it.

25 Nothing else was being done.



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

### JOHN K. CALVIN

1      Q.   Did they send -- did they then transport

2  you back here?

3      A.   Yes, come back here.

4      Q.   Now, at first, did they try and do that

5  by car?

6      A.   Yes.  They tried to do it by car.

7      Q.   What happened to that?

8      A.   They stopped it.  The hospital

9  administration stopped it and told them they

10  cannot transport me by car.

11     Q.   So how were you transported?

12     A.   Ambulance.

13     Q.   And was that the next day?

14     A.   The next day, which was a Friday.

15     Q.   Last Friday?

16     A.   Yes.

17     Q.   So since you've been back here at the --

18  at the facility here in El Dorado, what treatment

19  for your cancer have you been receiving?

20     A.   None.

21     Q.   Have you been offered any treatment for

22  your cancer?

23     A.   No.

24     Q.   Has anybody talked to you about what

25  alternatives there might be to either manage your

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604            Suite 101                   Suite 305
785-273-3063               Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com         913-383-1131               316-201-1612

## JOHN K. CALVIN

1  cancer or to feed it?

2        A.    No.   It was very brief conversation I had

3  with Doctor Harrod.   He had mentioned about the

4  fact doing the chemo.   He said that him and Doctor

5  Dakhil had kind of had a conversation about doing

6  chemo, but the next day I guess Doctor Dakhil had

7  changed his mind.   He said my body was too week

8  to even probably stand the chemo, the standard

9  chemo.

10       Q.    To do the standard chemo?

11       A.    Chemo, yeah.

12       Q.    Did he talk to you about how -- whether

13  you could make your body strong enough?

14       A.    No.

15       Q.    Or how you'd do that?

16       A.    No.

17       Q.    Did he talk to you about ways of getting

18  nourishment into your body?

19       A.    No, not at that point in time, but I have

20  been talked to about getting nourishment and

21  things of that nature.

22       Q.    Who have you been talking to about

23  getting nourishment?

24       A.    The hospital, the nursing staff and

25  things of that nature at the hospital.



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

### JOHN K. CALVIN

1    Q.    Now, you're talking about Wesley?

2    A.    Yeah.

3    Q.    Who have you been talking to at Wesley

4    about getting nourishment?

5    A.    Doctor Campfeld (sic).  She mentioned

6    about me being able to get my nourishment and

7    nutrition back in my body to be able to try to

8    gain my weight and stuff back.

9    Q.    Have any of those things that she talked

10   to you about been done here in the prison?

11   A.    I mean other than just what's normal.  I

12   mean feed me, diet.  I mean being able to try to

13   eat early.  I mean, yeah.  I mean that's just

14   normal day life to try to eat something.  But

15   other than outside of that, no.

16   Q.    So the -- so the diet that you have is

17   given to you by -- are you in the infirmary now?

18   A.    Yes, I'm in the infirmary.

19   Q.    Now, in the infirmary, do you have -- do

20   you have nurses who can -- who can help you, on

21   call to help you?

22   A.    Yes.

23   Q.    So do you have any problem getting them,

24   getting their attention, getting things done?

25   A.    No.  They're pretty good when I push the

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

### JOHN K. CALVIN

1   button.  I mean as far as being able to have

2   management as far as taking care of things, I have

3   to call for that.  Yeah, it's not like they're

4   consistent with making sure I got what I need

5   daily, you know and what's needed.  But I got to

6   be -- I mean as far as the medication and that's

7   what I normally -- that's what they on call for to

8   make sure they giving me the medication.

9        **Q.   Do you know whether you've had a**

10  **colonoscopy?**

11       A.   I had one at the hospital.

12       **Q.   Okay.  Would that have been before the**

13  **surgery when they put these catheters in you?**

14       A.   Yes.

15       **Q.   Did anybody talk to you about the results**

16  **of the colonoscopy?**

17       A.   Yeah, explain -- I guess the surgeon,

18  when he did the colonoscopy I guess felt like he

19  can go in and put the bag on me, the ostomy bag.

20  He felt like he can go in and do that to be able

21  -- for me to be able to have some kind of relief

22  as far as moving my bowels and things of that

23  nature.

24       **Q.   Do you have a bag now?**

25       A.   No, I do not have a bag.  He was



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

# JOHN K. CALVIN

1    unsuccessful in that procedure there because of

2    the mass.

3         Q.    So that's what he was going to try and

4    do --

5         A.    Yes.

6         Q.    -- when he opened you up?

7         A.    Yes, sir.

8         Q.    So we talked earlier about your pain

9    medications during the last week since you've been

10   back.  I guess you've been back from Wesley here

11   at El Dorado for this is six days now, tomorrow

12   would be seven?

13        A.    Seven, yeah.  Last Friday, yeah.  I got

14   back last Friday, yeah.

15        Q.    And earlier, we talked about your pain

16   medications?

17        A.    Yeah.

18        Q.    And have you been in fairly -- how would

19   you describe your pain levels over the last week,

20   over the last six days?

21        A.    I've been in pretty good pain for the

22   last six days.

23        Q.    Have you ever been pain free?

24        A.    No.  No.

25              MR. SKEPNEK:  We've been going for a good



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### JOHN K. CALVIN

1    little while.  Let's just take a little break.

2              THE WITNESS:  Okay.

3              THE VIDEOGRAPHER:  It is 1:02 p.m., we're

4    going off the record.

5              (THEREUPON, a recess was taken.)

6              THE VIDEOGRAPHER:  It's 1:16 p.m., we're

7    back on the record.

8         BY MR. SKEPNEK:

9         Q.    **John, here's what I'm having a hard time**

10   **with and I need you to explain to me.  You**

11   **couldn't eat because you couldn't poop, right?**

12        A.    Yeah.

13        Q.    **And you understood that you were going to**

14   **go in to have the surgery so that they could**

15   **remove the mass so you could poop?**

16        A.    Well, yeah, put the bag, colostomy bag on

17   me.

18        Q.    **Colostomy?**

19        A.    Yeah.

20        Q.    **And then once the doctor opened you up,**

21   **he decided he couldn't do the colostomy?**

22        A.    Yes, sir, correct.

23        Q.    **But now, he closes you up and you can't**

24   **eat?**

25        A.    Can't eat.



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

## JOHN K. CALVIN

1      Q.    And you were talking -- and Miss Pilate

2   told me that the real name of the doctor, we've

3   been messing with her name, but her name is

4   Feldkemp?

5      A.    Feldkemp.

6      Q.    Feldkemp.  Yeah, I think we were Campfeld

7   we were talking earlier, but it's Feldkemp.

8      A.    Okay.

9      Q.    And Doctor Feldkemp -- was Doctor

10   Feldkemp telling you how you were going to get

11   nourishment when you couldn't have the colostomy

12   and you couldn't eat?  Were they talking to you

13   about how you were going to have nourishment?

14      A.    No.

15      Q.    Has anybody in the last week, ten days

16   after your surgery talked to you about how they're

17   going to get nourishment to you?

18      A.    No, not at all.

19      Q.    Has anybody talked to you about something

20   called a TPN line?

21      A.    No.

22      Q.    Have you ever heard about that?

23      A.    No.

24      Q.    Nourishment that can go in through your

25   blood?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## JOHN K. CALVIN

1      A.   Oh, yes, but it was -- I know about it

2   but it was not specifically discussed with me as

3   far as an option.

4      Q.   **So have you ever been given the chance to**

5   **get nourishment through a TPN line?**

6      A.   No.

7      Q.   **If you were offered a TPN line, would you**

8   **take it?**

9      A.   Yes, sir.

10     Q.   **Do you want to try and get enough**

11  **nourishment so that you can build up the strength**

12  **to have the treatments for the cancer?**

13     A.   Yes, sir.

14     Q.   **So you talked to people at the hospital**

15  **at Wesley about ways to get nourishment.  Have you**

16  **talked to anybody here at the facility here in the**

17  **prison about how to get nourishment?**

18     A.   No, I have not.  Has not been a

19  discussion about nourishment through that

20  procedure there.

21     Q.   **Have you told the people here in the**

22  **infirmary here in El Reno that you can't eat?**

23          MR. COX:  El Dorado.

24  BY MR. SKEPNEK:

25     Q.   **El Dorado.  I keep going to El Reno.  El**

Appino & Biggs Reporting Service, Inc.   TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

1   Dorado that you can't eat?

2       A.   Oh, yeah, they're well aware.  I mean

3   they pretty much aware that I'm not eating.

4       Q.   **How are they aware that you're not**

5   **eating?**

6       A.   Because they see it every day and they

7   know.  I've spoke with them about me having

8   problems when I do eat very small portions of

9   whatever it is.  I'm in constant pain, bloating.

10      Q.   **When was the last time you had a bowel**

11  **movement?**

12      A.   A couple days ago because I do take the

13  MiraLAX or whatever the laxative and that's very

14  little, because I tell them I do not have anything

15  in me to move so...

16      Q.   **But if you eat, then you feel bloated and**

17  **it increases your pain?**

18      A.   Yes, sir.

19      Q.   **Have you ever been told that you have**

20  **stage IV cancer?**

21      A.   Yes, sir.

22      Q.   **Do you know when that was?**

23      A.   At the hospital.

24      Q.   **Do you know if it was before or after the**

25  **surgery?**



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## JOHN K. CALVIN

1     A.   It was after.

2     **Q.   After you think?**

3     A.   Yes.

4     **Q.   And you think that was the cancer doctor**

5     **or the surgeon?**

6     A.   Yeah, it was the family doctor, Campfeld

7     (sic).  That's who I heard that from.

8     **Q.   I want to go talk to you about the murder**

9     **of John Coates.**

10    A.   Uh-huh.

11    **Q.   Were you there when he was killed?**

12    A.   Yes, partially.  I mean I wasn't right

13    there but right before that, right before he was

14    killed, yeah.

15    **Q.   Okay.  So why don't you tell us what you**

16    **remember of what happened when John Coates was**

17    **killed?**

18    A.   Yeah.  I was visiting my sister Gloria.

19    **Q.   What year was this?**

20    A.   This was 2002.

21    THE REPORTER:  Can we stop for a second?

22    There's somebody on the phone.

23    MS. MCPHERSON:  Somebody needs to mute on

24    the phone I think.  We're getting some noise.

