# AFFIDAVIT OF KIARDRA CALVIN

I, Kiardra Calvin, being of sound mind and lawful age hereby state on my oath as follows:

1. My name is Kiardra Calvin, but I am usually referred to as Kiki. I am the oldest child of John Keith Calvin and hold a durable power of attorney for my father. I am 33 years old, the mother of five children, and I am a hair stylist.

2. My father is an inmate at El Dorado Correctional Center. He has been a prisoner in the Kansas Department of Corrections for 20 years, since he was wrongfully convicted in 2003 of felony murder and attempted robbery. My father is innocent of these crimes and has been working with his attorneys, along with the Midwest Innocence Project, to investigate and prove his innocence in court.

3. In December 2022, I learned, along with the rest of my family, that my father has incurable Stage 4 cancer. He learned this after being transported from the prison to a Wichita hospital after suffering extreme abdominal pain and many weeks of other symptoms, including bleeding from his genitals.

4. When our family learned about the cancer, we were shocked and devastated. We knew that my dad had been treated for colon cancer several years ago, and we believed that the treatment was successful and that he no longer had cancer. He believed his doctors who told him he did not have cancer any longer.

5. When my father was in the hospital, he learned that the cancer had returned and had spread through his body. A surgery to address a blockage in his colon by creating a colostomy failed because the cancer was so widespread in his abdomen. We learned that the doctors recommended hospice care.

6. After spending more than three weeks in the hospital, my dad was sent back to the prison at El Dorado. We were surprised because he was sent back just a few days after the surgery. My sister Jalisa and I went to visit him there on December 18, 2022, two days after he was released from Wesley Medical Center.

7. When Jalisa and I saw our dad, we were shocked. He was in a room at the prison infirmary, and it looked like the staff was not prepared to care for him. He was thin and frail and needed assistance even to sit up. When we visited, his lips were parched and he looked dehydrated, like he had not been receiving any fluids.

1



8. My sister and I also saw the tubes coming out of my dad's back to drain urine. We noticed that the gauze around them appeared as if it had not been changed since he left the hospital. We were also worried about the limited drainage. My dad seemed isolated, and staff only came in when it was time to give him pain medication. It appeared the pain meds were insufficient, as my father was very visibly in pain and was moaning. He was also burping a lot, and, when he spoke, I noticed he would sometimes become short of breath.

9. My sister and I were very worried about our dad, his extreme frailty, and the lack of regular attention from the infirmary staff. It was also clear that he was experiencing a great deal of pain and was unable to eat. The prison food was either indigestible or provided very few calories. My father looks like he is starving to death.

10. My sister and I want to have our father examined by qualified physicians. He has not seen an oncologist in months, and his care right now is not managed by a doctor who is trained in pain management. His medical care does not appear to be even close to adequate.

11. After the December 18 visit, Jalisa and I wanted to see our father again as soon as possible. We just did not know how much time our dad has left. Ms. Shearburn, the designated administrator, contacted us and scheduled another visit for December 24, 2022.

12. That visit did not take place. On December 23, 2022, we received a call from Ms. Shearburn, in which she told us that there would be no visit because our dad was being taken back right then to the hospital. She said one of his kidney tubes had come out and was no longer draining. She said he would need surgery again, but that it could not be done until the following day because my dad had just eaten.

13. Ms. Shearburn refused to tell us what hospital our father had been taken to, but she told us it was *not* Wesley (we later found out that was wrong and he had been taken to Wesley). Ms. Shearburn said that information about where my father was would not be provided unless his death was "imminent." Since my sister and I both live about three hours away from Wichita, we were both worried we wouldn't make it in time to see our father if he took a turn for the worse.

14. Despite our plea, Ms. Shearburn was firm that no information about our dad's location could be provided. She said that the prison could refuse to give that information about our dad because "he's still the property" of the Department of

2

Corrections.  My sister and I were upset by Ms. Shearburn's statement and her refusal to give us information about where our dad was.

