# AFFIDAVIT OF JALISA BLUFORD

I, Jalisa Bluford, being of sound mind and lawful age hereby state on my oath as follows:

1. My name is Jalisa Bluford. I am the younger daughter of John Keith Calvin and hold a durable power of attorney for my father. I am 29 years old, the mother of five children, and I work for Spectrum. Kiardra Calvin is my older sister.

2. My father is an inmate at El Dorado Correctional Center. He has been a prisoner in the Kansas Department of Corrections for 20 years, since he was wrongfully convicted in 2003 of felony murder and attempted robbery. My father is innocent of these crimes and has been working with his attorneys, along with the Midwest Innocence Project, to investigate and prove his innocence in court.

3. In December 2022, I learned, along with the rest of my family, that my father has incurable Stage 4 cancer. He learned this after being transported from the prison to a Wichita hospital after suffering extreme abdominal pain and many weeks of other symptoms, including bleeding from his genitals.

4. When our family learned about the cancer, we were shocked and devastated. We knew that my dad had been treated for colon cancer several years ago, and we believed that the treatment was successful and that he no longer had cancer. He believed his doctors who told him he did not have cancer any longer.

5. When my father was in the hospital, we learned that the cancer had returned and had spread through his body. A surgery to address a blockage in his colon by creating a colostomy failed because the cancer was so widespread in his abdomen. We learned that the doctors recommended hospice care.

6. After spending more than three weeks in the hospital, my dad was sent back to the prison at El Dorado. We were surprised when he was sent back just a few days after the surgery. My sister Kiki and I went to visit him there on December 18, 2022, two days after he was released from Wesley Medical Center.

7. When our dad was in the hospital, we had no idea where he was. The prison kept his location a secret. This alarmed Kiki and me and made us wonder why

**EXHIBIT 3**

we could not know where he was. My father was very sick, and it seemed very strange that we were denied this basic information.

8. When Kiki and I saw our dad, we were shocked. He was in a room in the prison infirmary, and it looked like the staff was not prepared to care for him. He was thin and frail and needed assistance even to sit up. I immediately noticed how dehydrated he looked, like he had not been drinking any water. This alarmed me, and I told the nurse that it looked like he needed fluids.

9. My sister and I also noticed the tubes coming out of my dad's back which drained urine into a bag. The gauze around the tubes appeared as if it had not been changed since he left the hospital. We were worried about the limited drainage. Also, I also knew that the tubes could put my dad at risk of infection if he wasn't properly cared for, and it looked like the infirmary staff was not paying attention to the need to keep the area around the tubes clean.

10. I also worried about my dad's obvious pain and discomfort. He periodically moaned throughout our visit, and it was clear he was suffering. At times, he could barely talk. My sister and I could tell the pain medications were not strong enough and that they seemed to wear off quickly. We also noticed that the infirmary staff did not regularly check on our dad; they only came in when it was time to give medicine.

11. Our father had lost a lot of weight, and it was clear he couldn't eat or digest regular food. We didn't know how he would get any nourishment; the infirmary staff had brought to him jello and broth, nothing that would provide any nourishment. My sister and I worried that our dad would starve to death.

12. My sister and I also worried about our dad's medical care and whether anyone would be advising him about any care or treatments that could be provided. We were concerned that the oncologist who cared for the prisoners had not come to see our father since he returned from the hospital and had provided no guidance. Our dad was confined to his bed, in pain and without answers.

13. After the December 18 visit, Kiki and I wanted to see our father again as soon as possible. We knew time was precious. We contacted the administrator, Ms. Shearburn, and set up a visit for December 24, 2022.

14. Late on the afternoon of December 23, 2022, Ms. Shearburn notified Kiki and me that the visit was cancelled because our dad was on the way out the door, back to the hospital. She said his left kidney tube had disconnected, his kidneys weren't properly draining and that he would need to have surgery.

