# Quentin Templeton

| | |
|---|---|
| **From:** | Bryan Cox <bcox@nkfirm.com> |
| **Sent:** | Friday, December 23, 2022 5:05 PM |
| **To:** | Quentin Templeton |
| **Subject:** | RE: Cell |

**EXTERNAL:** This email originated from outside of the organization. Do not click or open attachments and links unless you recognize the sender and know the content is safe.

Hello Quentin,

Inmate custody is entirely a KDOC matter. Centurion only provides medical care. I can't do anything to help you.

**From:** Quentin Templeton <qtempleton@forbeslawgroup.com>
**Sent:** Friday, December 23, 2022 4:56 PM
**To:** Bryan Cox <bcox@nkfirm.com>
**Subject:** Cell

Bryan –

Thanks for talking and your efforts.

My cell phone is ▮▮▮▮▮▮▮▮▮▮

Quentin

**Quentin Templeton, JD**
**Forbes Law Group, LLC**
6900 College Boulevard, Suite 840
Overland Park, KS 66211
(913) 341-8600 (Phone)
(913) 341-8606 (Fax)
qtempleton@forbeslawgroup.com
www.forbeslawgroup.com

**CONFIDENTIALITY STATEMENT**:
The information transmitted by the following e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Before sending confidential and/or privileged material, the risks associated with e-mail transmission were fully explained to you and you consented to e-mail communications.  If you change your mind and want future communications to be sent in a different manner, then please let me know. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us.

1

