## Kansas Department of Corrections

### Utilization Management

| | | | |
|---|---|---|---|
| **KDOC #:** | 77541 | **Name:** | CALVIN, JOHN , K |
| **DOB:** | 11/21/1966 | **Sex:** | M |
| **SSN:** | 511781638 | **Location:** | El Dorado - Central |
| **Encounter Date:** | 02/09/2022 12:21 PM | **Provider:** | Gordon Harrod MD |

**Outpatient Request:**

| Urgency | | Target Appt Date | |
|---|---|---|---|
| Within 14 days | | 02/23/2022 | |
| **Provider** | **Diagnosis** | **Category** | **Type** |
| Gordon Harrod MD | Malignant neoplasm of rectum | Off Site X-Rays | PET Scan |
| **Consulting Provider** | | **Place of Service** | |
| Provider of choice | | Hospital | |

**procedure requested**
PET scan

**Previous Treatment & Response**
S/P Neoadjuvant chemo/radiation - completed 8/4/17.

**History of Illness**
2 years rectal bleeding. Colonoscopy showed rectal mass. Biopsy revealed high-grade dysplasia. Seen by Dr. Wilder, who recommended pre-op radiation with neoadjuvant chemotherapy, with surgery to follow. Pt. has put off surgery for nearly 2 years.

**Results of Exam**
CT scan from 1/27/22 finding: "Development of what appears to be prominent right internal mammary chain lymph node on the right at the level of the aortic arch. This, as well as 0.6 cm anterior right costophrenic sulcus nodule, would be consistent with metastatic lesions."

**Current Functional Ability**
Performs ADLs independently.

**Other Comments**
Requested by Dr. Dakhil.

| | |
|---|---|
| Document generated by: | Lisa Ackermann, RN |
| Document generated on: | 02/09/2022 12:27 PM |

Electronically signed by Stacy Dean, RN RN on 02/14/2022 04:21 PM  on behalf of Paige Dodson MD



**EXHIBIT 6**
JCALVIN_001920