## Kansas Department of Corrections

### Oncology Progress Note

| | | | |
|---|---|---|---|
| **KDOC#:** | 77541 | **SEX:** | M |
| **NAME:** | CALVIN , JOHN K. | **DOB:** | 11/21/1966 |
| **LOCATION:** | El Dorado - Central | **ENC DATE:** | 04/05/2022 09:57 AM |
| **PROVIDER:** | Gordon Harrod MD | | |

**Subjective:**

Patient here for follow up with oncologist.

**Objective:**

Dr. Dakhil reviewed patient's chart and history with him, and all patient's questions were answered to his satisfaction. PET 3/25/22 - low level omental activity. To follow up in 3 months with repeat PET scan and DP2, CEA.

**Assessment:**

Rectal cancer

**Plan:**

ORDERS: F/U in 3 months with PET scan, DP2, CEA


Provider(HCP)name     Gordon Harrod MD



Name Lisa Ackermann, RN                    04/06/2022



EXHIBIT 7

JCALVIN_001913