

**KDOC Adult Facilities**
**El Dorado - Central**

PATIENT:              JOHN CALVIN
DATE OF BIRTH:        11/21/1966
DOC#:                  77541
DATE:                 06/01/2022 10:40 AM
HISTORIAN:            self
VISIT TYPE:           Provider Visit

Established patient

Historian: self

This 55 year old male with abdominal pain.

## History of Present Illness:

1. Generalized abdominal pain
   Pt is a 55 yo presents for evaluation of intermittent generalized abdominal pain. Has been occurring for months. It will be present for 2-3 days then go away for 3-4 days then recurs. Tends to come on after bowel movements or after eating certain foods.  Located across lower abdomen. Radiates to either side and to back and sometimes to right testicle. Achy and sharp in nature. No hematuria, melena or hematochezia. No unexplained wt loss, fever, sweats. Sometimes associated with diarrhea, other times unrelated to BM. Has had issues with constipation and is on MiraLax without relief - stools about once a week. Foods that seem to be related to sx are dairy, eggs and his ensure. Sometimes feels bloated with the pain.  Bladder can feel uncomfortable along with the abdominal pain. Feels bladder and colon have incomplete emptying when sx are present.  Occasional soft lump in right groin area. He has a hx of rectal cancer and had a PET scan that showed increased uptake in mesentery. Radiologist noted maximum standardized uptake value of 2.4 but still had concern that is associated with his neoplastic dz since it was new compared to the prior PET scan. Oncologist's note stated opinion that  malignancy was not likely.

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Malignant melanoma of rectum | 10/18/2017 | N | | |

Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| No Known Allergy at this time | | | |

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fever, Night sweats and Weight loss. |

CALVIN, JOHN  K. 000000077541 11/21/1966 06/01/2022 10:40 AM 1/4



EXHIBIT 8
JCALVIN_001890

| | | |
|---|---|---|
| Respiratory | Negative | Dyspnea. |
| Cardio | Negative | Chest pain. |
| GI | Positive | Abdominal pain, Constipation. |
| GI | Negative | Blood in stool, Diarrhea, Nausea, Anorexia and Vomiting. |
| GU | Negative | Hematuria. |
| Allergic/Immuno | Comments | Unsure if milk/egg allergies - never tested. |
| Reproductive | Comments | See HPI. |

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 2:59 PM | 6.0 | 0.00 | 182.88 | 05/09/2017 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 2:59 PM | 169.00 | | 76.657 | | 22.92 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 2:59 PM | 126/85 | | | | | |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:59 PM | 97.30 | 36.28 | | 81 | | 16 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 2:59 PM | 99 | | RA | | | | | | |

**Measured By**

| Time | Measured by |
|---|---|
| 2:59 PM | Renae Schuler, MD |


Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Comments | Slim AAM NAD. Appears uncomfortable. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Lymph Detail | Normal | Inguinal. Femoral. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Rhythm - Regular. Extra sounds - None. Murmurs - None. |
| Abdomen | Comments | TTP diffusely but maximal at RLQ at McBurney's point |
| Abdomen | Normal | Auscultation - Normal. Anterior palpation - No guarding, No rebound. No hepatic enlargement. No spleen enlargement. No hernia. |
| Genitourinary | Comments | Hernia exam chaperoned by nurse |
| Genitourinary | Normal | No hernia. |
| Skin | Normal | Inspection - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |

CALVIN, JOHN  K. 000000077541 11/21/1966 06/01/2022 10:40 AM 2/4

| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Abdominal pain (R10.9). |
| | Impression | PET scan results reviewed as well as oncology notes. With pt able to identify offending foods, may be food allergy or intolerance.; Differential diagnosis - Adenopathy, hernia, chronic or subclinical appendicitis, kidney stone, obstruction, ileus, inflammatory bowel dz, irritable bowel syndrome, mesenteric adenitis, food allergy, mesenteric ischemia (doubtful as metabolic activity in mesentery was increased). |
| | Provider Plan | Food allergen testing, CBC, ESR and CRP ordered. Would expect inflammatory markers to be elevated in either infectious or inflammatory process. Also checking CMP and CBC. If sx appear inflammatory, will consider course of oral steroids.  In the meantime, pt continues to have constipation and requested something for relief.  He had tried lactulose in t he past and had bad cramping with it. Did not want to try it. Has not had relief with MiraLax, so discontinued it. Also has not had relief with  MOM, so not ordered. Avoided Mag Citrate as expect it would cause increased cramping.  Sennosides not on formulary. Pt voiced he would like to try enema for relief.  Fleets x 2 provided. Hold second one if results after first.  Second provided incase he had no results with first  or if he needed to repeat enema later in the week. |
| | Plan Orders | ALLERGEN EGG WHITE, IGG (NON-NY), ALLERGEN EGG YOLK, IGG (NON-NY), C-RP (C-REACTIVE PROTEIN), SERUM, Carcinoembryonic Antigen (CEA), CBC W/ Diff, Platelets, Comprehensive Metabolic Panel, MILK, IgG (NON-NY), SEDIMENTATION RATE and SOY, IGG (NON-NY) to be performed. |

## Labs

| Date | Status | Test Status | Description | Order # | Provider | Test Location |
|---|---|---|---|---|---|---|
| 06/01/2022 | Sent | Pending | C-RP (C-REACTIVE PROTEIN), SERUM / Comprehensive Metabolic Panel / SEDIMENTATION RATE / CBC W/ Diff, Platelets / ALLERGEN EGG WHITE, IGG (NON-NY) / ALLERGEN EGG YOLK, IGG (NON-NY) / SOY, IGG (NON-NY) / MILK, IgG (NON-NY) / Carcinoembryonic Antigen (CEA) | NGP646764 | Schuler, Renae | El Dorado - Central |

Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 04/07/2022 | Anusol-HC 2.5 % topical cream with perineal applicator | apply by topical route 2 times every day into the rectum using applicator | Please provide applicator | 04/06/2023 |
| 04/07/2022 | docusate sodium 100 mg tablet | Take 1 tablet by mouth twice a day. | | 04/06/2023 |
| 06/01/2022 | Enema 19 gram-7 gram/118 mL | take 1 bottle by rectal route every day as needed for constipation as needed for | | 06/07/2022 |

CALVIN, JOHN  K. 000000077541 11/21/1966 06/01/2022 10:40 AM 3/4

| | | Constipation | |
|---|---|---|---|
| 04/07/2022 | Ensure oral liquid | take 1 Container by Oral route every day at HS **Must open bottle and drink at medline** | 04/06/2023 |
| 04/07/2022 | Miralax 17 gram/dose oral powder | take (17G) by oral route every day mixed with 8 oz. water, juice, soda, coffee or tea | 06/01/2022 |

*Provider:*
Schuler, Renae  06/01/2022 5:14 PM
*Document generated by*:  Renae Schuler, MD 06/01/2022 05:14 PM

---

**Provider: Renae Schuler MD**
**Document generated by: Renae Schuler, MD 06/01/2022 5:14 PM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966