

**KDOC Adult Facilities**
**El Dorado - Central**

| | |
|---|---|
| PATIENT: | JOHN CALVIN |
| DATE OF BIRTH: | 11/21/1966 |
| DOC#: | 77541 |
| DATE: | 09/07/2022 10:34 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Provider Visit |

Established patient

Historian: self

This 55 year old male here to review lab and PET scan results.

## History of Present Illness:

1. Follow Up of lab and PET results
   55 yo AAM was initially scheduled to review lab as well as PET scan results. He was to have had PET scan on 9/2 but was not told to be NPO, so test could not be done. Lab results are available. He continues to have poor appetite, some nausea, bloating and some general abdominal discomfort. Sensation of fullness along his flanks, L>R , when supine. Urinary sx are improving. He has not noticed any blood in stools or urine. Had some liquid stool this past weekend but it has not persisted. Over all he says he is feeling a little better today.

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Malignant melanoma of rectum | 10/18/2017 | N | | |

Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| MILK | | | |
| MILK | | | |
| No Known Allergy at this time | | | |

Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 10:30 AM | 5.0 | 11.00 | 180.34 | 05/09/2017 | 0 |

CALVIN, JOHN  K. 000000077541 11/21/1966 09/07/2022 10:34 AM 1/4



EXHIBIT 9
JCALVIN_001838

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 10:30 AM | 158.00 | | 71.668 | | 22.04 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:30 AM | 92/65 | | | | | |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 10:30 AM | 97.90 | 36.61 | | 92 | | 16 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 10:30 AM | 98 | | RA | | | | | | |

**Comments**

| Time | Comments |
|---|---|
| 10:30 AM | VS obtained by staff. |

**Measured By**

| Time | Measured by |
|---|---|
| 10:30 AM | Renae Schuler, MD |

Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - chronically ill-appearing, icterus, jaundiced. |
| Eyes | * | Sclera - Right: icterus, Left: icterus. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Rhythm - Regular. Extra sounds - None. Murmurs - None. |
| Vascular | Normal | Pulses - Posterior tibial: Normal. |
| Abdomen | * | Abdominal tenderness is present. |
| Abdomen | Comments | Pt reported TTP over LLQ and suprapubic areas. Mild TTP over LUQ and RUQ. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. Anterior palpation - No guarding, No rebound. No hepatic enlargement. No spleen enlargement. No ascites. No palpable mass. Murphy's sign - Normal. |
| Skin | * | Inspection - General inspection: jaundice, Location: face. |
| Skin | Comments | Faint jaundice central face |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. Sensory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Inflammatory liver disease, unspecified (K75.9). |
| | Impression | Labs reviewed - CEA 3.9. Slightly increased from previous but not as high as it has been (max was 4.4 on 1/3/22). Liver enzymes are significantly elevated. Had been normal |

|  |  |
|---|---|
|  | 6/13/22. Pt was placed on Bactrim 6/29/22. He reports that onset of his sx occurred about the same time he started abx.; Differential diagnosis - Chemical hepatitis, viral hepatitis, obstructive hepatitis (stone, tumor, mets) |
| Provider Plan | Hepatitis panel, HIV screen (offered to pt and he desired it), hepatitis panel to follow labs. Abdominal US ordered |
|  | Message sent to Nurse Ackerman asking that labs be shared with Dr Dakhil and asking his input. |
|  | He had 3 days of doxycycline left. I had him stop it now. Last cx showed normal flora only. Ondansetron 4 mg TID prn Nausea to allow him to eat. II explained it is metabolized in the liver, so use sparingly and kept dose low. |
|  | Recheck in 1 week. |
|  | Call signal if worsening abdominal pain, vomiting, fever or any other sx of concern |
| Plan Orders | HEPATITIS PANEL, ACUTE, HIV AG/AB 4th GEN and LIVER PANEL to be performed. |

Labs

| Date | Status | Test Status | Description | Order # | Provider | Test Location |
|---|---|---|---|---|---|---|
| 09/07/2022 | Ordered | Pending | HEPATITIS PANEL, ACUTE / HIV AG/AB 4th GEN / LIVER PANEL | NGP670175 | Schuler, Renae | El Dorado - Central |

Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 04/07/2022 | Anusol-HC 2.5 % topical cream with perineal applicator | apply by topical route 2 times every day into the rectum using applicator | Please provide applicator | 04/06/2023 |
| 08/29/2022 | doxycycline hyclate 100 mg capsule | take 1 capsule by oral route 2 times every day x 10 days |  | 09/07/2022 |
| 06/21/2022 | Ensure Clear oral liquid | may have 1 carton daily |  | 12/17/2022 |
| 08/04/2022 | Milk of Magnesia 400 mg/5 mL oral suspension | take 30 milliliter by oral route daily as needed for constipation | KOP | 01/30/2023 |
| 08/04/2022 | Miralax 17 gram/dose oral powder | take (17G) by oral route 2 times every day mixed with 8 oz. water, juice, soda, coffee or tea | KOP | 01/30/2023 |
| 09/07/2022 | ondansetron 4 mg disintegrating tablet | take 1 Tablet (4MG) by oral route every 6 hours for 2 days as needed for Nausea |  | 09/18/2022 |
| 08/31/2022 | pantoprazole 40 mg tablet,delayed release | take 1 tablet (40MG) by mouth once a day. |  | 09/29/2022 |
| 08/31/2022 | simethicone 125 mg chewable tablet | chew 1 tablet by mouth 3 times a day as needed |  | 09/29/2022 |
| 08/04/2022 | tamsulosin 0.4 mg capsule | take 1 Capsule by oral route every night for urinary retention | KOP | 01/30/2023 |

*Provider:*
Schuler, Renae  09/07/2022 4:56 PM
*Document generated by*:  Renae Schuler, MD 09/07/2022 04:56 PM

**Provider: Renae Schuler MD**
**Document generated by: Renae Schuler, MD 09/07/2022 4:56 PM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966