

**KDOC Adult Facilities**
**El Dorado - Central**

| | |
|---|---|
| PATIENT: | JOHN CALVIN |
| DATE OF BIRTH: | 11/21/1966 |
| DOC#: | 77541 |
| DATE: | 09/26/2022 11:40 AM |
| VISIT TYPE: | Provider Visit |

Established patient

This 55 year old male who stopped HCP to reports continued pain to ABD

## History of Present Illness:
1. ABD pain/appetite loss

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Malignant melanoma of rectum | 10/18/2017 | N | | |

Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| MILK | | | |
| MILK | | | |
| No Known Allergy at this time | | | |

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever, Malaise, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Hearing loss, Nasal drainage, Otalgia, Sinus pressure and Sore throat. |
| Eyes | Negative | Eye discharge, Eye pain and Vision changes. |
| Respiratory | Negative | Chronic cough, Cough, Dyspnea, Known TB exposure and Wheezing. |
| GI | Positive | Hx of rectal CA. |

Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 3:10 PM | 5.0 | 11.00 | 180.34 | 05/09/2017 | 0 |

EXHIBIT 10
JCALVIN_001817

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 3:10 PM | 150.00 | | 68.039 | | 20.92 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 3:10 PM | 157/73 | sitting | left | | automatic | |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 3:10 PM | 97.40 | 36.33 | | 64 | regular | 14 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 3:10 PM | 99 | | RA | | | | | | |

**Measured By**

| Time | Measured by |
|---|---|
| 3:10 PM | Aaron Johnson, APRN |

Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Effort - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Abdominal pain (R10.9). |
| | Impression | recent weight loss with continued ABD pain. |
| | Patient Plan | Pt was seen by this provider last week and ordered Ultram 50mg bid x 5days<br>Pt has since been seen via Harrod ordered ultram 100mg bid x 5days<br>Pt reports continued abd pain and issues eating-educated on drinking ensure pt was unaware that all ensure is lactose and dairy free<br>Recently seen Dr. Dakhil/lab ordered |
| | Provider Plan | HCP ordered ultram 100mg bid x 5 days<br>HCP will place FE-ultrasound tech reported mass on bladder to HCP<br>Last visit noted jaundice to face and sclera-looks better today-continues to deny vomiting aware to place sick call if needs arise |

Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 04/07/2022 | Anusol-HC 2.5 % topical cream with perineal applicator | apply by topical route 2 times every day into the rectum using applicator | Please provide applicator | 04/06/2023 |
| 09/19/2022 | Colace 100 mg capsule | take 2 capsule by oral route 2 times every day | | 10/18/2022 |
| 06/21/2022 | Ensure Clear oral liquid | may have 1 carton daily | | 12/17/2022 |
| 08/04/2022 | Milk of Magnesia 400 mg/5 mL oral suspension | take 30 milliliter by oral route daily as needed for constipation | KOP | 01/30/2023 |
| 08/04/2022 | Miralax 17 gram/dose oral powder | take (17G) by oral route 2 times every day mixed with 8 oz. water, juice, soda, coffee or tea | KOP | 01/30/2023 |
| 08/31/2022 | pantoprazole 40 mg tablet,delayed release | take 1 tablet (40MG) by mouth once a day. | | 09/29/2022 |
| 08/31/2022 | simethicone 125 mg chewable tablet | chew 1 tablet by mouth 3 times a day as needed | | 09/29/2022 |
| 08/04/2022 | tamsulosin 0.4 mg capsule | take 1 Capsule by oral route every night for urinary retention | KOP | 01/30/2023 |
| 09/26/2022 | tramadol 50 mg tablet | take 2 Tablet by Oral route 2 times every day x 5 days | | 09/30/2022 |

*Provider:*
Johnson, Aaron  09/26/2022 3:15 PM
*Document generated by*:  Aaron Johnson, APRN 09/26/2022 03:15 PM

---

**Provider: Aaron Johnson APRN**
**Document generated by: Aaron Johnson, APRN 09/26/2022 3:15 PM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966