

KDOC Adult Facilities

**El Dorado - Central**

| | |
|---|---|
| PATIENT: | JOHN CALVIN |
| DATE OF BIRTH: | 11/21/1966 |
| DATE: | 11/22/2022 11:28 PM |
| DOC#: | 77541 |
| VISIT TYPE: | Nurse Visit |

## Nurse Visit

Reason for visit:  Emergency Response

Statement of complaint (in patient's words):  Pt c/o right lower abdominal pain.

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 11:03 PM | 5.0 | 11.00 | 180.34 | 05/09/2017 | 0 |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 11:03 PM | 170/86 | sitting | left | Brachial | automatic | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 11:03 PM | 99.30 | 37.39 | temporal | 120 | regular | 20 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 11:03 PM | 99 | | RA | | | | | | |

**Pain Scale**

| Time | Pain Score | Method |
|---|---|---|
| 11:03 PM | 10/10 | Numeric Pain Intensity Scale |

**Measured By**

| Time | Measured by |
|---|---|

Patient Name: CALVIN, JOHN K
ID:  77541     Date of Birth: Patient DOB: 11/21/1966
Encounter Date: 11/22/2022 11:28 PM
Page 1 of 3

EXHIBIT 11

000027

11:03 PM    Louis Moore, RN

**Nurse Protocols:**

**GI Gastrointestinal (K/C)**
**Subjective:**
Chief Complaint: right lower abdominal pain
Date of Onset: 11/22/2022
Describe: Pt states that for the last couple of months he has been experiencing this pain intermittently.
Have you had this problem before?: Yes
Trauma: No
Associated Factors:
Nausea: No
Vomiting: No
Coffee grounds: No
Constipation: Yes
Pain is: Constant
Additional Comments: Pt has hx of malignant neoplasm of rectum.

**Objective:**
Eyes:
Watery
Respiratory:
Normal
Lungs:
Right Lung: Clear
Left Lung: Clear
Skin:
Warm
Dry
Abdomen:
Tender
Bowel Sounds:
Present
Additional Comments: Normoactive bowel sounds in all four quadrants. Pt reports pain in right lower quadrant and increased pain with palpation. Scant amount of bright red bleeding from pt's urethra noted.

**Assessment:**
Emergent:
Urgent:
Nursing Intervention:

**Plan:**
Level: Urgent
Practitioner contact required due to: (check all that apply): Blood/tarry stools or blood urine
Describe: Pt also has bright red bleeding from urethra.
Practitioner contacted: (name and time): Wilson, Bryan MD at 2313.

Reviewed with practitioner: MAR
Reviewed with practitioner: Medical record
Disposition: Monitor/Observation
Disposition: Admit to Infirmary
Additional comments: Pt is to be placed on 23hr observation in the infirmary. Pt is to be seen by a provider in the AM.

**Medications**

| Medication | Sig | Start Date | Stop Date | Comment |
|---|---|---|---|---|
| Anusol-HC 2.5 % topical cream with perineal applicator | apply by topical route 2 times every day into the rectum using applicator | 04/07/2022 | 04/06/2023 | kop |
| cholestyramine (bulk) powder | 4gm PO BID | 10/12/2022 | 04/09/2023 | |
| Ensure Clear oral liquid | may have 1 carton two times daily | 10/06/2022 | 04/03/2023 | KOP |
| Milk of Magnesia 400 mg/5 mL oral suspension | take 30 milliliter by oral route daily as needed for constipation | 08/04/2022 | 01/30/2023 | |
| Miralax 17 gram/dose oral powder | take (17G) by oral route 2 times every day mixed with 8 oz. water, juice, soda, coffee or tea | 08/04/2022 | 01/30/2023 | |
| tamsulosin 0.4 mg capsule | take 1 Capsule by oral route twice a day for urinary retention | 10/06/2022 | 04/03/2023 | |
| tramadol 100 mg tablet | Take 1 tablet by mouth twice daily x 180 days | 09/29/2022 | 03/27/2023 | DOT |

Document generated by: Louis Moore, RN  11/22/2022 11:39 PM

---

**Provider: Bryan Wilson MD**
**Document generated by: Louis Moore, RN 11/22/2022 11:39 PM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966