

**KDOC Adult Facilities**
**El Dorado - Central**

| | |
|---|---|
| PATIENT: | JOHN K CALVIN |
| DATE OF BIRTH: | Patient DOB: 11/21/1966 |
| DOC #: | 77541 |
| DATE: | 11/23/2022 9:25 AM |
| VISIT TYPE: | Skilled Care |

## Infirmary Provider Rounds

### Admission
Admission Date: 11/22/2022
Admission Type: 23hr Observation

Isolation: No   Type:

Admitted to observation:        Date:  11/22/2022    Time:  23:40

Reason for admission: RLQ pain

Negative Pressure Room: N/A

This 56 year old male presents for abd. pain/hematuria.

### Reason For Visit
1. abd. pain/hematuria
    56y/o Afro-American was brought to the EDCF Infirmary last night with N/V and gross hematuria.  He tells me this occurred rather suddenly.  He says he ate chicken, began vomiting, then experienced gross hematuria.  He passed blood clots and is experiencing right flank and back pain.
    He has a hx of rectal CA; he completed chemotherapy and radiation therapy about five years ago.  Over the past few months, he has had elevated liver enzymes and was jaundiced about 2-3 weeks ago.  The jaundice has resolved.
    Pt had a recent MRCP, which showed dilated common bile duct and possible neoplasm/obstruction between the common bile duct and proximal biliary tree.  ERCP was ordered and is pending.
    Pt reports a 20 lb weight loss over the past month or so.

### Vital Signs

#### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:32 AM | 167/100 | lying | | | automatic | |

#### Temperature/Pulse/Respiration


EXHIBIT 12
000039

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:32 AM | 98.00 | 36.67 | | 88 | regular | 18 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 9:32 AM | 98 | | RA | | | 21 | | | |

**Measured By**

| Time | Measured by |
|---|---|
| 9:32 AM | Gordon Harrod, MD |

**Physical Exam**

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Level of distress - in pain. Nourishment - thin. |
| Constitutional | Comments | Thin, uncomfortable-appearing Afro-American male.  Pt's underwear is stained red. |
| Respiratory | Comments | Lungs are CTA in all lung fields. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Comments | RRR w/o murmur; pulse is around 90. |
| Cardiovascular | Normal | Inspection - JVD: Absent. Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Extra sounds - None. Murmurs - None. Extremities - No edema. |
| Abdomen | Comments | Abd. shows good muscle tone.  BS are WNL.  There is tenderness with guarding at the right flank and back as well as RUQ pain. |
| Abdomen | Normal | Patient is not obese. No hernia. No ascites. |
| Extremity | Comments | No CCE. |
| Extremity | Normal | No Cyanosis. No Edema. Clubbing - Absent. |

**Assessment/Plan**

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Inflammatory liver disease, unspecified (K75.9).  Gross hematuria.  Abd. pain. |
| | Impression | Gross hematuria in a 56y/o Afro-American male with recent elevation of liver enzymes and obstructive-type pattern with elevated t. bili.<br>Recent MRCP as above.<br>Hx of rectal cancer; S/P radiation and chemo about five years go.. |
| | Patient Plan | Pt's already perilous status has declined more.  With weight loss, new onset gross hematuria, and recent jaundice, pt is sent out to Wesley Med. Center via state vehicle for further evaluation. |

**Medications** *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 04/07/2022 | Anusol-HC 2.5 % topical cream with perineal applicator | apply by topical route 2 times every day into the rectum using applicator | Please provide applicator | 04/06/2023 |
| 10/12/2022 | cholestyramine | 4gm PO BID | FE approved per | 04/09/2023 |

CALVIN, JOHN  K. 000000077541 11/21/1966 11/23/2022 09:25 AM 2/3

000040

| | (bulk) powder | | Dr. Dodson on 10/7/2022 | |
|---|---|---|---|---|
| 10/06/2022 | Ensure Clear oral liquid | may have 1 carton two times daily | | 04/03/2023 |
| 11/23/2022 | hydrocodone 5 mg-acetaminophen 325 mg tablet | take 2 Tablet by Oral route now. Can repeat same dose in 4 hours if pain still present. | | 11/24/2022 |
| 08/04/2022 | Milk of Magnesia 400 mg/5 mL oral suspension | take 30 milliliter by oral route daily as needed for constipation | KOP | 01/30/2023 |
| 08/04/2022 | Miralax 17 gram/dose oral powder | take (17G) by oral route 2 times every day mixed with 8 oz. water, juice, soda, coffee or tea | KOP | 01/30/2023 |
| 10/06/2022 | tamsulosin 0.4 mg capsule | take 1 Capsule by oral route twice a day for urinary retention | KOP | 04/03/2023 |
| 09/29/2022 | tramadol 100 mg tablet | Take 1 tablet by mouth twice daily x 180 days | FE approval by Dr. Dodson on 09.28.22 exp 03.07.23 | 03/27/2023 |

*Provider:*
Harrod, Gordon  11/23/2022 9:39 AM

---

**Provider: Gordon Harrod MD**
**Document generated by: Gordon Harrod, MD 11/23/2022 9:39 AM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966