

**KDOC Adult Facilities**

**El Dorado - Central**

| | |
|---|---|
| PATIENT: | JOHN CALVIN |
| DATE OF BIRTH: | 11/21/1966 |
| DATE: | 11/28/2022 03:29 PM |
| DOC#: | 77541 |
| VISIT TYPE: | Nurse Visit |

## Nurse Visit

Reason for visit:  Follow Up Visit - Health Maintenance

Statement of complaint (in patient's words):  I have blood in urine, I continue to have lack of bladder control when I thought it was clear.  Need to see care provider ASAP.  Please need Help. NSC for 11/24/2022 late entry. Written response.

**Nurse Protocols:**

**Medications**

| Medication | Sig | Start Date | Stop Date | Comment |
|---|---|---|---|---|
| Anusol-HC 2.5 % topical cream with perineal applicator | apply by topical route 2 times every day into the rectum using applicator | 04/07/2022 | 04/06/2023 | kop |
| cholestyramine (bulk) powder | 4gm PO BID | 10/12/2022 | 04/09/2023 | |
| Ensure Clear oral liquid | may have 1 carton two times daily | 10/06/2022 | 04/03/2023 | KOP |
| Milk of Magnesia 400 mg/5 mL oral suspension | take 30 milliliter by oral route daily as needed for constipation | 08/04/2022 | 01/30/2023 | |
| Miralax 17 gram/dose oral powder | take (17G)  by oral route 2 times every day mixed with 8 oz. water, juice, soda, coffee or tea | 08/04/2022 | 01/30/2023 | |
| tamsulosin 0.4 mg capsule | take 1 Capsule by oral route twice a day for urinary retention | 10/06/2022 | 04/03/2023 | |
| tramadol 100 mg tablet | Take 1 tablet by mouth twice daily x 180 days | 09/29/2022 | 03/27/2023 | DOT |

**General Comments**

Resident was transferred to WMC on 11/23/2022.  Resident not seen during sick call.

**EXHIBIT 13**

Document generated by: Noemi Reynolds, LPN  11/28/2022 03:31 PM

**Provider: Gordon Harrod MD**
**Document generated by: Noemi Reynolds, LPN 11/28/2022 3:31 PM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966

Patient Name: CALVIN, JOHN K
ID:  77541     Date of Birth: Patient DOB: 11/21/1966
Page 2 of 2
Encounter Date: 11/28/2022 03:29 PM

000051