```
WESLEY MEDICAL CENTER/WESLEY WOODLAWN HOSPITAL & ER   (COCWY     )
Hospitalist History & Physical
REPORT#:1123-1329    REPORT STATUS: Signed
DATE:11/23/22  TIME: 1544

PATIENT: CALVIN,JOHN                      UNIT #: W000937345
ACCOUNT#: W00061813545                    ROOM/BED: W.4914-1
DOB: 11/21/66  AGE: 56       SEX: M       ATTEND: Lind,Edward J II
MD
ADM DT: 11/23/22                          AUTHOR: Lind,Edward J II
MD

* ALL edits or amendments must be made on the electronic/computer
document *
```

## FELDKAMP,AMY M MD 11/23/22 1544:
### History of Present Illness

### HPI
**Chief complaint:**
Hematuria
**PCP:**
**PCP:** Dr. Gordon Harrod

### HPI:
Mr. Calvin is a 56-year-old male with a PMHx significant for rectal cancer treated with chemo/radiation 5 years ago, which was in remission. He presents today from the El Dorado correctional facility with a chief complaint of hematuria, diffuse abdominal pain, and 20 pound weight loss over the last month. He first had gross hematuria about 2 to 3 months ago, was treated by in-house physician at that time for a urinary tract infection. Since that time, he has had intermittent gross hematuria that persisted. Yesterday, following his meal, he felt sick, vomited, and passed a blood clot in his urine. Right now, the patient complains of pain in his RLQ that radiates to his back. He has intermittent stabbing pains that also radiate down into his groin. He can find relief when he is lying down, but says he cannot do it for too long due to shortness of breath. He has trouble urinating due to trouble initiating a stream and his pain prevents him from having complete urination. He has lost about 20 pounds over the last month or so. He states that his appetite fluctuates, sometimes he is so nauseated that he is not able to eat. He also has had constipation, not having a bowel movement for several days, but then will have intermittent incontinence of liquid stools. Denies any history of black or tarry stools, or gross blood in stool. He feels as if his stomach is bloated and his abdomen is painful throughout. He most recently had an episode of self resolving jaundice, which was worked up with an MRCP at Susan B. Anthony at the beginning October, records obtained. On MRCP report from 10/10/2022, there is some concern for a neoplastic process compressing between the distal common bile duct and the proximal biliary tree, there was also an altered signal in the right lobe of the liver, and that there was persistent dilation bilateral ureters and hydronephrosis, which had been first noted on PET CT scan in September. PET CT scan additionally showed no hypermetabolic activity to suggest the presence of malignancy.

ED course: Dilaudid IV 0.5 mg x 1, CT abdomen pelvis without contrast, urology consulted, Cr 4.89, EGFR 13.2, INR 1.0, bili 2.4, AST 293, ALT 179, alk phos 69, lipase 434, hgb 10.1.

```
Patient: CALVIN,JOHN
Unit#:W000937345
Date: 11/23/22
Acct#:W00061813545
```

**Informant/historian:** patient, prior records

## History
**Additional medical history:**
rectal cancer s/p radiation and chemo 2017

**Additional surgical history:**
Reports no surgical history
**Additional family history:**
Mother deceased - had dementia
Father deceased - had cancer but type is unknown
**Alcohol use:** Former alcohol use but has not been consumed any for the last 20 years.
**Drug use:** Denies recreational drugs, In Recovery (prev no IV drug 20 yrs ago)
**Smoking status for patients 13 years old or older:** Former Smoker
**Other social history:** incarcerated for the last 20 years, currently at El Dorado corr facilty

## Medication/Allergy-Vaccine Hx
**Medications:**
Home Medications:
HYDROcodone/APAP  5/325 MG (NORCO  5/325 MG) 1-2 TAB PO Q4H PRN PRN   PAIN SCORE 4-6


**Allergies:**
**Coded Allergies:**
No Known Allergies (11/23/22)

**Ambulatory status:** Independent

## Review of Systems
**Constitutional:**
Reports: chills, fever, recent wt loss.
**Skin:**
Reports: swelling.  Denies: rash.
**Allergy/Immun:**
Denies: rhinorrhea.
**Eyes:**
Denies: visual loss/blurred.
**ENT:**
Denies: mouth pain, nasal congestion, sore throat.
**Respiratory:**
Reports: SOB.

```
Patient: CALVIN,JOHN
Unit#:W000937345
Date: 11/23/22
Acct#:W00061813545
```

