```
                     WESLEY MEDICAL CENTER
                        550 N HILLSIDE
                     WICHITA, KANSAS 67214


PATIENT'S NAME: CALVIN,JOHN                   UNIT NO: W000937345
DOB: 11/21/66                                 ACCOUNT #: W00061813545
AGE: 56                                       PT STATUS:ADM IN
SEX: M                                        ROOM #:   W.4914

ATTENDING PHYS: Dr. Edward J Lind, II, MD

REPORT STATUS Draft
REPORT #:     1213-0235

DATE OF ADMISSION: 11/23/22

                  REPORT NAME:OPERATION PROCEDURE REPORT




DATE OF SURGERY/PROCEDURE:    12/13/2022

SURGEON/PHYSICIAN:Craig M Sudbeck, MD , Andrew C DeClerk, MD

PREOPERATIVE DIAGNOSIS:
Metastatic rectal cancer.

POSTOPERATIVE DIAGNOSES:
1. Metastatic rectal cancer.
2. Carcinomatosis.
3. Malignant ascites.

PROCEDURES PERFORMED:
1. Exploratory laparotomy.
2. Lysis of adhesions for approximately 30 minutes.
3. Diagnostic laparoscopy.

ASSISTANTS:
1. Dr. Andrew DeClerk, MD, PGY-5, unassigned surgery chief.
2. Dr. Jacob Lancaster, PGY-1.

ANESTHESIA:
General endotracheal anesthesia.

COMPLICATIONS:
None evident.

BLOOD LOSS:
Approximately 30 cc.

PATIENT'S NAME: CALVIN,JOHN                     ACCOUNT NO: W00061813545
```

**EXHIBIT 15**

URINE OUTPUT:
Please see Anesthesia record.

FLUIDS:
Please see Anesthesia record.

SPECIMENS:
None.

FINDINGS:
1. Malignant ascites.
2. Carcinomatosis involving small bowel and colonic mesenteries with
   significant peritoneal studding and disease.
3. Not able to complete loop or diverting colostomy due to abdominal
   adhesion and carcinomatosis.

INDICATION FOR PROCEDURE:
This is a 56-year-old gentleman who has been admitted for several weeks.  He
was originally admitted with bilateral pyelonephritis.  He has a history of
rectal cancer that was previously staged as a T4 and he underwent _____
definitive chemotherapy and radiation.  He had since developed obstructive-
type symptoms and underwent Gastrografin enema that showed narrowing of the
rectum.  Colonoscopy was attempted that showed strictures at the rectum as
well as the sigmoid colon with inability to complete a colonoscopy.  He did
have imaging including CT scan and MRCP that showed trace ascites and evidence
of metastatic tumors in the liver.  It was recommended that he would
eventually need diverting ostomy in case of obstruction from his rectal
cancer.  He did elect to proceed with surgical management.

DESCRIPTION OF PROCEDURE:
After discussing all risks, benefits, and alternatives, the patient was taken
to the operating room and placed supine on the operating room table.  He was
placed under general endotracheal anesthesia without issues.  Preoperative
antibiotics were administered and SCDs were in place.  The patient was secured
to the bed with the strap and beanbag after both arms were tucked.  The
patient's abdomen was prepped and draped in usual sterile fashion.  A time-out
was performed and all in agreement.  Procedure began by tenting insufflation
of the umbilicus with a Veress needle.  This was unsuccessful due to the
distention.  We did a cutdown on the fascia supraumbilically and entered the
fascia and an 8 mm trocar was inserted.  Pneumoperitoneum was achieved to 15
mmHg.  A robotic camera was inserted and there was immediate encounter of the
dilated small bowel and colon.  There was dense peritoneal studding noted
across the entire peritoneum that was visualized.  There was ascites in both
upper quadrants.  There were numerous cancer deposits on the serosal surface
of the bowel and liver.  At this point, we elected for a laparotomy incision
for further exploration and to definitively identify colon for possible
ostomy.  A midline laparotomy was performed and electrocautery was used to
dissect down through the subcutaneous tissue.  The fascia was divided along
the length of the incision with cautery.  The Thompson retractor was set up
for visualization.  We started by attempting to mobilize the left colon.  This
was densely adherent to the peritoneum due to carcinomatosis.  Malignant

PATIENT'S NAME: CALVIN,JOHN                        ACCOUNT NO: W00061813545

ascites was suctioned free and we attempted to mobilize the transverse colon. This was densely adherent throughout its entirety to the posterior stomach and omentum secondary to carcinomatosis and tumor burden.  There was a large stalk of what appeared to be frank tumor growth from the transverse mesocolon down towards the sigmoid colon.  This was divided sharply and was hemostatic.  We then attempted to mobilize the left colon along the white line of Toldt and the peritoneal reflection.  This was taken down from the mid descending colon down to the pelvic brim.  Though this was adequately mobilized and laterally we were able to mobilize the colon, we were unable to mobilize anything medially.  The mesocolon was densely inflamed and infiltrated with tumor burden and was shortened due to the carcinomatosis.  We did have a small serosal tear that was repaired with a 3-0 Vicryl figure-of-eight stitch.  Due to the findings intra-abdominally, we were unable to complete a diverting or definitive colostomy.  We did elect to close the patient, and we will further discuss this with the patient and family once he is awake from anesthesia. The fascia was closed in midline with running 0 Stratafix sutures.  The skin was reapproximated with interrupted 3-0 dermal stitches and finally skin was closed with a running 4-0 Monocryl subcuticular stitch.  The abdomen was cleaned and dried and Mepilex Ag postop border was placed for final dressing. The patient tolerated procedure without issues and was extubated and sent to PACU for further recovery.

TEACHING SURGEON INVOLVEMENT:
Please note, my attending, Dr. Craig Sudbeck, was present for, scrubbed, and directed the entirety of the procedure.



Andrew C DeClerk, MD      Date/Time         Craig M Sudbeck, MD      Date/Time


acd/ai  D: 12/13/2022 1147  T: 12/13/2022 1759  JOB#: 393756/977454402




PATIENT'S NAME: CALVIN,JOHN                        ACCOUNT NO: W00061813545




Wesley Healthcare PCI **LIVE** (PCI: OE Database COCWY)          DRAFT COPY

Run: 12/14/22-11:52 by DANCER,MEGAN                        Page 3 of 3
                                                12/14/2022  12:04PM (GMT-06:00)    000207