```
WESLEY MEDICAL CENTER/WESLEY WOODLAWN HOSPITAL & ER  (COCWY     )
Hospitalist Progress Note
REPORT#:1213-0216    REPORT STATUS: Signed
DATE:12/13/22  TIME: 0703

PATIENT: CALVIN,JOHN                     UNIT #: W000937345
ACCOUNT#: W00061813545                   ROOM/BED: W.4914-1
DOB: 11/21/66  AGE: 56      SEX: M       ATTEND: Lind,Edward J II
MD
ADM DT: 11/23/22                         AUTHOR: Thuener,Jennifer E
 MD

* ALL edits or amendments must be made on the electronic/computer
document *
```

## FELDKAMP,AMY M MD 12/13/22 0703:
### Subjective
**Chief complaint:**
Pt taken down for colonic diversion surgery this morning. Dr. Sudbeck attending with gen surgery called after procedure to inform that they were unable to proceed with surgery, as the abdominal cavity was full of cancer/adhesions. Pt was in recovered and sleepy when I saw him this morning. My attending went back and shared the news with him later one he was more awake.

### Objective

### General
**VS/I&O:**
Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 12/13 0234 | 37.0 | 77 | 18 | 92/58 | 69.1 | 97 | Room air | | |
| 12/13 0234 | 37.0 | 77 | 18 | 92/58 | 69.1 | 97 | Room air | | |
| 12/13 0234 | 37.0 | 77 | 18 | 92/58 | 69.1 | 97 | Room air | | |
| 12/12 2020 | 36.5 | 81 | 16 | 91/61 | 70.8 | 96 | Room air | | |
| 12/12 2020 | 36.5 | 81 | 16 | 91/61 | 70.8 | 96 | Room air | | |
| 12/12 2020 | 36.5 | 81 | 16 | 91/61 | 70.8 | 96 | Room air | | |
| 12/12 1057 | 36.8 | 80 | 20 | 92/53 | 66.0 | 99 | Room air | | |

24 hour I&O ending at 0700:

| | 12/13 0700 | 12/12 1900 |
|---|---|---|
| Intake Total | | 708 |
| Output Total | 550 | 925 |
| Balance | -550 | -217 |
| | | |
| Intake, Oral | | 708 |
| Output, Urine | 550 | 925 |

**PATIENT WEIGHT:**

Page 1 of 7

EXHIBIT 16

Patient: CALVIN,JOHN
Unit#:W000937345
Date: 12/13/22
Acct#:W00061813545

**Weight (lb):** 155
**Weight (oz):** 6.81
**Weight (kg):** 70.500

**Medications:**
Active Meds + DC'd Last 24 Hrs
Magnesium Oxide (MAG-OX)   400 MG   BID   PO
Octreotide Acetate (SandoSTATIN)   100 MCG   Q8HALT   IV
Ibuprofen (MOTRIN)   600 MG   Q6H PRN PRN   PO
Oxycodone HCl (ROXICODONE)   5 - 10 MG
      Q6HR   PO
Polyethylene Glycol (MIRALAX)   17 GM   QID   PO
Simethicone (MYLICON DROPS)   100 MG   Q4H PRN PRN   PO
Pantoprazole Sodium (PROTONIX)   40 MG   AC BK   PO
Sodium Chloride (NORMAL SALINE FLUSH 10ML SYRINGE)   10 ML   BID AND PRN   MISC
Hydromorphone HCl (DILAUDID)   1 MG   Q4H PRN PRN   IV   (DA)
Lubiprostone (AMITIZA)   24 MCG   BID MEALS   PO
Amlodipine Besylate (NORVASC)   10 MG   BEDTIME   PO
Mineral Oil (FLEET MINERAL OIL ENEMA)   133 ML   ASDIR   RECTAL   (CKD)
Naloxone HCl (NARCAN)   0.4 MG   ASDIR PRN   IV
Atropine Sulfate (ATROPINE)   1 MG   ASDIR PRN   IV
Nitroglycerin (NITROSTAT)   0.4 MG   Q5M PRN PRN   SL
Chlorpromazine HCl (THORAZINE)   10 MG   TID PRN PRN   PO
Ondansetron HCl (ZOFRAN)   4 MG   Q4H PRN PRN   IV
Mineral Oil (FLEET MINERAL OIL ENEMA)   133 ML   Q6H PRN PRN   RECTAL
Lidocaine HCl (LIDOCAINE)   1 PATCH   DAILY   TRANSDERM
Hydralazine HCl (APRESOLINE)   10 MG   Q4H PRN PRN   IV
Ondansetron HCl (ZOFRAN ODT)   4 MG   Q6H PRN PRN   PO

**Physical Exam**
**General appearance:** chronically ill appearing, sedated, underweight
**Head/Eyes:** atraumatic, normocephalic
**ENT:** dry mucosal membrane, normal dentition
**Neck:** full range of motion
**Cardiovascular:** normal perfusion
**Respiratory:** breathing omfortably on RA
**Abdomen:** distended (moderate)
**Genitourinary:** nephrostomy sites c/d/i
**Extremities:** moves all, no edema

