# Kansas Department of Corrections

## Formulary Exception - Medication



| KDOC #: | 77541 | Name: | CALVIN, JOHN , K |
|---|---|---|---|
| DOB: | 11/21/1966 | Sex: | M |
| SSN: | 511781638 | Location: | El Dorado - Central |
| Encounter Date: | 12/16/2022 05:01 PM | Provider: | Gordon Harrod MD |

**Medication Request:**

| Diagnosis |
|---|
| Malignant neoplasm of rectum |

| Pertinent patient history |
|---|
| 56y/o Afro-American patient who is Hospice due to widespread recurrent metastatic rectal CA. |

| Medication_requested | | Refill | Sig | | Days |
|---|---|---|---|---|---|
| Dilaudid 4mg tabs | | N | One tab PO q 4-6 hours PRN pain | | 30 |

| justification |
|---|
| Pt was on a PCA pump while hospitalized.  We have him on PO Norco and IV/IM morphine. |

**Allergies:**

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| MILK | | | |
| MILK | | | |
| No Known Allergy at this time | | | |

---

| | |
|---|---|
| Document generated by: | Gordon Harrod, MD |
| Document generated on: | 12/16/2022 05:04 PM |

Site Provider <u>hand</u> signature and DEA number (Only for Controlled Substance):_____

Electronically signed by Paige Dodson MD on 12/19/2022 10:40 AM



EXHIBIT 17

000069