

**KDOC Adult Facilities**
**El Dorado - Central**

| | |
|---|---|
| PATIENT: | JOHN K CALVIN |
| DATE OF BIRTH: | Patient DOB: 11/21/1966 |
| DOC #: | 77541 |
| DATE: | 12/16/2022 3:58 PM |
| VISIT TYPE: | Skilled Care |

## Infirmary Provider Rounds

**Admission**
Admission Date: 12/16/2022
Admission Type: 23hr Observation     - Crisis Level: No

Isolation: No   Type:

Admitted to observation:       Date:  12/16/2022    Time:  15:45

Reason for admission: Metastatic rectal pain; Hospice

Negative Pressure Room: N/A

This 56 year old male presents for CA/metastatic.

**Reason For Visit**
1. CA/metastatic
   This patient is a very pleasant 56y/o Afro-American male who returns to EDCF Infirmary this afternoon after a rather lengthy stay at Wesley Med Center (Woodlawn).  He was sent out from EDCF via EMS on November 23, 2022 with N/V and gross hematuria.  Mr. Calvin was treated with neoadjuvant chemotherapy and radiation around 2018 for rectal cancer.  He was regularly followed by Dr. Dakhil, oncology, as well as through Chronic Care and clinical visits at EDCF.  His cancer was in remission for a few years.  Two or three months prior to this admission, the patient became jaundiced.  His liver enzymes increased significantly as did his bilirubin.  He lost about 20 lbs over six weeks or so.  There was obvious concern that the patient's cancer had returned, and a work-up was initiated.  MRCP showed the common bile duct to be dilated distally, indicating narrowing or partial obstruction.  The patient's condition continued to worsen as an out patient, so he was sent to Wesley via EMS on 11/23/2022.  Work-up at Wesley unfortunately showed that the patient's abdominal cavity was full of tumors during an exploratory laparotomy on December 13, 2022.  Further work-up showed that the tumors had eroded into the prostate and bladder.  Bilateral nephrostomy tubes were placed.  The patient was declared to be Hospice and he was kept comfortable.  The patient returned to EDCF and admitted to the Infirmary as a Hospice patient.

**Physical Exam**

| Exam | Findings | Details |
|---|---|---|

**EXHIBIT 18**
000055

| | | |
|---|---|---|
| Constitutional | * | Nourishment - thin. Overall appearance - chronically ill-appearing. Ability to Communicate - quiet voice. |
| Constitutional | Comments | Pt is a pleasant, very frail-appearing Afro-American male who recognizes me and Nurse Wolfe.  He appears sleepy from pain meds but is oriented to place and time.  He requires some help in standing up from the EMS gurney and moving to his bed in room #111. |
| Respiratory | Comments | Lungs are CTA with good air movement in all lung fields.  Pt has bilateral nephrostomy tubes below the posterior/lateral ribs bilaterally. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Comments | RRR w/o murmur; pulse is in the 80's at the time of admission. |
| Cardiovascular | Normal | Inspection - JVD: Absent. Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Extra sounds - None. Murmurs - None. Extremities - No edema. |
| Abdomen | Comments | Abd. is firm.  Good BS.  No guarding. |
| Abdomen | Normal | Patient is not obese. No ascites. |
| Extremity | Comments | No CCE.  Pt has significant muscle atrophy/wasting of the extremities. |
| Extremity | Normal | No Cyanosis. No Edema. Clubbing - Absent.  There is a peripheral IV line in the left forearm. |

**Assessment/Plan**

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Malignant neoplasm of rectum (C20). |
| | Impression | Return of rectal carcinoma; distant metastatic disease, including small bowel, prostate and bladder.  Per op report, there are numerous tumors along the small bowel and abdominal cavity.. |
| | Patient Plan | Pt is admitted to the EDCF Infirmary and will be Hospice. He has an IV in the left forearm; he can have morphine, 10mg/cc; will start with 4-8mg IV q 4-8 hours PRN pain. Ordered for five days. Also, Norco 10/325; one tab PO q six hours PRN pain.  Also ordered for five days.  I will put in an FE request for Dilaudid, 4mg tab; one tab PO q 4-6 hours PRN pain. Phenergan, 25-50mg IM q 6-8 hours PRN N/V.  Ordered for thirty days. Pt will be a clear liquid diet for now; we will advance as tolerated. Finally, Mr. Calvin's COVID nasal swab was negative upon his return to EDCF. |

**Medications** *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 04/07/2022 | Anusol-HC 2.5 % topical cream with perineal applicator | apply by topical route 2 times every day into the rectum using applicator | Please provide applicator | 04/06/2023 |
| 10/12/2022 | cholestyramine (bulk) powder | 4gm PO BID | FE approved per Dr. Dodson on 10/7/2022 | 12/16/2022 |
| 12/16/2022 | Dilaudid 4 mg tablet | take 1 tablet by oral route every 4 - 6 hours as needed | | 01/14/2023 |
| 10/06/2022 | Ensure Clear oral liquid | may have 1 carton two times daily | | 12/16/2022 |
| 12/16/2022 | hydrocodone 10 | take 1 tablet by oral route | | 12/20/2022 |

| | | | | |
|---|---|---|---|---|
| | mg-acetaminophen 325 mg tablet | every 6 hours as needed for pain | | |
| 08/04/2022 | Milk of Magnesia 400 mg/5 mL oral suspension | take 30 milliliter by oral route daily as needed for constipation | KOP | 12/16/2022 |
| 08/04/2022 | Miralax 17 gram/dose oral powder | take (17G) by oral route 2 times every day mixed with 8 oz. water, juice, soda, coffee or tea | KOP | 12/16/2022 |
| 12/16/2022 | Miralax 17 gram/dose oral powder | take (17G) by oral route 2 times every day mixed with 8 oz. water, juice, soda, coffee or tea | | 01/14/2023 |
| 12/16/2022 | morphine 10 mg/mL injection solution | inject 4-8mg IV q 4-8 hours PRN pain | | 12/20/2022 |
| 12/14/2022 | octreotide acetate 100 mcg/mL (1 mL) injection syringe | Inject 100mcg qd | FE approved by Dr. Dodson on 12.14.22, exp 01.12.23 | 01/12/2023 |
| 12/16/2022 | Phenergan 50 mg/mL injection solution | inject 25-50mg IM q 6-8 hours PRN N/V | | 01/14/2023 |
| 10/06/2022 | tamsulosin 0.4 mg capsule | take 1 Capsule by oral route twice a day for urinary retention | KOP | 12/16/2022 |
| 09/29/2022 | tramadol 100 mg tablet | Take 1 tablet by mouth twice daily x 180 days | FE approval by Dr. Dodson on 09.28.22 exp 03.07.23 | 12/16/2022 |

*Provider:*
Harrod, Gordon  12/16/2022 4:52 PM

---

**Provider: Gordon Harrod MD**
**Document generated by: Gordon Harrod, MD 12/16/2022 4:52 PM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966