25    BY MR. SKEPNEK:



5111 SW 21st Street        6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604           Suite 101                Suite 305
785-273-3063               Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com        913-383-1131             316-201-1612

### JOHN K. CALVIN

```
1        Q.   Okay.  So, John, it was 2003?

2        A.   2002.

3        Q.   2002?

4        A.   Yeah.

5        Q.   Tell us what you remember.

6        A.   I remember the night I was visiting my

7   sister, Gloria, Gloria Calvin.  And as I was

8   visiting Gloria Calvin, Melvin White pulls up at

9   my sister, Gloria's, house, and I remember him

10  asking me if I knew anyone that would buy CD's.

11  I said, yes, I knew someone that might be

12  interested in CD's.  So I goes around to John

13  Coates' house to sell the CD's to John Coates.  As

14  I sold the CD's to John Coates, I remember Melvin

15  White come in through the door with his nephew,

16  Benjamin Russ, as I was leaving out, and I see a

17  tussle going on.  And I seen them tussling, so I

18  quickly started running towards back to my

19  sister's house.  And as I was running back to my

20  sister's house, I hear some gunshots.  And so as I

21  hear the gunshots, I happened to look back because

22  of the gunshots.  I see Benjamin Russ and Melvin

23  White running back to their car to get in the car

24  to get away.  As I run back to my sister's house,

25  I tell them to call the police.  There's been a
```



5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604                  Suite 101                 Suite 305
785-273-3063             Overland Park, KS 66212        Wichita, KS 67202
www.appinobiggs.com           913-383-1131              316-201-1612

## JOHN K. CALVIN

1  shooting.  And so after we did call the police, we

2  actually went right back around to the scene of

3  the crime.

4      Q.   So you went to your sis -- how far away

5  was your sister's house?

6      A.   A block over.

7      Q.   So that's Gloria?

8      A.   Yeah, that's Gloria.

9      Q.   And so then Gloria made the call or you

10  made the call?

11      A.   No, Gloria made the call.  Actually, as

12  we were attempting to make the call, we heard the

13  sirens.  So someone else actually had made the

14  call, I guess, before we got a chance when we

15  attempt to call the police for the reason there

16  was gunshots.

17      Q.   So then did you -- so the CD's that you

18  were trying to sell, were those given to you by --

19      A.   Melvin White.

20      Q.   -- Melvin White?

21      A.   Yes.

22      Q.   So he gave you the CD's.  And did you

23  have an agreement with him about what would happen

24  with the money from the CD's?

25      A.   I mean the relationship that we had as



### JOHN K. CALVIN

1    far as selling things like that, I always would

2    get half.

3         Q.    Okay.

4         A.    Yeah.

5         Q.    So you said you're going to go sell them

6    to Coates?

7         A.    Yeah.

8         Q.    And then you'd give half the money to

9    White?

10        A.    Yes.

11        Q.    Did you have any other agreements with --

12        A.    No.

13        Q.    -- with White?

14        A.    Not at all.

15        Q.    Did you know that -- did you know that

16   there were problems between White and Coates?

17        A.    Just through the streets and then

18   afterwards, yes.

19        Q.    I don't want to know afterwards.  I want

20   to know at the time.  What did you know at the

21   time?

22        A.    At the time, no.

23        Q.    Didn't know of any problems between --

24        MR. SKEPNEK:  Again, we're having --

25   could somebody mute?  There's somebody on the

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### JOHN K. CALVIN

1    telephone who's making -- we're going to have to

2    turn off the telephone if we -- can anybody hear

3    me on the telephone?

4          MR. COX:  Somebody on the telephone.

5          MS. MCPHERSON:  Hey, excuse me.  Excuse

6    me.  Who's on the phone?  Who's all on the phone

7    right now, because we're hearing some people

8    having other conversations?

9          MR. HIATT:  Yeah, this is Jared Hiatt.

10   I'm on the phone and I'm on mute.  It's not

11   coming from my line.

12         MS. MCPHERSON:  Who else do we have?

13         MS. LYNCH:  This is Brenna.  I was also

14   on mute.

15         MR. MYERS:  Jim Myers, I'm also on mute.

16         MR. DENNING:  Dustin Denning, I'm also on

17   mute.

18         MS. MCPHERSON:  That's so weird.  We're

19   getting --

20         THE REPORTER:  Somebody else is on there.

21         MS. MCPHERSON:  Somebody else must be on

22   there.

23         MR. COX:  Lynch is the only one that

24   didn't report in.

25         MS. MCPHERSON:  Oh.  Mark.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### JOHN K. CALVIN

1              MR. COOPER:  This is Cooper.  I was on

2      the line.  I didn't realize my mute wasn't on.

3              MS. MCPHERSON:  Okay.

4              MR. COOPER:  I'm back on mute.

5              MS. MCPHERSON:  Okay.  Thanks.

6              MR. SKEPNEK:  Okay.  Sandy, where were

7      we?

8              THE REPORTER:  You said I don't want to

9      know afterwards.  I want to know at the time.

10     What did you know at the time?  Answer:  At the

11     time, no.  Question:  Did you know of any problems

12     between...

13             MR. SKEPNEK:  Right.

14     BY MR. SKEPNEK:

15         Q.    Did you know that White wanted to kill

16     Coates?

17         A.    No, I did not.

18         Q.    Did you know there were any problems

19     between Mr. White and Mr. Coates?

20         A.    No.

21         Q.    So you and your sister Gloria then went

22     back to the scene?

23         A.    Yes.

24         Q.    What did you see when you went back to

25     the scene?


Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

1      A.    There was a whole lot of emergency people

2   there.

3      Q.    **Did you see police?**

4      A.    Yes.

5      Q.    **Do you know who any of the policemen**

6   **were?**

7      A.    I know Golubski, Sutton.  Golubski, he

8   was at the crime scene at the time.

9      Q.    **Who else was there?**

10      A.    John Cosgrove.  I think was also a Terry

11   Mast.

12      Q.    **Okay.**

13      A.    Yeah, I believe that's all I can

14   remember.

15      Q.    **Did you go up and talk to any of them?**

16      A.    No.

17      Q.    **Did you tell any of them what you had**

18   **seen or what you knew?**

19      A.    No, not at that point.

20      Q.    **So what happened next?  Did you go home?**

21      A.    Yes.

22      Q.    **And what's the next thing you knew about**

23   **the shooting?**

24      A.    The next thing I knew about the shooting?

25      Q.    **Right.  Did the police -- did the police**

**Appino & Biggs** Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

```
 1   come talk to you?
 2        A.   Yes, they did.
 3        Q.   When was that?
 4        A.   Probably the next day.
 5        Q.   And who was that?
 6        A.   Terry Mast, John Cosgrove, Terry Mast.
 7        Q.   They came to your house?
 8        A.   Yeah, they came to my house but I went
 9   down to the interrogation.
10        Q.   To where?
11        A.   To interrogation room.
12        Q.   Did they take you with you from your --
13   with them from your house?
14        A.   Yes, sir.
15        Q.   So did they tell you that you were under
16   arrest?
17        A.   No.  Not at that point, no.
18        Q.   They asked you to which come with them?
19        A.   Yes.
20        Q.   Did you agree to come with them?
21        A.   Yes.
22        Q.   Did they read you your rights?
23        A.   No.
24        Q.   Did you believe that you were a target of
25   the investigation?
```



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## JOHN K. CALVIN

```
1       A.   No, not at the time.

2       Q.   So when they came to your house, did you

3  tell them that you'd been there the night before?

4       A.   Yes.

5       Q.   Did you tell them at your house when they

6  came to see you what you had seen?

7       A.   Yes.

8       Q.   And about going -- what you told us a few

9  minutes ago, did you tell them that?

10      A.   Yes, sir.

11      Q.   Okay.  And they said they needed you to

12 come down to the station?

13      A.   Yes.

14      Q.   Did they tell you why?

15      A.   Well, they just said that they need my

16 help.  They already know what happened but they

17 need my help.

18      Q.   Okay.

19      A.   Yeah.

20      Q.   So you went with them in their car?

21      A.   Yes.  Yes.

22      Q.   Down to the station?

23      A.   Yes, sir.

24      Q.   What happened at the station?

25      A.   They started asking me questions about
```

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# JOHN K. CALVIN

1    what happened.

2        Q.    Who?

3        A.    John Cosgrove.

4        Q.    Was it just you and him?

5        A.    No.  It was Terry Mast and the rest of

6    them in the interrogation room.

7        Q.    Just were there others or just those two?

8        A.    It was also Young.  Detective Young was

9    in the room.

10       Q.    So when we're talking about an

11   interrogation room, can you describe the room, how

12   big it was, what was in the room?

13       A.    It was smaller than this section here.

14   It was smaller than --

15       Q.    This section in the middle between the

16   tables?

17       A.    It was probably about half of this where

18   these tables are lined out.  It's probably about

19   half of that.

20       Q.    A very small room?

21       A.    Yeah, it was a very small room.

22       Q.    So you, Cosgrove -- are you saying --

23       A.    Cosgrove.

24       Q.    -- Bask?

25       A.    Mast.



5111 SW 21st Street          6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604             Suite 101                 Suite 305
785-273-3063                 Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com          913-383-1131             316-201-1612

## JOHN K. CALVIN

1        Q.    Mast?

2        A.    Yes.

3        Q.    And Young.   Mast and Young?

4        A.    And Young.

5        Q.    You, Cosgrove, Mast and Young were in a

6    really tiny room?

7        A.    Yes.

8        Q.    Is there a table in the room?

9        A.    Yes.

10       Q.    Were you sitting, were you standing?

11       A.    I was sitting.

12       Q.    What were they doing?

13       A.    One was sitting up and one was standing

14   if I recall.  Two of them was standing.  I was

15   sitting and the other one was sitting across from

16   the table.

17       Q.    And was there a light, ceiling light?

18       A.    Yes.

19       Q.    Did they have a recorder, a tape recorder

20   going?

21       A.    No, not that I recall.

22       Q.    Did they tell you it was being recorded?

23       A.    No.

24       Q.    So and who was doing the asking, the

25   questioning?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

12/22/2022                                                                67

## JOHN K. CALVIN

 1        A.    All of them.

 2        Q.    **All of them?**

 3        A.    Yeah.

 4        Q.    **Well, what do you remember? What do you**

 5   **remember them asking?**

 6        A.    Asked me, they said they knew Melvin

 7   White killed John Coates and wanted to know if I

 8   seen him do so and wanted to know also what did I

 9   know about the relationship between John and Chris

10   and Melvin.  Those type of questions were asked.

11        Q.    **What did you tell them?**

12        A.    I told them that, yes, John was dating

13   the same female that Melvin White was dating, and

14   it was a love triangle.  That's what I told them,

15   yeah.

16        Q.    **Did you tell them what you saw?**

17        A.    Yeah.

18        Q.    **Did you tell them about the CD's --**

19        A.    Yes.

20        Q.    **-- and about White bringing the CD's to**

21   **you?**

22        A.    Yes.

23        Q.    **Did you tell them about walking out and**

24   **them pushing in the door?**

25        A.    Yes.



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

1       Q.   Did they ask you anything else?

2       A.   No.

3       Q.   Did they tell you that they thought you

4   were involved with White in killing Mr. Coates?

5       A.   No.

6       Q.   So what happened next?

7       A.   They arrested me.

8       Q.   So how long did that interrogation take?

9       A.   Well, for about a couple hours I would

10  say.  About a couple hours.

11      Q.   Well, we've only talked about a couple

12  little things.  Were they just again and again and

13  again?