15. My dad was in the hospital for several days on his second stay. My sister and I later learned that he had been taken to Wesley Medical Center, even though Ms. Shearburn told us that he had not been.

16. My sister and I were finally able to visit our dad again on December 31, 2022. This visit was a little better than the last one. Our dad looked more hydrated and had been able to drink some Ensure.  His pain seemed to be a little less during this visit and his mood was better.

17. Jalisa and I wanted to continue seeing our dad regularly because his situation is very serious and no one knows how much longer he will live.  But Ms. Shearburn told us that our visits were limited to once a week.  She also said that when it gets "closer to the time" that the visits can be increased to every day.  We weren't sure what she meant by that, and when we asked what that meant, she said "120 days." We do not know what "120 days" signifies.

18. Even though my dad was in less pain and a little better spirits at the December 31 visit, we continued to be very concerned that he was not getting adequate medical care.  He still had not seen an oncologist and had not had an opportunity to ask questions about his condition.  Throughout the fall, before he was first hospitalized, the doctors provided by the prison kept telling him he had a urinary tract infection; no one had mentioned cancer.

19. The daily care in the infirmary was also lacking. Some of the nurses were attentive, but most only came in the room to give my father his pain medication. No one checked in on him in between doses or asked him how he was doing.  The nurses did not generally ask our father about his pain level, even though it was clear that the medications were not adequately controlling his pain.

20. On January 7, 2023, Jalisa and I visited our father again.  This time, his pain seemed quite a bit worse than it had been during the December 31 visit.  He looked very uncomfortable and periodically moaned while we were talking.

21. He said that the prison provided very little food that he could eat or digest.  He could swallow his Ensure drink, but he could not digest the regular prison food, and if he tried it would cause terrible pain.

3

22. On the day we visited, the prison provided what appeared to be a regular meal tray, but the food looked awful. It was not nutritious or digestible for my dad. The meal consisted of a "beef patty," some kind of mixed vegetables and watery rice. My dad was afraid to even try it; he said that when he tries to eat regular food, he suffers extreme pain.

23. Because of his inability to eat the food provided by the prison, our dad is continuing to lose weight. He said his regular prison doctor makes rounds in the infirmary, but basically told him that he could not do anything because my dad's care was up to the oncologist. However, the prison oncologist has not seen my dad for months, since before he was first hospitalized in November. The regular doctor also said he could not do anything about the food, telling my dad just to try to get whatever palatable food he could through the vendor Aramark.

24. Although it appeared that my dad's pain medication has been increased, it still is not enough. My dad complained of constant pain, and also regularly burped, which he said also caused pain. He did not know why he had been burping all the time and that it hurt his chest and kidneys. We noticed that periodically during the visit, our dad moaned and clutched his chest in pain.

25. My dad needs better nutrition, food that he can digest that provides nourishment. He also needs pain medication that is sufficient to keep his pain under control. We do not feel that the care at the prison is even close to adequate; it is not focused on our dad's particular needs or at ensuring any quality of life. He also does not get to see his family frequently enough. He is 2 ½ hours away, and the visiting days are limited.

26. We are very distressed with the inadequate medical care provided by the Kansas Department of Corrections. Every day, our father suffers in pain and isolation and deteriorates further. My sister and I, and our entire family, feel that he should be moved to a medical facility and be cared for by a qualified medical staff.

27. Our father is eligible for parole in April 2023. We hope he lives long enough to see freedom, but we know he may not. At this point, we pray that he be permitted to at least live in some comfort and dignity.

01·10·2023
Date

Kiardra Calvin

State of Missouri

County of Jackson

Subscribed and sworn before me on this

10th day of January 2023

My Commission Expires: 10/19/2025

Melissa Eckard
Notary Public

MELISSA ECKARD
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires: Oct. 19, 2025
Commission #17312495

5