15. My sister and I were concerned and upset. Ms. Shearburn would not tell us what hospital our dad was going to for his surgery. She specifically said that it was *not* Wesley, where he had just been discharged a week earlier.

16. Ms. Shearburn told us that we could not be told what hospital our father had been taken to unless his death was "imminent." That did not make sense to us, since we lived three hours away. If his death was "imminent," there was no way that we could reach him. But Ms. Shearburn was firm; she stated that she could refuse to tell us where our dad was being taken because "he's still the property" of the Department of Corrections. My sister and I were upset by this statement and by her refusal to tell us where our dad was.

17. The next day, Ms. Shearburn sent a text to me stating the surgery "went well" and that the hospital would keep him "overnight, possibly until Monday." She still was not telling us where our dad was, and we later found out that he had been taken to Wesley. He ended up spending five days there before he was discharged on December 28.

18. Kiki and I were finally able to visit our dad again on December 31. On this visit he looked a little better. He looked more hydrated and was drinking Ensure. We later found out, though, that the type of Ensure he was drinking was not the type with the highest protein content. Because he was so frail and thin, we were upset that he was not getting the highest protein version of Ensure.

19. Our dad seemed to be in less pain during this visit. We were grateful for some better moments when we were able to really talk with him.

20. We would like to see our dad as often as possible, but Ms. Shearburn told us that our visits were limited to once a week. She said that when it gets "closer to the time," the visits would be increased to every day. We did not know what she meant by that, and when we asked, she just said: "120 days." We also did not know what the reference to "120 days" meant. She later told us that we could visit twice on one weekend, but because we live so far away and both of us have children, visiting on two consecutive days is very difficult.

3

21. Ms. Shearburn's references to "the time" getting "closer" shook me. We knew our dad was very ill and at risk of passing away soon. But Ms. Shearburn's reference came across as insensitive, especially since my dad still had not spoken to the prison oncologist and still had no gotten answers to his questions. Also, his pain was still not adequately controlled. Even during his better moments, my dad was still suffering from a great deal of pain.

22. On January 7, 2023, Kiki and I visited our father again. This time, his pain was worse than it had been on the last visit. He looked very uncomfortable and periodically moaned during the visit. He also appeared even thinner. He could drink Ensure, but he could not digest the food the prison provided; if he tried, it would cause terrible pain. The prison had recently put our dad on a regular diet. But the food looked awful, not even edible. The "beef patty" looked like it would make anyone sick.

23. My dad was also given a "smoothie." But it was not nutritious. It was full of sugar rather than fresh fruit; someone had whipped together a banana and a piece of Boston cream pie.

24. During the last visit, we noticed that our dad was burping more. He said it hurt his chest and kidneys when he burped, and he didn't know why it was happening. When he really hurt, my dad would moan and hold his chest. My dad is getting a higher dose of his pain medications, but they are still insufficient. The effect of the morphine seems to last only about 20 minutes.

25. My sister and I are very upset that our dad's pain is not better controlled and that his nutrition is so poor. His food is neither palatable nor nutritious. His medical care seems haphazard and is not overseen by a doctor qualified in oncology or palliative care.

26. The prison fails to take care of even the basic things that would make a difference. When our dad makes phone calls, he must sit uncomfortably in a wheelchair; this position compresses his abdomen and causes pain. This situation makes no sense as there is a phone jack right next to my dad's bed. He should be able to call his family or his lawyer from a comfortable position in his bed.

27. Our distance from our father and his rapid decline has deeply upset my sister and me as well as our entire family. The situation is heartbreaking. We feel that for the time he has left, our dad should be cared for in a medical facility by qualified medical staff.

01.10.2023
Date

Jalisa Bluford

State of Missouri

County of Jackson

Subscribed and sworn before me on this

10th day of January 2023

My Commission Expires: 10/19/2025

Melissa Eckard
Notary Public

MELISSA ECKARD
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires: Oct. 19, 2025
Commission #17312495

5