## Cardiovascular:
Reports: edema, orthopnea.  Denies: chest pain.
## GI:
Reports: abdominal pain, anorexia, constipation, diarrhea, nausea, vomiting.  Denies: melena.
## GU:
Reports: flank pain, hematuria, urinary retention.
## Musculoskeletal:
### Extremity swelling:
Reports: left lower, right lower.
## Heme:
Denies: bleeding, bruising.
## Endocrine:
Reports: weight loss.
## Neuro:
Reports: bladder dysfunction, headache.  Denies: change in LOC.
## Psych:
Denies: change in mental status.

## Objective

## General
**VS/I&O:**
Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 11/23 1549 | 36.5 | 74 | 18 | 188/101 | | 99 | | | |
| 11/23 1515 | | | | 171/99 | | | | | |
| 11/23 1512 | | 63 | | | | 99 | | | |
| 11/23 1457 | | 67 | | | | 98 | | | |
| 11/23 1442 | | 73 | | | | 100 | | | |
| 11/23 1427 | | 60 | | | | 97 | | | |
| 11/23 1426 | | | | 172/98 | | | Room air | | |
| 11/23 1412 | | 64 | | | | 96 | | | |
| 11/23 1357 | | 69 | | | | 99 | | | |
| 11/23 1138 | 36.8 | 72 | | 174/115 | 134.7 | 100 | | | |

**PATIENT WEIGHT:**

**Weight (lb):** 149
**Weight (oz):** 14.63
**Weight (kg):** 68.000

Page 3 of 9

Patient: CALVIN,JOHN
Unit#:W000937345
Date: 11/23/22
Acct#:W00061813545

## Physical Exam

**General appearance:** cachectic/emaciated, alert, awake, oriented, conversational, mental status normal, no respiratory distress
**Head/Eyes:** abnl conjunctiva/sclera (mild icterus), atraumatic, clear cornea, EOMI, normal eyelids/periorb., normocephalic, PERRLA
**ENT:** moist mucosal membranes, normal dentition, Petechiae on his hard palate.
**Neck:** full range of motion, non-tender, supple/no meningismus, no masses or swelling, no cervical or sub/supra clavicular lymphadenopathy
**Cardiovascular:** murmur (sys loudest at apex), regular rate & rhythm
  **Murmur:**
systolic 2/6
**Respiratory:** fine crackles on RLL, clear to ausculation of other lobes, reduced overall effort to take deep breaths
**Abdomen:** distended (minimal), guarding, tenderness, normal bowel sounds, no rebound
**Genitourinary:** flank pain
**Rectal:** deferred
**Extremities:** edema (1+ LLE/2+ RLE), moves all, no calf tenderness
  **Vascular pulse assess:**
Palpatated: R radial.
**Musculoskeletal:** normal inspection
**Neuro/CNS:** alert, oriented X 3, normal speech, no motor deficits
**Skin:** dry, intact, normal color, normal temperature, no rash
**Lymphatics:** prominent inguinal nodes, axilla normal, neck normal
**Psychiatry:** normal affect, normal judgment/insight, normal mood

## Results
**Findings/Data:**
Laboratory Tests

|  | 11/23 1137 |
|---|---|
| Chemistry |  |
| Sodium (135 - 148 mmol/L) | 139 |
| Potassium (3.5 - 5.3 mmol/L) | 4.1 |
| Chloride (98 - 110 mmol/L) | 104 |
| Carbon Dioxide (21 - 32 mmol/L) | 28 |
| Anion Gap (5 - 15 mmol/L) | 7 |
| BUN (7 - 20 mg/dL) | 38 H |
| Creatinine (0.70 - 1.30 mg/dL) | 4.89 H |
| Estimated Creat Clear (> 59 mL/min) | 16 L |
| eGFR (>59 mL/min) | 13.2 L |