Patient: CALVIN,JOHN
Unit#:W000937345
Date: 12/13/22
Acct#:W00061813545

**Musculoskeletal:** normal inspection
**Neuro/CNS:** waking from surgical sedation
**Skin:** dry, intact, normal color, normal temperature, no rash
**Psychiatry:** unable to evaluate

## Results
### Findings/Data:
Laboratory Tests

|  | 12/13 0508 |
|---|---|
| **Chemistry** |  |
| Sodium (135 - 148 mmol/L) | 136 |
| Potassium (3.5 - 5.3 mmol/L) | 4.6 |
| Chloride (98 - 110 mmol/L) | 104 |
| Carbon Dioxide (21 - 32 mmol/L) | 27 |
| Anion Gap (5 - 15 mmol/L) | 5 |
| BUN (7 - 20 mg/dL) | 20 |
| Creatinine (0.70 - 1.30 mg/dL) | 1.50 H |
| Estimated Creat Clear (> 59 mL/min) | 55 L |
| eGFR (>59 mL/min) | 54.3 L |
| Glucose (70 - 99 mg/dL) | 118 H |
| Calcium (8.5 - 10.1 mg/dL) | 8.7 |
| Magnesium (1.8 - 2.4 mg/dL) | 1.9 |

Laboratory Tests

|  | 12/13 0508 |
|---|---|
| **Hematology** |  |
| WBC (5.0 - 10.0 k/cumm) | 5.0 |
| RBC (4.00 - 6.00 m/cumm) | 2.73 L |
| Hgb (14.0 - 18.0 gm/dL) | 8.0 L |
| Hct (40.0 - 54.0 %) | 24.3 L |
| MCV (80.0 - 100.0 fl) | 89.0 |
| MCH (27.0 - 33.0 pg) | 29.3 |
| MCHC (32.0 - 37.0 g/dL) | 32.9 |
| RDW (11.0 - 15.6 %) | 13.2 |
| Plt Count (150 - 400 k/cumm) | 309 |
| MPV (8.5 - 10.9 fl) | 8.7 |
| Immature Gran % (Auto) (0.0 - 0.6 %) | 0.2 |
| Abs Immat Gran (auto) (0.00 - 0.09 k/cumm) | 0.01 |
| Lymphocytes % (20 - 30 %) | 17.9 L |
| Monocytes % (4 - 6 %) | 7.8 H |

```
Patient: CALVIN,JOHN
Unit#:W000937345
Date: 12/13/22
Acct#:W00061813545
```

| | |
|---|---|
| Eosinophils % (2 - 4 %) | 0.6 L |
| Basophils % (0 - 1 %) | 0.4 |
| Nucleated RBC % (0.0 - 0.0 /100 WBC) | 0.0 |
| Absolute Granulocytes (2.0 - 9.0 k/cumm) | 3.7 |
| Segmented Neutrophils (50 - 75 %) | 73.1 |
| Absolute Lymphocytes (1.0 - 4.0 k/cumm) | 0.9 L |
| Absolute Monocytes (0.1 - 1.0 k/cumm) | 0.4 |
| Absolute Eosinophils (0.1 - 0.5 k/cumm) | 0.0 L |
| Absolute Basophils (0.0 - 0.2 k/cumm) | 0.0 |

## Diagnosis, Assessment & Plan

### Free Text DxA&P Notes
**Free text DxA&P notes:**
Mr. Calvin is a 56-year-old male with a PMHx significant for rectal cancer treated with chemo/radiation 5 years ago, which was in remission. CC of hematuria, diffuse abdominal pain, and 20 pound weight loss over the last month. Onc to restart tx for metastatic rectal carcinoma outpatient.

### Metastatic rectal cancer w/ local bladder invasion
**H/o rectal cancer** s/p chemo/rad 5 yrs ago
**Suspected new mets to liver**
-follows with C. Dakhil, pt prev declined radical surgical measures
-bladder mass path shows rectal cancer recurrence, poorly differenciated
PLAN:
> Dr. Dakhil to f/u OP and restart tx
> CEA 2.8
> general surgery signing off until pt makes decision regarding surgical vs other management
>attempted colonic diversion - diffuse spread of cancer in abdominal cavity

### Hypomagnesemia
-12/8 mag 1.1 despite PO tx x3 days, then IV w/ transient increase
>cont mag ox 400mg BID

### Severe Protein Calorie Malnutrition
-reported wt loss of 20lbs over the last couple of months
>nutrition supplements w/ boost 20g protein
>obtain standing weight

Page 4 of 7

```
Patient: CALVIN,JOHN
Unit#:W000937345
Date: 12/13/22
Acct#:W00061813545
```