14      A.   Um-hum.

15      Q.   Is that a yes?

16      A.   Yes.

17      Q.   Were they going in and out or were they

18  all four -- or all three of them there at the --

19      A.   Yeah, they was going in and out.  They

20  was going in and out.  I would say that, yes.

21      Q.   In the course of this, did they ever read

22  you your rights?

23      A.   No.

24      Q.   Did you ever -- did they ever offer you a

25  lawyer?



## JOHN K. CALVIN

1       A.    No.  I asked for a lawyer.

2       **Q.    You asked for a lawyer?**

3       A.    Yes.

4       **Q.    What did they say?**

5       A.    They ceased the interrogation.

6       **Q.    They ceased it?**

7       A.    Yes.

8       **Q.    So that's when the interrogation ended?**

9       A.    Yes.  Yes.

10      **Q.    Is that when they arrested you?**

11      A.    Well, they didn't even say I was

12   arrested.  They just said they was booking me into

13   the county jail.

14      **Q.    And have you been --**

15      A.    I learned that I was being charged with

16   second degree murder two days later through my

17   family.  So they didn't tell me this information.

18      **Q.    So have you been in custody since then?**

19      A.    Yes.

20      **Q.    Did they ever -- they ever talk to you**

21   **again?**

22      A.    Yeah.  Like two days later they initiated

23   the contact without me having a lawyer.  They

24   initiated contact.

25      **Q.    Who was that?**



5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604         Suite 101                Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131             316-201-1612

12/22/2022                                                          70

## JOHN K. CALVIN

1       A.      John Cosgrove, Terry Mast and Young.

2       **Q.      I'm sorry, Mast and Young, all three of**

3   **them?**

4       A.      Yeah.

5       **Q.      And where was the contact?**

6       A.      County jail.

7       **Q.      So did they come to your cell?**

8       A.      Yeah.  Came to my cell and got me out of

9   my cell.

10      **Q.      And they took you out and then back to an**

11  **interrogation room?**

12      A.      Well, no, they took me out.  Once we

13  drove around in the streets trying to look for the

14  car of Benjamin Russell.

15      **Q.      For the what?**

16      A.      The car.  We was looking for the car that

17  Benjamin Russell was in that night.  So I was

18  giving them the description on the car that night.

19  We drove around the city looking for this car.  So

20  when we was looking for the car and then is when

21  they went back to the interrogation room, stopped

22  by McDonald's and all that, bought me McDonald's

23  and all that type of stuff.

24      **Q.      So you drove around for how long?**

25      A.      Yeah.  About 30 minutes, 45 to an hour.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                   Suite 305
785-273-3063            Overland Park, KS 66212        Wichita, KS 67202
www.appinobiggs.com          913-383-1131               316-201-1612

## JOHN K. CALVIN

1      Q.    So then you drove around, you stopped at

2  McDonald's.   Then you went back to the jail?

3      A.    Yeah.

4      Q.    They took you back to the same

5  interrogation room?

6      A.    Same interrogation room.

7      Q.    And the three of them were then

8  questioning you there?

9      A.    Yes, sir.

10      Q.    What were they -- what were they asking

11  you?

12      A.    About the car, about Benjamin Russell.

13  They was trying to figure out who his nephew was

14  at the time.

15      Q.    And what did you tell them?

16      A.    I told them a description of the car, I

17  told them the description of the nephew.   So

18  that's how they learned all the things that they

19  learned.   Yeah, I gave them all the information

20  that they needed.

21      Q.    Were there ever any questions they asked

22  that you didn't answer?

23      A.    No.   That I had the answer to, no.

24      Q.    Did you tell the truth?

25      A.    Yes, I did.



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JOHN K. CALVIN

1     **Q.    Did they ask you whether you had an**

2  **agreement with White to kill Coates?**

3     A.    No.

4     **Q.    Did they -- did they ask you what your**

5  **interest in killing Coates would be? Did they talk**

6  **to you about that?**

7     A.    Yes.  At one point in time, they was

8  saying that what would be best for me, what

9  scenario would be best for me, knowing that he

10  wanted to kill Coates or he was going there to rob

11  Coates.  And they said what would be best for me.

12     **Q.    What did you -- what did you understand**

13  **they meant by that?  Were they trying to tell you**

14  **what say?**

15     A.    Yes.

16          MR. BRANSON:  Object to form.

17     A.    Yes.

18          THE REPORTER:  Who said that?  Thank you.

19  BY MR. SKEPNEK:

20     **Q.    Were they -- what did you think when they**

21  **said what's best for you, robbery or kill, what**

22  **did you think they meant by that?**

23     A.    Exactly when they said, what was best for

24  me.  What was the best way out for me, the

25  robbery or intentionally going in there to kill

Appino Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## JOHN K. CALVIN

1   him.

2      Q.   Did they tell you what would be best for

3   you?

4      A.   Yeah, pretty much.

5      Q.   What did they tell you?

6      A.   Robbery.

7      Q.   Robbery?

8      A.   Yes.

9      Q.   So they told you that it would be best

10  for you if you were involved in a robbery of

11  Coates?

12     A.   Yes.

13          MR. BRANSON:   Object to form.

14  BY MR. SKEPNEK:

15     Q.   And what did you say to them?

16     A.   Told them the truth.  I told them I had

17  no involvement regardless either way.  I knew

18  nothing.  I knew nothing of the nature of what

19  Melvin White's intent was that night.

20     Q.   Did you tell -- did you ever tell them

21  that you were involved in a robbery?

22     A.   No.

23     Q.   Did you ever tell them that you were

24  involved in a plot to murder Mr. Coates?

25     A.   No.



5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131              316-201-1612

## JOHN K. CALVIN

1    Q.    Do you know whether that conversation was

2    recorded?

3    A.    I thought they was taking notes, but I

4    don't know --

5    Q.    I'm not talking about notes.  Do you --

6    A.    -- if it was recorded.  I don't know.

7    Q.    Do you know if the ever pulled out a tape

8    recorder?

9    A.    No.

10    Q.    How long did that conversation last, that

11    interrogation?

12    A.    I don't know.  I can't recall that last

13    one.  I don't know exactly how long that one was.

14    Q.    Seem as long as the first or longer or

15    shorter?

16    A.    No.  Wasn't as long as the first one.

17    Q.    Okay.  The end of it, did -- what did

18    they say to you at the end of it?  How did they

19    leave it with you?

20    A.    As it was.  Took me back to the county

21    jail, charges stood, second degree murder, meaning

22    that I killed him.  So that's what the charges

23    were.

24    Q.    Did you ever talk to them again?

25    A.    Not after that second interview, no.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## JOHN K. CALVIN

1      Q.    Okay.  So you never talked to any more

2  policemen about the Coates killing after that

3  second meeting?

4      A.    Well, no, yeah, I did.  It was another

5  initiation that they made to come to the county

6  jail.  They did come back.  They came back and

7  asked about Mark Coates.

8      Q.    Okay.  So the three of them again?

9      A.    No.  That time I think it just was Mast

10  and Young.

11      Q.    So Mast and Young came took you from your

12  cell back to a interrogation room?

13      A.    No.  We didn't go back to a interrogation

14  room at that time.  We didn't even leave the

15  county that time.  So I did not leave the county

16  jail at that time, that third time around.

17      Q.    Okay.  So the third time, was that in

18  your cell?

19      A.    No.  It was outside the cell but in a

20  little room where you visit at.  I think it was

21  where lawyers visit at.

22      Q.    Okay.

23      A.    Yeah.

24      Q.    What did they talk to you about there?

25      A.    They wanted to know about Mark Coates,



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063          Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131            316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## JOHN K. CALVIN

1    was talking about the fact Mark Coates said that

2    he did not see anything.  When they pressured him,

3    in my words, to change the story to say that I

4    got in the car that night.

5         Q.   I'm sorry.

6         A.   So that was the second --

7         Q.   Who changed the story?

8         A.   I say Mark Coates changed his story.

9         Q.   Mark Coates?

10        A.   Yeah, which was the victim's brother.

11        Q.   Okay.

12        A.   Yeah.

13        Q.   And they told you that Mark Coates had

14   told them that you'd gotten in the car with White?

15        A.   Yes.  Yes.

16        Q.   Was that true?

17        A.   No, it's not true.

18        Q.   Did you tell them it wasn't true?

19        A.   Yes.  And they knew it was not true

20   because of the facts of the case.  Yeah, I told

21   them it was not true.

22        Q.   How long after the shooting were you at

23   your sister's house?  How long did it take you to

24   get from Coates' place to your sister's house?

25        A.   No more than five minutes.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## JOHN K. CALVIN

1        Q.    Did they ever talk to your sister?

2        A.    Yes.  Yes, they did.

3        Q.    And did she tell them that you'd come

4    straight back over and told her to call the

5    police?

6        A.    Yes, they did.

7        Q.    Okay.  So they told you that Coates'

8    brother had said that.  Did they say anything else

9    to you?

10       A.    No.

11       Q.    Is that the last time you ever talked to

12   any police?

13       A.    Yes, sir.

14       Q.    Did you have any involvement with Mr.

15   White in killing Mr. Coates?

16       A.    No, I did not.

17       Q.    Any agreements at all with Mr. White

18   other than to sell CD's?

19       A.    Other than to sell CD's.  That's the only

20   agreement I had with White, yeah.

21            MR. COX:  Bill, it's currently 1:42.  If

22   I recall correctly, I think we started at 1:16.

23   We're coming close on 30 minutes.  I just want to

24   observe that so that we can offer a break to Mr.

25   Calvin if he needs it per medical advice.



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JOHN K. CALVIN

1          MR. SKEPNEK:  Sure.  Mr. Calvin, do you
2    need a break?
3          THE WITNESS:  Yes, sir.
4          MR. SKEPNEK:  Okay.  Let's take a break.
5          THE WITNESS:  All right.
6          THE VIDEOGRAPHER:  It is 1:42 p.m., we're
7    going off the record.
8          (THEREUPON, a recess was taken.)
9          THE VIDEOGRAPHER:  It is 2:04 p.m., we're
10   back on the record.
11      BY MR. SKEPNEK:
12      Q.    Now, John, in the three meetings, the
13   first time the it would be better for you, was
14   that in the first, the second or the third meeting
15   or is that in all of them?
16      A.    It would be better for me was in the
17   second meeting.
18      Q.    And it better for you in terms of --
19   better for you in terms of a sentence or an
20   outcome?
21      A.    Yeah, outcome.
22      Q.    So were they telling you that if you --
23   if you told them that you were helping to rob
24   Coates that it would be better for you when you
25   were sentenced?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## JOHN K. CALVIN

```
1        A.   Yes, sir.

2             MR. BRANSON:  Object to form.

3             MR. SKEPNEK:  And, Charles, you know, I

4   understand your need to make an objection, but

5   you're shouting through us and so it drowns out

6   his answer.  So I mean that's the way record is,

7   so I need to ask it again because you kind of

8   have a fog horn voice and you've been -- okay.

9   So your objection is made.

10       BY MR. SKEPNEK:

11       Q.   But when they said better for you, better

12   for you in terms of your sentence?

13       A.   Yeah, in terms of my sentence, my

14   outcome.

15       Q.   Okay.  So did they actually say that to

16   you?

17       A.   Yes, they actually said that to me.

18       Q.   Who was the they?

19       A.   John Cosgrove, Terry Mast.  They were all

20   in the room at the time, yeah.

21       Q.   And was it all of them saying it or was

22   there somebody in particular saying that?

23       A.   John Cosgrove.

24       Q.   Okay.

25       A.   Yeah.  Can I say something?
```



5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604              Suite 101               Suite 305
785-273-3063         Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com         913-383-1131            316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### JOHN K. CALVIN

1      Q.   Yes.

2      A.   It's in the record.

3      Q.   What's in the record?

4      A.   What I'm speaking of, the facts of them

5  saying what would be better scenario the outcome,

6  what would be best for me.  It's in the record,

7  yeah.