Page 4 of 9

```
Patient: CALVIN,JOHN
Unit#:W000937345
Date: 11/23/22
Acct#:W00061813545
```

| Test | Value |
|---|---|
| Glucose (70 - 99 mg/dL) | 86 |
| Calcium (8.5 - 10.1 mg/dL) | 9.6 |
| Total Bilirubin (0.0 - 1.0 mg/dL) | 2.4 H |
| AST (10 - 37 Units/L) | 293 H |
| ALT (< 66 Units/L) | 178 H |
| Total Alk Phosphatase (45 - 117 IU/L) | 609 H |
| Serum Total Protein (6.4 - 8.2 gm/dL) | 7.8 |
| Albumin (3.4 - 5.0 gm/dL) | 3.0 L |
| Lipase (73 - 393 Units/L) | 434 H |

Laboratory Tests

| | 11/23 1137 |
|---|---|
| Coagulation | |
| PT (10.4 - 13.2 sec) | 12.3 |
| INR (0.9 - 1.1) | 1.0 |

Laboratory Tests

| | 11/23 1137 |
|---|---|
| Hematology | |
| WBC (5.0 - 10.0 k/cumm) | 4.3 L |
| RBC (4.00 - 6.00 m/cumm) | 3.36 L |
| Hgb (14.0 - 18.0 gm/dL) | 10.1 L |
| Hct (40.0 - 54.0 %) | 30.8 L |
| MCV (80.0 - 100.0 fl) | 91.7 |
| MCH (27.0 - 33.0 pg) | 30.1 |
| MCHC (32.0 - 37.0 g/dL) | 32.8 |
| RDW (11.0 - 15.6 %) | 13.1 |
| Plt Count (150 - 400 k/cumm) | 252 |
| MPV (8.5 - 10.9 fl) | 9.8 |
| Immature Gran % (Auto) (0.0 - 0.6 %) | 0.2 |
| Abs Immat Gran (auto) (0.00 - 0.09 k/cumm) | 0.01 |
| Lymphocytes % (20 - 30 %) | 21.9 |
| Monocytes % (4 - 6 %) | 11.3 H |
| Eosinophils % (2 - 4 %) | 0.9 L |
| Basophils % (0 - 1 %) | 0.5 |
| Nucleated RBC % (0.0 - 0.0 /100 WBC) | 0.0 |
| Absolute Granulocytes (2.0 - 9.0 k/cumm) | 2.8 |
| Segmented Neutrophils (50 - 75 %) | 65.2 |
| Absolute Lymphocytes (1.0 - 4.0 k/cumm) | 1.0 |
| Absolute Monocytes (0.1 - 1.0 k/cumm) | 0.5 |
| Absolute Eosinophils (0.1 - 0.5 k/cumm) | 0.0 L |

```
Patient: CALVIN,JOHN
Unit#:W000937345
Date: 11/23/22
Acct#:W00061813545
```

| Absolute Basophils (0.0 - 0.2 k/cumm) | 0.0 |
|---|---|

Laboratory Tests

|  | 11/23 1240 |
|---|---|
| Urines |  |
| Ur Specific Gravity (1.015 - 1.025) | 1.016 |
| Urine RBC (0 - 3 rbc/hpf) | PACKED FIELD * |
| Urine WBC (0 - 5 wbc/hpf) | 0-1 |
| Vol Urine Centrifuged ((8 - 12mL STD) mL) | 12.0 |

**Radiology data:**
Recent Impressions:
**COMPUTERIZED TOMOGRAPHY - CT ABD/PELVIS W/O CONTRAST 11/23 1145**
*** Report Impression - Status: SIGNED  Entered: 11/23/2022 1238

IMPRESSION:
1. Bilateral hydronephrosis, at least moderate. No cause on the left. On the right there is a probable stone in the distal right ureter measuring 3 x 5 mm. Hemorrhage noted in the bladder. Advise urology assessment. Contrast enhanced study may be helpful.

2. Severe intrahepatic biliary ductal dilation. Suspect obstructing lesion near the hepatic hilum, versus distal common duct near the ampulla. Further assessment with contrast-enhanced study may be helpful. There is also slight pancreatic ductal dilation.

3. Concentric rectal wall thickening. This is indeterminate. Large volume of stool in the colon. No small bowel obstruction.

4. Small volume of ascites. Indeterminate soft tissue thickening laterally of the right hemidiaphragm.

Findings were discussed with Dr. Forred at approximately 12:30 PM on 11/23/2022.