**AKI 2/2 post renal obstruction -** improving
**Bilateral hydroureter -** resolved
2/2 compressive mass effect vs ureterolithiasis vs bladder outlet obs (ie BPH)
-Cr 4.89 eGFR 13.2 on admit
-per corr facility nursing, last labs
    9/26 BUN 15, eGFR 122
    11/7 BUN 28, eGFR 15
PLAN:
-PO fluids
-percutaneous nephrostomy b/l as below
-consult renal, appreciate recs
-unclear as to what definitive plan would be regarding the nephrostomy tubes as underlying obstruction likely is still present
>s/p foley catheter, continue spot PVR as needed

**Slow transit constipation 2/2 opioid use**
-s/p gastrografin emema 11/28
-KUB 12/7 still with large stool burden
-colonoscopy showed stricture in the sigmoid colon
>Miralax QID and Lubiprostone, adjust as needed to keep stools soft
>Octreotide q8hr IV PRN

**Acute blood loss Anemia 2/2**
**Upper GI bleed -** resolved
**Hematuria 2/2 mass w/ bladder wall invasion**
Upper GI bleed vs overall decompensation
>s/p NG tube
>protonix PO daily
>Gen surgery consult, appreciate recs
    -Gastrograffin enema 11/28, no blockage
    -Colonoscopy 12/3 showed stricture, unable to complete procedure
>s/p 1unit pRBCs 11/27, stablized now

**Ureterolithiasis obstructive vs non obstructive**
**Gross hematuria**
2/2 ureterolithiasis vs bladder carcinoma vs UTI
-2-3mo of gross hematuria
-no serum or UA elev of WBC on admit
-CT abd/pelvis w/o contrast b/l dilation of ureters w/ hemorrhage in bladder, Rt distal ureter w/ likely 3x5mm stone
-UR culture NG - final
PLAN:

```
Patient: CALVIN,JOHN
Unit#:W000937345
Date: 12/13/22
Acct#:W00061813545
```

-Urology consulted, Dr. Joudi, appreciate recs
    -uroscopy w/ b/l stent placement - unable to place d/t likely compression on ureters
    -s/p percutaneous nephrostomy b/l 11/24, switch Rt tube per IR 12/5
-renal consult as above

### Transaminitis 2/2
### Partial intrahepatic duct obstruction d/t likely liver mets
### Hx of rectal cancer (2017)
possible mass effect from metastasis
-OP onc Dr. C. Dakhil - recent CT PET 9/2022 w/o hypermet locations
-recent self-resolved jaundice
-outside MRCP w/ diffuse dilation of biliary tree, poss mass above level of common bile duct, 1.4cm increased signal in rt lobe of liver (poss mass)
-CT abd/pelvis w/ persistent intrahepatic duct dilation (severe), suspect obs near hepatic hilum
-bili 2.4, AST 293, ALT 179, alk phos 69, lipase 434, INR 1.0
-CXR neg for suspious mass
PLAN:
>Consult GI, appreciate recs, hold off on other workup w/ bili trending down
>CT chest/abd/pelvis, small pulm nodule, no large lymphs, intrahepatic ductal dilation, enhancing changes concerning with rectal cancer hx
>MRI abd/pelvis/MRCP w/ rectal cancer invasion into bladder, a few enhancing lesions concerning for mets in the liver

### Normocytic anemia prior to blood loss anemia
Likely anemia of chronic disease, kidney dysfunction and poss metastatic disease
-Ferritin 326, TIBC 257, iron sat 21, abs retic 18.4L, B12 637, Homocysteine 24.3
-erythropoetin 13.5
-methylmalonic acid 328

### Elevated blood pressure
-pt denies hx of HTN
-on admission sys 170-180s
PLAN:
-amlodipine 10mg
-hydralazine IV PRN for sys >170

FEN/GI
F - PO
E - Replete prn
N - as tolerated, ensure 20gm protein
GI - PPI PO daily
DVT ppx - SCD's (gross hematuria), consider starting ppx lovenox with hypercoag state d/t

Page 6 of 7

```
Patient: CALVIN,JOHN
Unit#:W000937345
Date: 12/13/22
Acct#:W00061813545
```

cancer
Pain control - oxy IR 5-10mg q6hr, simethicone for gas/bloating, octreotide for peristalsis pain

DISPO: Continue cares on the floor, s/p percutaneous nephrostomy b/l. Recurrence of rectal cancer, local spread into bladder and partial obstuctive mets to the liver. 12/13, Pt unable to have colonic diversion due to diffuse spread of cancer in abdominal cavity. Overall, poor prognosis, will likely be reliant on multiple tubes once discharged and will need close cares that may not be suitable or appropriate for him to return to his current facility.

### THUENER,JENNIFER  MD 12/13/22 2247:
### Attestations

### Teaching Physician Attestation
**1st visit w/o resident:**
Patient seen and examined today.  Discussed findings and surgery with patient.  Discussed prognosis.  Patient asked for some time to taking this information.  my personal exam, assessment and plan is as above.
Jennifer Thuener, MD

Electronically Signed by Feldkamp,Amy M  MD R2 on 12/13/22 at 1751
Electronically Signed by Thuener,Jennifer E  MD on 12/13/22 at 2253

```
RPT #: 1213-0216
***END OF REPORT***
```