8      Q.   So it was back at that time that you said

9  that -- that you said that they had told you it

10 would be better for you if you said that you were

11 part of a robbery?

12     A.   Yes.

13     Q.   And was that after you had asked for a

14 lawyer?  Did you ask for a lawyer in the first

15 meeting?

16     A.   Yeah, I asked for a lawyer in the very

17 first interrogation.  Yes, I did.

18     Q.   And so this was in the second

19 interrogation?

20     A.   Yeah.  I believe it's in the second

21 interrogation that they said what would be best --

22 best scenario for you.  They gave me two options.

23     Q.   Right.  And that was a couple of days

24 later after the first one?

25     A.   Yes.  Yes.



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JOHN K. CALVIN

1      Q.    And you spent that whole time in jail?

2      A.    Yes.

3      Q.    And during that time between the first

4  and the second, had you ever talked to any

5  lawyers?

6      A.    No.

7      Q.    Had you ever been taken in front of a

8  judge during that time?

9      A.    No.

10     Q.    When in relation to all this were you

11 taken to a judge?  Were you taken to a judge

12 before the third meeting?

13     A.    No.

14     Q.    There was a third time?

15     A.    No.  I had not been taken to a judge or

16 lawyer or seen a lawyer, none of that before that

17 third interrogation, that third meeting.

18     Q.    Okay.

19     A.    No.

20     Q.    And so was it true that you were involved

21 with Mr. White in trying to rob Mr. Coates?

22     A.    No, it's not true.  Not true at all.

23     Q.    Did Coates pay you some money for the

24 CD's?

25     A.    Yes, he did.



5111 SW 21st Street        6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604              Suite 101                Suite 305
785-273-3063           Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131            316-201-1612

12/22/2022                                                                82

## JOHN K. CALVIN

1      Q.   Did you take that money with you when you

2   left?

3      A.   Yes, I did.

4      Q.   Did you tell the police about that, that

5   you'd gotten money from Mr. Coates?

6      A.   Yes, I did.

7      Q.   Did you still have that money?

8      A.   No.

9      Q.   You'd spent it?

10      A.   Yes.

11      Q.   I want to go back and talk about your

12   medical here for a minute.

13      A.   Okay.

14      Q.   What would -- what do you feel needs to

15   happen for you physically and medically?  What do

16   you need -- what do you need?

17      A.   I need nourishment, nourishment for my

18   body.  I need treatment.

19      Q.   Do you need pain medication?

20      A.   Pain medication, treatment.

21      Q.   So what do you mean by -- so some

22   treatment of the tumors, some treatment of the

23   cancer?

24      A.   Yes.  Yes.

25      Q.   And during the last I guess eight, nine

Appino Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

1   days since your surgery, have you had any

2   treatment for the tumors?

3        A.   No.

4        Q.   And then this nourishment, the only --

5   we've talked about that.  You need nourishment?

6        A.   Yes.

7        Q.   You need a plan for nourishment?

8        A.   Yes.  I need a plan for nourishment.

9        Q.   Do you know what that is?

10       A.   No.  I have not had a conversation with

11  anyone.  The professionals that -- the one that

12  provides all this, I have not had that

13  conversation with nourishment, about nourishment.

14       Q.   Do you know what the treatment would be?

15       A.   No. I mean I know chemo.  I mean like I

16  said, I know they got advanced chemo, things of

17  that nature so...

18       Q.   And then the nourishment, do you know how

19  you would be nourished?  Do you know what that

20  would be?

21       A.   Yeah, I mean I know it would be through

22  the blood, whatever, IV, yeah.

23       Q.   But they're not doing that?

24       A.   No.

25       Q.   Have you asked for that?



5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604         Suite 101                Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131             316-201-1612

## JOHN K. CALVIN

1       A.    No.   I mean I've spoken about it,

2   mentioned it in the hospital, but not here at the

3   facility, no.

4       Q.    Do you have a parole date set?

5       A.    Well, I have a parole -- earliest parole

6   date is March, which is 90 days, 60 days from now.

7       Q.    So this happened in 2002?

8       A.    Yeah.

9       Q.    You were arrested in 2002.  So that's 20

10  years ago?

11      A.    Yeah.

12      Q.    And your parole is now set for?

13      A.    Yeah.

14      Q.    Your first parole date is set for March

15  of 2023?

16      A.    Yeah.   They got me set to see the parole

17  board in March.

18      Q.    Right now, we're December of 2022?

19      A.    Yeah.

20      Q.    And so three months from now you'll be

21  eligible for parole?

22      A.    Yes.

23      Q.    Do you -- do you want to cure your

24  cancer?  Do you want to be released?

25      A.    Of course.



Appino & Biggs Reporting Service, Inc.

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## JOHN K. CALVIN

1      Q.    So do you want to live?

2      A.    Of course.  I got grandbabies I haven't

3    seen.

4      Q.    Who is Jalisa Bluford?

5      A.    She's my daughter.

6      Q.    Do you want to see her?

7      A.    Of course I want to see her.

8      Q.    How often do you -- do you talk to her?

9      A.    Here recently I started back the

10   conversation.  Yeah, I used to talk to her quite

11   often.  I got a chance to visit with her this

12   past weekend.  So, yes.

13     Q.    Who is Kiandra Calvin?

14     A.    That's my daughter, that's my oldest

15   daughter.

16     Q.    So you have the same relationship with

17   her that you have with Jalisa?

18     A.    Yes, I do.

19     Q.    And who is Kendra Wright?

20     A.    That's my niece.

21     Q.    Do you talk to her?

22     A.    Yes, I do.

23     Q.    Do you talk to all of them?

24     A.    I talk to all of them.

25     Q.    Who has -- who has a grand -- who has a

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604         Suite 101                Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131             316-201-1612

## JOHN K. CALVIN

1   child that is your grandchild?

2       A.   Kiandra and Jalisa.

3       Q.   **How old are they?**

4       A.   My grandbabies?  Wow, I have five of

5   them.

6       Q.   **You have five?**

7       A.   So, yeah.  Jalisa has five and Kiandra

8   has five.  And then I have three other with my

9   son.  I have a younger -- I got a son.  He has

10  three.  So I have 13 grandbabies that I've not

11  seen, yes.

12      Q.   **Do you want to get out to see them?**

13      A.   Of course I do.  Who wouldn't?

14      Q.   **Are you able to see your grandbabies here**

15  **in the prison?**

16      A.   No.

17      Q.   **Have you wanted to see them here in the**

18  **prison?**

19      A.   Yes.

20      Q.   **John, is there anything else you'd like**

21  **to say?**

22      A.   This is very rough on me, and I struggle

23  at times to know that I'm in a place that I

24  shouldn't be and then know that my caregivers

25  failed me.  I mean that just made it even harder



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131                316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## JOHN K. CALVIN

1    than the crime itself.  That's what I got to say.

2    I struggle.  I'm struggling, and it's hard on me.

3    It's a hard impact on me.

4         **Q.   So are you still trying?**

5         A.   Say that again.

6         **Q.   Are you still trying?**

7         A.   Of course.

8         **Q.   Have you ever stopped trying?**

9         A.   No.  I'll never stop trying.

10        MR. SKEPNEK:  That's all I have.

11        THE WITNESS:  Yeah.

12        MR. BRANSON:  Mr. Calvin, do you need a

13   break or anything?

14        THE WITNESS:  No, I'm fine.

15        MR. BRANSON:  Okay.  Let me get this

16   clipped somewhere here.

17        CROSS-EXAMINATION

18        BY MR. BRANSON:

19        **Q.   Mr. Calvin, my name is Charles Branson.**

20   **I have a few questions for you.**

21        A.   Okay.

22        **Q.   My questions are going to be centered**

23   **around your criminal conviction?**

24        A.   Okay.

25        **Q.   Okay.  Before I ask you some questions,**



## JOHN K. CALVIN

1    before I get into that, I just want to ask you a

2    few preliminary questions.

3         A.    Okay.

4         Q.    Mr. Skepnek asked you earlier today about

5    your medications?

6         A.    Yeah.

7         Q.    And I believe you said you were on

8    morphine and Oxycodone.  Is that correct?

9         A.    Yes, correct.

10        Q.    Okay.  Do those medications affect your

11   memory at all?

12        A.    No.  I know exactly what I'm saying and

13   what is being asked, yes.

14        Q.    Okay.  Has anybody ever told you you have

15   memory issues?

16        A.    No.

17        Q.    This is going to sound like a silly

18   question but can you tell me what day of the week

19   it is?

20        A.    Yes, it's Thursday.

21        Q.    Okay.

22        A.    Yeah.

23        Q.    Mr. Calvin, you said you were interviewed

24   several times by the police?

25        A.    Um-hum, yes.



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### JOHN K. CALVIN

1      Q.    And that you had always -- I think in

2   response to a question by Mr. Skepnek that you

3   never didn't -- you never failed to answer any

4   questions for the police.  Is that right?

5      A.    Say that again.

6      Q.    You answered all the questions the police

7   asked you.  Is that right?

8      A.    Yes.

9      Q.    And you told the truth?

10     A.    Yes, I did.

11     Q.    Okay.  Did anybody ever threaten you to

12  make you answer questions?

13     A.    I mean I felt pressure at the time when I

14  was given the scenario I mean, yes.

15     Q.    Okay.  You felt some pressure because you

16  were in custody?

17     A.    Yes.

18     Q.    Okay.  Nobody ever beat you?

19     A.    No.  I mean, no, not like in duress.  I

20  mean being in the interrogation room with three

21  other detectives in a small room, that can have an

22  affect on me.

23     Q.    Okay.

24     A.    Yeah.

25     Q.    But nobody ever physically harmed you --

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JOHN K. CALVIN

1      A.    No.

2      Q.    -- to get you to answer questions?

3      A.    No.  No.

4      Q.    Nobody ever threatened physical harm to

5  you?

6      A.    No.

7      Q.    Nobody ever withheld food or water from

8  you?