Impression By: PTERNTYH - TYLER H. TERNES, MD

```
Patient: CALVIN,JOHN
Unit#:W000937345
Date: 11/23/22
Acct#:W00061813545
```

## Diagnosis, Assessment & Plan

### Free Text DxA&P Notes
**Free Text DxA&P Notes:**
Mr. Calvin is a 56-year-old male with a PMHx significant for rectal cancer treated with chemo/radiation 5 years ago, which was in remission. CC of hematuria, diffuse abdominal pain, and 20 pound weight loss over the last month. Admission for AKI, percutaneous ureterostomy after failed uroscopy for b/l stent placement.

### AKI 2/2 post renal obstruction
### Bilateral hydroureter
2/2 compressive mass effect vs ureterolithiasis vs bladder outlet obs (ie BPH)
-Cr 4.89 eGFR 13.2 on admit
-pt denies previous hx of kidney problems
PLAN:
-mIVF LR
-percutaneous ureterostomy b/l as below
-limit contrast

### Ureterolithiasis obstructive vs non obstructive
### Gross hematuria
2/2 ureterolithiasis vs bladder carcinoma vs UTI
-2-3mo of gross hematuria
-no serum or UA elev of WBC on admit
-CT abd/pelvis w/o contrast b/l dilation of ureters w/ hemorrhage in bladder, Rt distal ureter w/ likely 3x5mm stone
PLAN:
-Urology consulted, Dr. Joudi, appreciate recs
    -uroscopy w/ b/l stent placement - unable to place d/t likely compression on ureters
    -will have IR place percutaneous ureterostomy b/l
-UR culture pending
-Hold med DVT ppx d/t bleed

### Transaminitis
### Hx of rectal cancer (2017)
possible mass effect from metastasis
-OP onc Dr. C. Dakhil - recent CT PET 9/2022 w/o hypermet locations
-recent self-resolved jaundice
-outside MRCP w/ diffuse dilation of biliary tree, poss mass above level of common bile duct, 1.4cm increased signal in rt lobe of liver (poss mass)
-CT abd/pelvis w/ persistent intrahepatic duct dilation (severe), suspect obs near hepatic

Patient: CALVIN,JOHN
Unit#:W000937345
Date: 11/23/22
Acct#:W00061813545

hilum
-bili 2.4, AST 293, ALT 179, alk phos 69, lipase 434, INR 1.0
PLAN:
-poss ERCP/stent once AKI improves
-limit hepatotoxic drugs
-CXR for poss mets, then further imaging once AKI improves

### Elevated blood pressure
-pt denies hx of HTN
-on admission sys 170-180s
PLAN:
-Start amlodipine 5mg

FEN/GI
F - mIVF 126 ml/hr
E - Replete prn
N - Regular diet
GI - N/A
DVT ppx - SCD's (gross hematuria)

DISPO: Admit to floor, IR to place percutaneous ureterostomy b/l and IVF for AKI.

## LIND,EDWARD J. MD 11/24/22 0747:
## Attestations

### Teaching Physician Attestation
1st visit w/ resident:
I personally saw the patient and reviewed the resident's notes.  I agree with the resident's findings
and plan, and approve of the documentation in the history and physical.
HPI: I agree with the history as recorded
Exam: I agree with the recorded findings
Medications, Lab findings, & Imaging results: reviewed
Consultants comments and recommendations: reviewed and appreciated

Assessment: I agree with the assessment/working problems list

Plan: As outlined.  We have some records from his primary care physician.  We have some
records from Susan B. Anthony Hospital, imaging studies.  We have spoken with his oncologist.
We still do not have a clear picture as to what is going on.  Further imaging studies with contrast
will have to wait until his creatinine recovers.

Patient: CALVIN,JOHN  
Unit#:W000937345  
Date: 11/23/22  
Acct#:W00061813545

Electronically Signed by Feldkamp,Amy M  MD R2 on 11/23/22 at 1856  
Electronically Signed by Lind,Edward J II  MD on 11/24/22 at 0749

RPT #: 1123-1329  
***END OF REPORT***

Page 9 of 9

11/29/2022   1:47PM (GMT-06:00)   000562