9      A.    No.

10      Q.    In fact, you said you went on the drive

11  with detectives and they took you and got

12  McDonald's?

13      A.    Yeah.

14      Q.    Okay.  Now, you said in response to a

15  question by Mr. Skepnek that nobody ever read you

16  your rights.  Do you recall saying that?

17      A.    Yes.

18      Q.    Do you recall ever being shown a piece of

19  paper called an Advice of Rights?

20      A.    No.

21      Q.    Did anybody ever go through an Advice of

22  Rights with you?

23      A.    I know what an Advice of Right is, but I

24  don't recall signing anything.

25      Q.    Okay.  On the first meeting you had with

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street     6420 W. 95th Street     800 E. 1st Street
Topeka, KS 66604        Suite 101               Suite 305
785-273-3063            Overland Park, KS 66212 Wichita, KS 67202
www.appinobiggs.com     913-383-1131            316-201-1612

## JOHN K. CALVIN

1   detectives, that occurred a couple days after Mr.

2   Coates is murdered.  Is that right?

3        A.   Say that again.

4        Q.   The first meeting you had with

5   detectives, was that a couple days after Mr.

6   Coates' murder?

7        A.   I think -- I believe it was the day

8   after.

9        Q.   Day after?

10       A.   Yes, I believe.

11       Q.   If I said Mr. Coates was murdered on

12   December 12th.  Does that sound about right?

13       A.   Yeah, sounds about right.

14       Q.   Okay.  Do you think you may have met with

15   detectives on December 14th?

16       A.   Yeah, that sounds about right, 14th.

17       Q.   Okay.

18       A.   Yeah.

19            (THEREUPON, Calvin Deposition Exhibit

20   No 3 was marked for identification by the

21   reporter.)

22       BY MR. BRANSON:

23       Q.   Mr. Calvin, I've handed you what's been

24   marked as?

25            THE REPORTER:  3.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## JOHN K. CALVIN

1       BY MR. BRANSON:

2          Q.   Defendant's 3.  Can you look over that

3    form for me, please?

4          A.   Um-hum.

5          Q.   What's that form titled?

6          A.   Interrogation of Advice of Rights.

7          Q.   Okay.  Do you see a date on that form?

8          A.   Yeah, 12/14, 12/13 -- 12/12 -- 12/14.

9          Q.   Of 2002?

10         A.   2002.

11         Q.   And do you see a signature at the bottom

12   of that form under waiver of rights?

13         A.   Yes.

14         Q.   Is that your signature?

15         A.   It looks -- it appears to be, yes.

16         Q.   After the first interview you had with

17   detectives, do you recall telling detectives just

18   book me?

19         A.   No.

20         Q.   You had indicated you had another meeting

21   with detectives and they just came to see you.  Is

22   that right?

23         A.   Till after I waiver -- invoked my rights

24   to counsel, after that, that's the second

25   initiation that they made contact after I invoked

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

1   my right to counsel.  That's the --

2        Q.   Yes, the second?

3        A.   Yeah.  Yeah.

4        Q.   Okay.  You're talking about the second

5   initiation?

6        A.   I think so.

7        Q.   And did you request them to come to see

8   you?

9        A.   No.

10            (THEREUPON, Calvin Deposition Exhibit

11   No 4 was marked for identification by the

12   reporter.)

13        BY MR. BRANSON:

14        Q.   Mr. Calvin, I'm going to have you take a

15   look at Defense Exhibit 4 -- or Deposition Exhibit

16   4, sorry.  Can you read the heading on that piece

17   of paper?

18        A.   Wyandotte County Detention Information

19   Communication Form.

20        Q.   Inmate Communication Form?

21        A.   Yes.

22        Q.   And what's that dated?

23        A.   The 17th.

24        Q.   Okay.  Does that form appear to be a

25   request from you that you want to talk to



12/22/2022                                                                94

### JOHN K. CALVIN

1   detectives about a case?

2        A.   Yes.

3        Q.   **Do you see a signature on that form?**

4        A.   Yes.

5        Q.   **Is that your signature?**

6        A.   Yes.  So this was after -- this was after

7   they came and seen me.  So they made the

8   initiation on the 16th.  They contacted me on the

9   16th, yeah.  And so I remember making this because

10  of the fact that they said Mark Coates said they

11  seen me get in the car.  Yeah, so this is after

12  the fact.  They made contact with me after this.

13  So it was before this that they made the contact,

14  in other words.  Yes, I remember this.  I recall

15  this.

16       Q.   **Okay.  So you're saying that there was**

17  **contact --**

18       A.   On the 16th.

19       Q.   **-- on the 16th, also?**

20       A.   Yes.  Yes.

21       Q.   **Is that the day you drove around with**

22  **them?**

23       A.   It could be, yes.

24       Q.   **Were they asking you to identify**

25  **potentially the other person involved in Mr.**



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604              Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JOHN K. CALVIN

1  **Coates' murder?**

2      A.   Yes.

3      Q.   **Were you also looking for a vehicle?**

4      A.   We were looking for a vehicle.  Looking

5  trying to identify the nephew which was on the

6  16th, like I said, because I remember making this

7  form out because of the fact that they made

8  contact with me and said what they said about Mark

9  Coates, yeah.

10      Q.   **Did you then, in fact, meet with**

11  **detectives again after you filled out that request**

12  **to meet them?**

13      A.   I think we made one more.  I think that

14  was the last contact we made.  That was the one

15  that they did not take me out.  It was the very

16  last.

17      Q.   **Do you recall in that last meeting if you**

18  **were advised of your rights?**

19      A.   I can't recall that, yeah.

20           (THEREUPON, Calvin Deposition Exhibit

21  No 5 was marked for identification by the

22  reporter.)

23      BY MR. BRANSON:

24      Q.   **Okay.  Mr. Calvin, you should have**

25  **Exhibit 5 in front of you.  Again, I'll ask you**



5111 SW 21st Street      6420 W. 95th Street     800 E. 1st Street
Topeka, KS 66604         Suite 101               Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131            316-201-1612

### JOHN K. CALVIN

1   to read the title of that?

2       A.   Yes.  Advice of Rights form which is

3   still on the 17th, right?  Yeah.

4       Q.   And this one's dated 12/17/2002?

5       A.   Yes.  Yes.

6       Q.   And again, Mr. Calvin, is that your

7   signature at the bottom of the form?

8       A.   Yes, it is.

9       Q.   Okay.  Mr. Calvin, were you aware that

10  any of these interviews were being recorded?

11      A.   No.  I'm not aware.  I'm not aware.  At

12  the time, I was not aware.

13      Q.   You were not aware that they were being

14  recorded?

15      A.   I can't recall, no.

16      Q.   Did you learn later that they were

17  recorded?

18      A.   No.

19      Q.   Mr. Calvin, you attended your criminal

20  trial, didn't you?

21      A.   Yes.

22      Q.   During your criminal trial, do you

23  remember videotapes of your interviews being

24  played?

25      A.   Oh, yeah, I remember a videotape being



5111 SW 21st Street        6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604           Suite 101                Suite 305
785-273-3063               Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com        913-383-1131             316-201-1612

12/22/2022                                                                97

### JOHN K. CALVIN

1   played, yes.

2        Q.   Okay.  So you were aware that at some

3   point that you were recorded?

4        A.   Yeah.  From the videotape, yeah.

5        Q.   Are you making a distinction between a

6   recording and a videotape?

7        A.   No.

8        Q.   Okay.

9        A.   I guess they're all the same, being

10   recorded.

11        Q.   You stated in a question -- in response

12   to a question from Mr. Skepnek that everything

13   that you were talking about should be in the

14   record.  Were you talking about the court record

15   or were you talking about the recordings?

16        A.   I was talking about as far as the

17   transcripts, yeah.

18        Q.   About the trial transcripts?

19        A.   Yeah.

20        Q.   Okay.  So this is not the first time

21   these statements have been made.  Is that what

22   you're saying?

23        A.   I don't understand what you're saying.

24   What you mean?

25        Q.   That was a really bad question.  I'm

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

### JOHN K. CALVIN

1    **sorry.  I'll withdraw that question.**

2            MR. BRANSON:  Can I take just a second? I

3    don't have any other questions.  Thank you, Mr.

4    Calvin.

5            THE WITNESS:  You're welcome.

6            MR. COX:  I'm sorry.  What time did we

7    start after the last break?

8            THE VIDEOGRAPHER:  2:04.

9            MR. COX:  Okay.

10           THE REPORTER:  What was that?

11           THE VIDEOGRAPHER:  2:04.

12           MR. SKEPNEK:  How are you feeling right

13   now?

14           THE WITNESS:  I'm feeling all right.

15           MR. SKEPNEK:  Is that pain medication

16   that you just got, is that still working?

17           THE WITNESS:  Yes.

18           MR. SKEPNEK:  Okay.

19           MR. COX:  Bill --

20           MR. SKEPNEK:  We'd like to go forward.

21           MR. COX:  Okay.  I was going to say if we

22   want to take a break now, we can.

23           MR. SKEPNEK:  We need to get it while his

24   pain medication is being effective.

25           MR. COX:  I gotcha.



**Appino Biggs** Reporting
Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604          Suite 101                Suite 305
785-273-3063              Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com       913-383-1131             316-201-1612

## JOHN K. CALVIN

1      CROSS-EXAMINATION

2      BY MR. COX:

3          Q.    Mr. Calvin, my name is Bryan Cox.   I'm

4      the attorney that represents several of the

5      physicians here that work in KDOC --

6          A.    Okay.

7          Q.    -- for Centurion.   I want to start off

8      talking to you about the procedures that you had

9      in 2017 or the treatment?

10          MR. MYERS:   This is Jim Myers.   We can't

11     hear the attorney asking the questions at all.

12          MR. COX:   I'll speak up, Jim.

13          MR. MYERS:   Thanks.

14     BY MR. COX:

15          Q.    Mr. Calvin, my name is Bryan Cox.   I'm

16     the Centurion attorney -- or attorney for the

17     Centurion physicians.   I want to start talking to

18     you about the treatment that you had in 2017.   You

19     mentioned talking to a doctor in Kansas City,

20     Kansas.   I didn't catch but I don't think you

21     remembered who that doctor was.   Is that correct?

22          A.    Yeah, that's correct.

23          Q.    Okay.   Did you talk to any providers, any

24     medical providers outside of KDOC after you came

25     to El Dorado?



5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

12/22/2022                                                                        **100**

## JOHN K. CALVIN

1      A.    No.

2      Q.    Okay.  Did you have your chemotherapy and

3  radiation treatment here at El Dorado or El Dorado

4  or did you go outside somewhere?

5      A.    Well, for the chemo, here on the

6  facility.  But outside for the radiation.

7      Q.    Okay.

8      A.    Yeah.

9      Q.    Do you recall where you went for the

10 radiation?

11     A.    Susan B. Allen Cancer Center.

12     Q.    Is that in Wichita?

13     A.    I think it's right downtown here in El

14 Dorado here.

15     Q.    It's El Dorado?

16     A.    Yeah.

17     Q.    Okay.  Mr. Calvin, did you -- have you

18 previously retained counsel to look into medical

19 records or anything like that from the 2017 other

20 than the counsel that you've got here today?

21     A.    Yeah.

22     Q.    Okay.  And I'm not going to ask you any

23 questions about that --

24     A.    Yeah.

25     Q.    -- in detail.  Did you ever file any



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## JOHN K. CALVIN

1  lawsuits or anything like that --

2      A.    No.

3      Q.    -- over that?

4      A.    No.

5      Q.    Okay.  Mr. Calvin, I want to talk to you

6  about the remedy process here.  Now, I'm not just

7  talking about 2017.  I'll be talking about what's

8  going on in the past few weeks that Mr. Skepnek

9  talked to you about here.  Are you familiar with

10  the grievance process in Kansas Department of

11  Corrections at facilities here?

12      A.    I mean I've heard of it, but I've never

13  used that process myself, no.

14      Q.    Okay.  Are you familiar with the personal

15  injury claims process?

16      A.    No.

17      Q.    Okay.  And you already answered this, I

18  think, but just to confirm, you've never filed a

19  grievance or a personal injury claim?

20      A.    No.

21      Q.    And I'm sorry to ask what may be

22  repetitive but just to be clear, you didn't file

23  anything about the treatment that you received in

24  2017 as far as --

25      A.    No.  I didn't file, no.



Appino &amp; Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

12/22/2022                                                             102

## JOHN K. CALVIN

1     Q.    Okay.  And you haven't filed any

2    grievance or personal injury claim about the

3    treatment that you've received in the past month,

4    two months, three months?

5         A.    No, I have not.

6         Q.    Okay.  Mr. Calvin, after the initial

7    cancer treatment in 2017, you've had periodic

8    checkups and scans to check for the cancer.  Is

9    that --

10        A.    That's correct.

11        Q.    -- accurate?

12        A.    Yes.

13        Q.    Do you recall how often you have those?

14        A.    No, I can't recall exactly.

15        Q.    Okay.  Do you have those here in El

16   Dorado or do you go to an outside facility for

17   those?

18        A.    Some of them were here.  Like sonogram

19   was here.

20        Q.    Okay.

21        A.    Most of them was outside.

22        Q.    Do you remember when the last one that

23   you had was before November of this year?

24        A.    It would have been October, I believe.

25   Might have been in November.



5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

## JOHN K. CALVIN

1      Q.    Okay.

2      A.    I don't recall exactly.

3      Q.    Do you know the results of that scan?

4      A.    Well, Campfeld (sic) was telling that

5  there was no evidence and no signs of cancer

6  cells, yeah.

7      Q.    And did -- was that one here in El Dorado

8  or was that one outside?

9      A.    That was outside.

10     Q.    Okay.  I'm going to jump back to 2017.

11 Other than -- I just want to make sure I know

12 everybody that you recall talking to about your

13 cancer at that time.  You talked to the Kansas

14 City, Kansas physician, correct?

15     A.    Yeah, back in 2017?

16     Q.    Right.

17     A.    Yeah.

18     Q.    And you talked to physicians inside of --

19 inside of KDOC at Lansing and here at El Dorado,

20 right?

21     A.    No, not in Lansing.  It was a physician I

22 saw in Lansing -- in Lansing was a physician

23 outside of the facility.  He wasn't KDOC.

24     Q.    Okay.

25     A.    He was outside of the facility.



5111 SW 21st Street        6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604           Suite 101                 Suite 305
785-273-3063               Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

## JOHN K. CALVIN

1    Q.    Is that -- is that a different person

2    from the Kansas City, Kansas physician?

3    A.    No, the same person I'm speaking of.  I'm

4    talking about the same person.

5    Q.    Okay.  That's fine.  I understand.  Did

6    you make a decision in 2017 not to go through with

7    surgery?

8    A.    No.  We was waiting until I did the chemo

9    and the radiation.  And then I decided since

10   there's no sign they was telling me of cancer I

11   would wait, hold off.  That was not to say I was

12   not going to have the surgery, no.

13   Q.    Okay.  Did you contemplate having the

14   surgery done after you got out of KDOC?

15   A.    Yes.

16   Q.    And when did you think the earliest

17   possible date to get out of the KDOC at that time

18   was?

19   A.    Well, could have been any time at that

20   point in time of that date.  So for me to make

21   that kind of decision, it had to be something

22   close, real soon I would think.  I couldn't give a

23   definite answer on that.

24   Q.    Okay.  So did you have a belief that you

25   -- let me make sure I understand your answer.  You



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## JOHN K. CALVIN

1  had a belief that you could potentially get out of
2  KDOC at any time?
3       A.   Yes.
4       Q.   Depending on what?  What did you think
5  would happen that would lead to you being
6  released?
7       A.   Well, I still had legal things going on,
8  legal stuff.
9       Q.   Okay.  Was that -- do you know what a 60-
10  1507 motion is?
11      A.   Yeah.
12      Q.   Was that what was pending at that time?
13      A.   It had to be that.  I think that's the
14  only thing I had pending, yeah.
15      Q.   Okay.  Did you have an attorney or
16  attorneys on your 60-1507?
17      A.   Yeah.  I had an attorney, yes.
18      Q.   Okay.  Or did you file any on your own?
19      A.   I filed it on my own.  Then I retained
20  counsel, yeah.  I retained counsel after I filed,
21  I believe.
22      Q.   Okay.  Mr. Calvin, I want to go back to
23  -- or come back to the past week or so talking
24  about the incision and the surgery that you had
25  and what's been happening since.  I recall, and



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## JOHN K. CALVIN

1    correct me if I'm wrong, but you said that you

2    were having difficulty with bowel movements.   Is

3    that right?

4          A.   Yeah.

5          Q.   When did you say your last bowel movement

6    was before today?

7          A.   Before today, I'd say a couple days ago.

8          Q.   So you are --

9          A.   Before today.

10         Q.   Before today.

11         A.   Before a couple days ago.

12         Q.   Okay.

13         A.   You saying what was my bowel, last bowel

14   movement before a couple days ago?

15         Q.   No.   Just your last bowel movement before

16   today was a couple days ago?

17         A.   No.

18         Q.   No?

19         A.   No.   I had not had a bowel movement

20   today.

21         Q.   Okay.   When was your last bowel movement?

22         A.   A couple days ago.

23         Q.   Okay.

24         A.   Yeah.

25         Q.   So earlier this week, you did have a

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### JOHN K. CALVIN

1     bowel movement?

2          A.    Yes.

3          Q.    Okay.  When you eat food right now, does

4     it stay down?

5          A.    Yes, it stays down.

6          Q.    Okay.

7          A.    Yeah.

8          MR. COX:  I think those are all the

9     questions I have at this time or that I have.

10         CROSS-EXAMINATION

11         BY MS. MCPHERSON:

12         Q.    Mr. Calvin, my name is Lisa McPherson.

13    Are you still doing okay?

14         A.    Yeah, I'm doing all right.  Yeah.

15         Q.    I have a few follow-up questions for you.

16    You said earlier today at the end of the

17    questioning by Mr. Skepnek that you felt like your

18    caregivers failed you.  Do you remember saying

19    that?

20         A.    Yes.

21         Q.    What do you mean by that?

22         A.    As far as not keeping me up to date on

23    the surveillance.  I was doing CT's and MRI's for

24    the last three months.  And come to hear from the

25    hospital staff that I see signs of cancer.  Yeah,



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063           Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com         913-383-1131             316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### JOHN K. CALVIN

1  where was the signs of cancer for the last three

2  months that I've been taking these tests?  That's

3  what I feel like I was failed at.

4      **Q.   So your -- your feelings of being failed**

5  **by caregivers are related just to the last three**

6  **months?**

7      A.   Yes, last three months.  That's what I

8  meant, yeah.

9      **Q.   Now, you said earlier that you sought**

10 **counsel to look into medical care back in 2017.**

11 **Did I understand that correctly?**

12     A.   Yeah.

13     **Q.   Why was it you were seeking counsel to**

14 **look into medical care back in 2017?**

15     A.   Was I seeking counsel?

16     **Q.   Yes.**

17     A.   Back in 2017?  I don't know.  I recall

18 why did I seeked -- reached out.  Yeah, reached

19 out to a law firm.  They picked the case up, and

20 from that point I don't know why.  I don't know.

21     **Q.   Did anything happen with that case?**

22     A.   I mean like I said, they'd taken the

23 case, but I don't know what -- from that point on,

24 I don't know what happened from then to this

25 point.  So I don't know.  I can't recall why,



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                   Suite 305
785-273-3063          Overland Park, KS 66212         Wichita, KS 67202
www.appinobiggs.com          913-383-1131              316-201-1612

**JOHN K. CALVIN**

1   even the reason why I did reach out to a law firm

2   back then, yeah.

3        **Q.   But to your knowledge, no lawsuit was**

4   **filed or anything like that?**

5        A.   No, it was not, yeah.

6             MS. MCPHERSON:  Okay.  All right.  Those

7   are all my questions.  Thank you -- oh, wait, no,

8   I'm sorry.  I do have one more.

9        BY MS. MCPHERSON:

10       **Q.   Do you remember the name of the surgeon**

11  **who you just recently saw at Wesley?**

12       A.   Surgeon?  No.  I can't recall his name.

13       **Q.   Can you describe him in any way?**

14       A.   He's a short guy.  He's like blond-ish

15  red hair.  That's the only thing I can give you a

16  description on.  I was forced to kind of remember

17  the name.  Yeah, I can't remember the name because

18  they was working with so many of them come in.

19  You know, I can't recall the surgeon's name

20  himself so...

21            MS. MCPHERSON:  Okay.  Thank you.  Those

22  are all mine.

23            THE WITNESS:  You're welcome.

24       CROSS-EXAMINATION

25       BY MR. GRAVES:



5111 SW 21st Street        6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604           Suite 101                 Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### JOHN K. CALVIN

1   Q.   Mr. Calvin, I'm Jon Graves.  I'm the

2   attorney for the --

3        MR. SKEPNEK:  These guys will want you to

4   speak up, Jon.

5        MR. GRAVES:  Okay.  We'll try louder.

6   Can you guys hear me?  If they're listening.

7        BY MR. GRAVES:

8   Q.   Mr. Calvin, just one thing.  I noticed

9   that you listed the State of Kansas, Department of

10  Corrections in your Petition.  What are you

11  complaining the State of Kansas, Department of

12  Corrections did or didn't do?

13       A.   I mean as far as -- I don't know, as far

14  as contract -- KDOC is the contractor over my

15  medical providers.

16       Q.   Okay.

17       A.   So that's what I look towards to, you

18  know, held responsible for not giving me adequate

19  care as far as medical.

20       Q.   Did any of the DOC staff do anything to

21  you that relates to this lawsuit or failed to do

22  anything that relates to this lawsuit?

23       A.   I mean not that I recall.  I mean like I

24  said, other than being the contractor over my

25  medical.



### JOHN K. CALVIN

1      Q.    Other than that.  You don't have any

2  other complaints against them?

3      A.    Yes.

4      Q.    Okay.

5      A.    Nothing else I can recall right now.

6            MR. GRAVES:  Okay.  That's all I have,

7  sir.  Thank you.

8            MR. SKEPNEK:  Redirect?

9            MS. MCPHERSON:  Well, anybody on the

10  phone have any questions?

11            MS. LYNCH:  This is Brenna Lynch.  I

12  don't have any questions.

13            THE REPORTER:  Who was that?

14            MS. LYNCH:  Brenna Lynch.

15            MR. HIATT:  And this is Jared Hyatt.  Mr.

16  Calvin, can you hear me?

17            THE WITNESS:  Yes, I can.

18  CROSS-EXAMINATION

19  BY MR. HIATT:

20      Q.    I just have a couple of questions.  I

21  represent Dr. Dennis Kepka.  So my first question

22  is were you ever transferred or did you spend any

23  time at the correctional facility in Ellsworth,

24  Kansas?

25      A.    2004 and '05.



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### JOHN K. CALVIN

1    Q.   Do you have any recollection of seeing a

2    Doctor named Dr. Dennis Kepka?

3    A.   Not that I can recall.

4    Q.   Do you have a recollection of seeing any

5    doctors or medical care providers in Ellsworth,

6    Kansas?

7    A.   Oh, yes.  Stayed in Ellsworth for about a

8    year and a half.  So, yeah, I'm quite sure.  I

9    used to use the medical providers, the service.

10   So, yes, I did see some doctors there, but I can't

11   recall their name.

12   Q.   Okay.  Did you see anyone outside of --

13   did you see any outside providers when you were in

14   Ellsworth?

15   A.   Not that I can recall.

16   MR. HIATT:  That's all the questions I

17   have.

18   MR. SKEPNEK:  Anybody else?  Okay.

19   Redirect then?

20   MR. MYERS:  This is Jim Myers, counsel

21   for Chad Ruble.  No questions.

22   MR. SKEPNEK:  Okay.  So is there anybody

23   else?  (No response).  Okay.  Hearing nothing,

24   I'll go forward.

25   REDIRECT-EXAMINATION



## JOHN K. CALVIN

 1      BY MR. SKEPNEK:

 2          Q.   Mr. Graves asked you some questions about

 3      the claims that you're making?

 4          A.   Yeah.

 5          Q.   Do you understand that we've been trying

 6      to get your medical records from Wichita and from

 7      what happened in Wichita but we have not been able

 8      to find them?

 9          A.   Yes.  My understanding, yeah.

10          Q.   Right.  So we have not been able to get

11      them.  We've been asking for them, but we don't

12      have them yet and we haven't talked to you about

13      them, correct?

14          A.   Yeah.

15          MR. GRAVES:  Object to form.

16      BY MR. SKEPNEK:

17          Q.   So in terms of making complaints about

18      the state or about Centurion or about any of the

19      specific doctors, do you -- are you familiar with

20      the medical records that relate to your care

21      during the last three months?

22          A.   No.

23          Q.   Okay.  Have you been able to see them?

24          A.   No.

25          Q.   Have you been able to review them with

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

### JOHN K. CALVIN

1    your lawyers?

2         A.    No.

3         Q.    Okay.  Now, question about lawyers back

4    in 2017.  Do you recall that?

5         A.    Yes.

6         Q.    Were you aware that in 2017, you had

7    lawyers challenge your conviction with the Kansas

8    Supreme Court?

9         A.    No.

10        Q.    Okay.  But back in 2017 or throughout

11   that period of time since your conviction, have

12   you repeatedly raised your innocence challenged?

13        A.    Yes.  Yes.

14        Q.    Okay.  Now, going back to the time of

15   your interrogation and arrest, I want to go back

16   there.  I believe that you testified that you on

17   the first day, they were asking you questions and

18   it was for several hours until it came to a stop,

19   and it came to a stop when you told them you

20   wanted to see a lawyer?

21        A.    Yes.

22        Q.    So look at Exhibit No. 3, please.

23        A.    Okay.

24        Q.    Do you see Exhibit No. 3?

25        A.    Yeah.  Yes.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JOHN K. CALVIN

1      Q.   Okay.  Exhibit No. 3 is a Waiver of

2  Rights, and it shows that it was timed at 12:31 in

3  the afternoon, so a little after noon?

4      A.   Okay.

5      Q.   Was this signed before you asked for a

6  lawyer?

7      A.   It had to be.  I don't know.

8      Q.   All right.  So because the interrogation

9  stopped when you asked for a lawyer?

10     A.   Yeah.

11     Q.   Okay.  And so --

12          MR. BRANSON:  Objection as to form.

13     BY MR. SKEPNEK:

14     Q.   Well, let me make sure that I've solved

15  that problem if it's a problem.  Did you testify

16  earlier, I want to make sure I got it right, did

17  you testify earlier on my initial examination that

18  the interrogation on the first day stopped when

19  you asked for a lawyer?

20     A.   Yes.

21     Q.   Okay.  And then you were taken back to

22  the cell and you never saw a lawyer again for

23  quite awhile after that, correct?

24     A.   That's right.  That's correct.

25     Q.   And then look at Exhibit No. 4, please.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JOHN K. CALVIN

1    Now, were they telling you that you were lying at

2    this point in time?  At the time they asked for a

3    lawyer, is that when they were telling you that

4    you were lying?

5         A.   Yes.

6              MR. BRANSON:  Object to form.

7         BY MR. SKEPNEK:

8         Q.   I'm sorry.  Did that come out.  Were they

9    telling you that you were lying?

10        A.   Yes.

11        Q.   Okay.  I'm asking you again because Mr.

12   Branson's voice is awfully loud and you are not as

13   loud?

14        A.   Yes, that's correct.  I understand.

15        Q.   Okay.

16        A.   Yeah.

17        Q.   Okay.  And that was on -- that first

18   Exhibit 3 is December the 14th.  And Exhibit 4 is

19   December the 17th, right?  Do you see that?

20        A.   Yes.

21        Q.   Now, is it your testimony that your trip

22   to the McDonald's happened between these two,

23   between Exhibit 3 and Exhibit 4 when you were

24   looking for the car?

25        A.   Yes.  Yes.



5111 SW 21st Street      6420 W. 95th Street     800 E. 1st Street
Topeka, KS 66604         Suite 101               Suite 305
785-273-3063             Overland Park, KS 66212 Wichita, KS 67202
www.appinobiggs.com      913-383-1131            316-201-1612

12/22/2022                                                          117

## JOHN K. CALVIN

1   Q.   Okay.  So when they came to get you to

2   look for the car, did you ask them to come get

3   you to look for the car?

4   A.   No, I did not.

5   Q.   And when they came to get you to look for

6   the car, were they telling you that it would help

7   you, that things would be better for you if you

8   helped them?

9        MR. BRANSON:  Object to form.

10  A.   Of course, yes, correct.

11  BY MR. SKEPNEK:

12  Q.   Well, do you remember that being -- I

13  think you said that earlier?

14  A.   Yes.

15  Q.   They want your help?

16  A.   Yes, they wanted my help.

17  Q.   And part of wanting your help was part of

18  wanting your help that if you helped them, it

19  could go better for you?

20  A.   Yes.

21  Q.   Did they say that?

22  A.   Yes.

23       MR. BRANSON:  Object to form.

24  BY MR. SKEPNEK:

25  Q.   And so if you were -- if you were



## JOHN K. CALVIN

1    arrested and taken down and put in jail on

2    December the 14th, that's Exhibit 3, right?

3         A.   Yes.

4         Q.   By the time you wrote that you wanted to

5    go talk -- wanted to talk to the detectives on

6    Exhibit 4, you'd been in jail for three days?

7         A.   Yes, correct.

8         Q.   Had you -- had you seen a lawyer during

9    these three days?

10        A.   No, I had not.

11        Q.   Had you seen a judge during those three

12   days?

13        A.   No, I did not.

14        Q.   And so on Exhibit 5, look at Exhibit 5,

15   that's the same day -- that's the same day as

16   Exhibit 4, right?

17        A.   Yes, it is, same day.

18        Q.   It shows -- it shows it was done at 9:15

19   in the morning?

20        A.   Okay.

21        Q.   Do you see that?

22        A.   Yes.

23        Q.   And do you remember them asking you to

24   waive your right to a lawyer at that point in

25   time?



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JOHN K. CALVIN

```
1        A.    No.
2        Q.    Well, was this when they were talking
3   about one thing being better for you than another
4   thing?
5             MR. BRANSON:  Object to form.
6        A.    Yes, I believe so.
7   BY MR. SKEPNEK:
8        Q.    In other words --
9        A.    Yeah.
10       Q.    Right.  This is coming back.  So is this
11  when they were saying that robbery would be better
12  than murder?
13       A.    Yes.  It was --
14            MR. BRANSON:  Object to form.
15       A.    -- around this initiative time.
16  BY MR. SKEPNEK:
17       Q.    At that point in time, you still hadn't
18  seen a lawyer?
19       A.    At that point in time, I had not seen a
20  lawyer.
21       Q.    And were they asking you for your help
22  and were they offering to make things better for
23  you if you helped them?
24       A.    Of course, yes.
25            MR. BRANSON:  Object to form.
```



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JOHN K. CALVIN

1      A.    That was my understanding, what would be

2   best for me.   That's what I would believe, yes.

3      BY MR. SKEPNEK:

4      **Q.    And so was it -- it wasn't until after**

5   **this that you finally got to see a lawyer?**

6      A.    Yes.   It was after this, after all, yeah.

7   After all these dates here, I finally had a chance

8   to get a lawyer, yes.

9      **Q.    Did they ever tell you what you needed to**

10  **say to make things better for you?**

11     MR. BRANSON:   Object to form.

12     A.    It was saying that that -- what would be

13  best for me, yeah, robbery.   That was something

14  that was --

15     BY MR. SKEPNEK:

16     **Q.    Right.   Here's what I want to be clear**

17  **on.   Okay.   I want to know did they ever say**

18  **something like, John, if you want things better**

19  **for you, this is what you need to say and then**

20  **say it to you?   Did they ever say that?**

21     MR. BRANSON:   Object to form.

22     A.    What went no farther than what would be

23  the best scenario for you and went into detail

24  with the two scenarios.   So they didn't go no

25  farther than that.



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604            Suite 101                    Suite 305
785-273-3063               Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131               316-201-1612

## JOHN K. CALVIN

1        BY MR. SKEPNEK:

2        Q.    So if you -- if you took one, then they

3    would let up on the other one?

4        A.    Yes.

5              MR. BRANSON:  Object to form.

6        A.    That's pretty much what I understood for

7    the -- given the opportunity to make a choice.

8        BY MR. SKEPNEK:

9        Q.    And did you think that you had other

10   choices other than those two choices?

11       A.    No.  But like I told them, I said I had

12   no involvement.  So neither one of those choices,

13   I told you the truth.  I was involved with neither

14   one.  So that is the honest to God's truth.

15       Q.    And then what did they say after you said

16   that to them?

17       A.    Nothing.  They took me on back to the

18   county, went on, whatever, what they were

19   investigating, whatever they was doing, yeah.

20       Q.    Let me just go back.  If you could -- if

21   you could talk to a judge about that

22   interrogation, what would you want the judge to

23   know about that interrogation?

24             MR. BRANSON:  Object to form.

25       A.    Which one, the first one, all of them?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### JOHN K. CALVIN

1      BY MR. SKEPNEK:

2          **Q.   All three of these interrogations.**

3          A.   First of all, this interro -- this

4      Exhibit 4 was made after.  I put that in after

5      they come to me and said what John Coates' brother

6      had said about me getting in that car.  So I put

7      this communication form in to clear up what they

8      had said John Coates' brother had said.  Because

9      initially, he said he seen nothing.  So this was

10     put in for that purpose, this communication form.

11         **Q.   Exhibit No. 4?**

12         A.   Yes.

13         **Q.   Which is the request to talk to them?**

14         A.   Yes, exactly.  And Exhibit 5 here, I

15     don't know how you make contact with me after I

16     invoke my rights to counsel.  I didn't ask for

17     their presence or to speak to anyone.  You

18     initiate contact.  You invoked my rights to

19     counsel at that point in time.  Exhibit 3, I guess

20     that was the very first initiation.  That was the

21     very first contact as far as interrogate which

22     when they picked me up was to come help them.

23     That was the sole purpose of me going with them to

24     give them information to solve the crime.  John

25     Coates was my friend.  He was not someone that was



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604            Suite 101                 Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

### JOHN K. CALVIN

1  just a dog on the street that you just take his

2  life like you did.  No.  I went with them to help

3  them solve this crime.  That was the purpose.

4      **Q.  So when you signed Exhibit 3, did you**

5  **think that you were just being a cooperating**

6  **witness?**

7      A.  Exactly.  That's what I was told.

8      **Q.  And then when they start to accuse you,**

9  **that's when you said you wanted to see a lawyer?**

10      A.  I want to see a lawyer.

11      **Q.  What did you think would happen if you**

12  **didn't agree to one of the scenarios that they**

13  **gave you?**

14      A.  At this point in time, in hindsight --

15      **Q.  No, no, what did you think at the time?**

16      A.  At the time, I don't know what I was

17  thinking at the time if -- I just know how they

18  deal with the community, you know, being a person

19  of color.  Anything could have happened.  I mean

20  but what could have been any worse than what just

21  happened now.  I'm sitting here like I say.  I

22  don't know.

23      **Q.  Before this Coates shooting, had you had**

24  **any run-ins with the police?**

25      A.  No.



## JOHN K. CALVIN

1       Q.    Had you ever done anything that you were

2  arrested for?

3       A.    I had a little misdemeanor, theft

4  misdemeanor.  That's the only thing.  That was

5  being out in the store with somebody that was

6  shoplifting.  That was it as far as felonies or

7  anything of that nature, no.

8       Q.    Had you ever had any violent crime?

9       A.    No.

10      Q.    Were you a member of any gangs?

11      A.    No.  I'm not that type of person.

12      Q.    Did you -- in the community, were you

13  afraid of the police?

14      A.    Somewhat.

15      Q.    Why?

16      A.    Because of my color, being a black man.

17      Q.    In Kansas City, Kansas?

18      A.    In Kansas City, Kansas.

19      Q.    When was Rose murdered?

20      A.    In 1996.  Back in 1996.

21      Q.    And that was before all this happened?

22      A.    That was before all this happened.

23      Q.    And who was the -- who was the policeman

24  who investigated Rose' murder?

25      A.    Golubski.  Roger Golubski.


TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

1    Q.   And prior to Rose's murder, did she know

2    Roger Golubski?

3    A.   Yes, she did.

4    Q.   How do you know that she knew Roger

5    Golubski?

6    A.   Because he used to pick her up in front

7    of my mom's house, so that tells me, yeah, she

8    knew him.

9    Q.   So she knew him before the murder.  Did

10   you ever see him with her before the murder?

11   A.   Before which, John Coates? Yes.

12   Q.   You saw Roger Golubski together with your

13   sister, Rose?

14   A.   Yes.

15   Q.   And then after Rose was murdered, then

16   did Roger Golubski investigate the murder?

17   A.   Yes, he did.

18   Q.   Did he talk to you about that?

19   A.   No -- well, he talked to the family as a

20   whole.

21   Q.   And you were there?

22   A.   Yes.  I could hear the conversation that

23   were being said.

24   Q.   What did he say to the family as a whole

25   when he was investigating Rose's murder?



## JOHN K. CALVIN

1     A.    Well, one thing, he said we could not see

2  the body.  He would identify -- he would identify

3  the body.  We didn't need to.  He said there was

4  a stick stuck up her vagina.  He said she had --

5  the body was decomposed.  He said she had been

6  strangulated.  So that was the thing that he had

7  told the family.

8     Q.    Did you ever see the body?

9     A.    No.  He said it was decomposed.

10     Q.    Did he ever -- did he ever come to you

11  with a -- you know, with a solution to the crime?

12  Did he ever solve the crime?

13     A.    No.

14     Q.    And when was the -- I believe you

15  testified that you saw Roger Golubski at the

16  Coates murder scene that night?

17     A.    Yes.

18     Q.    Is that the last time you've seen Roger

19  Golubski?

20     A.    Yes.

21           MR. SKEPNEK:  Thank you, Mr. Calvin.

22           THE WITNESS:  You're welcome.

23           MR. BRANSON:  No recross.

24           MR. COX:  None for me, either.

25           MS. MCPHERSON:  I have nothing but would

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### JOHN K. CALVIN

1    still renew my objection to the deposition going

2    forward as I wasn't able to be prepared for cross-

3    examination.

4              MR. GRAVES:  Nothing further.

5              MR. COX:  I'll join in what Lisa just

6    said.

7              MR. SKEPNEK:  I guess he'll read and

8    sign.  He'll read and sign.  Is there -- before

9    we get off the record, for him to read and sign,

10   there's going to need to be a -- does that need

11   to be notarized.

12             THE REPORTER:  Yes.

13             MR. GRAVES:  Not an issue.  We should

14   have a notary available.

15             MR. SKEPNEK:  So if he reads it and signs

16   it, there'll be a notary here who can --

17             THE REPORTER:  Can you pick up the

18   microphone?

19             MR. GRAVES:  Do you have a notary

20   available in the infirmary?

21             THE WITNESS:  I don't know.

22             MR. GRAVES:  Ever tried to get anything

23   notarized?

24             THE WITNESS:  No.  I only been in the

25   infirmary like three days now.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## JOHN K. CALVIN

```
1            MR. GRAVES:  Okay.

2            THE WITNESS:  Three or four days.

3            MR. GRAVES:  We'll make sure it happens.

4   Usually, a senior officer carries a notary.

5            MR. SKEPNEK:  Okay.  That's all I wanted.

6            MR. GRAVES:  Just call me and tell me.

7            MR. SKEPNEK:  Okay.  We will.

8            MR. GRAVES:  All right.  Thank you.

9            MR. SKEPNEK:  Thank you, Jon.

10            THE VIDEOGRAPHER:  Time is 3:01 p.m.,

11   we're going off the record.  This concludes the

12   deposition.

13            (THEREUPON, the deposition concluded at

14   3:01 p.m.)

15   .

16   .

17   .

18   .

19   .

20   .

21   .

22   .

23   .

24   .

25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

# JOHN K. CALVIN

```
 1                        SIGNATURE

 2     .

 3            The deposition of JOHN K. CALVIN was

 4     taken in the matter, on the date, and at the time

 5     and place set out on the title page hereof.

 6     .

 7            It was requested that the deposition be

 8     taken by the reporter and that same be reduced to

 9     typewritten form.

10     .

11            It was agreed by and between counsel and

12     the parties that the deponent will read and sign

13     the transcript of said deposition.

14     .

15     .

16     .

17     .

18     .

19     .

20     .

21     .

22     .

23     .

24     .

25     .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

12/22/2022                                                           130

# JOHN K. CALVIN

```
 1                        AFFIDAVIT

 2    .

 3    STATE OF_____:

 4    COUNTY/CITY OF_____:

 5    .

 6              Before me, this day, personally appeared,

 7    JOHN K. CALVIN, who, being duly sworn, states that

 8    the foregoing transcript of his/her Deposition,

 9    taken in the matter, on the date, and at the time

10    and place set out on the title page hereof,

11    constitutes a true and accurate transcript of said

12    deposition, along with the attached Errata Sheet,

13    if changes or corrections were made.

14    .

15                  _____

16                      JOHN K. CALVIN

17    .

18        SUBSCRIBED and SWORN to before me this

19    _____day of_____, 2022 in the

20    jurisdiction aforesaid.

21    .

22    _____      _____

23    My Commission Expires        Notary Public

24    .

25    .
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

```
 1                    DEPOSITION ERRATA SHEET

 2      .

 3    RE:        APPINO & BIGGS REPORTING SERVICE, INC.

 4      .

 5    FILE NO.: 67964

 6      .

 7    CASE:      KIADRA CALVIN vs.

 8               MAHA ABDULLA, DO, ET AL

 9      .

10    DEPONENT: JOHN K. CALVIN

11      .

12    DEPOSITION DATE: 12/22/2022

13      .

14    To the Reporter:

15    I have read the entire transcript of my Deposition

16    taken in the captioned matter or the same has been

17    read to me.  I request that the following changes

18    be entered upon the record for the reasons

19    indicated.  I have signed my name to the Errata

20    Sheet and the appropriate Certificate and

21    authorize you to attache both to the original

22    transcript.

23      .

24      .

25      .
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## JOHN K. CALVIN

```
 1   PAGE:LINE FROM        TO              REASON
 2   .
 3   .
 4   .
 5   .
 6   .
 7   .
 8   .
 9   .
10   .
11   .
12   .
13   .
14   .
15   .
16   .
17   .
18   .
19   .
20   .
21   .
22   .
23   .
24   SIGNATURE:_____DATE:_____
25              JOHN K. CALVIN
```



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

133

# CERTIFICATE

**STATE OF KANSAS**

**COUNTY OF SHAWNEE**

I, Sandra S. Biggs, a Certified Court Reporter, Commissioned as such by the Supreme Court of the State of Kansas, and authorized to take depositions and administer oaths within said State pursuant to K.S.A 60-228, certify that the foregoing was reported by stenographic means, which matter was held on the date, and the time and place set out on the title page hereof and that the foregoing constitutes a true and accurate transcript of the same.

I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

Given under my hand and seal the 28th day of December, 2022.

_Sandra S. Biggs_
_____

Sandra S. Biggs, C.C.R No. 0716

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612