

**KDOC Adult Facilities**
**El Dorado - Central**

PATIENT:                          JOHN K CALVIN
DATE OF BIRTH:                    Patient DOB: 11/21/1966
DOC #:                            77541
DATE:                             12/21/2022 4:16 PM
VISIT TYPE:                       Skilled Care

## Infirmary Provider Rounds

**Admission**
Admission Date: 12/16/2022
Admission Type: Acute

Isolation: No   Type:

Admitted to observation:       Date:  12/16/2022    Time:  15:45

Reason for admission: Metastatic rectal pain; Hospice

Negative Pressure Room: N/A



**Reason For Visit**
This 56 year old male presents for CA.

1. CA
   56y/o Afro-American with recurrent and metastatic rectal CA had a phone call this afternoon.  He says sitting up for about an hour exacerbated his abdominal and right flank pain.

**Physical Exam**

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Comments | Pt is a frail, pleasant Afro-American male who appears uncomfortable. Nursing helped pt from W/C to bed. |

**Assessment/Plan**
Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Malignant neoplasm of rectum (C20). |
|  | Impression | Colorectal CA; recurrent and metastatic.. |
|  | Patient Plan | Pt was given 10mg of morphine IV along with a Norco 10/325.  He says this helped his pain quite a bit.<br>Will leave the Norco as ordered earlier today and add Norco 10/325; one tab PO q six hours PRN.   These two meds may be given together.<br>I had previously stated that I thought the Dilaudid would arrive today from the Centurion national pharmacy; it will actually arrive tomorrow.  This will be given in place of the Norco, |

at least initially to see how he does with it.

**Medications** *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 04/07/2022 | Anusol-HC 2.5 % topical cream with perineal applicator | apply by topical route 2 times every day into the rectum using applicator | Please provide applicator | 04/06/2023 |
| 12/16/2022 | Dilaudid 4 mg tablet | take 1 tablet by oral route every 4 - 6 hours as needed | | 01/14/2023 |
| 12/21/2022 | hydrocodone 10 mg-acetaminophen 325 mg tablet | take 1 tablet by oral route every 6 hours as needed for pain | | 12/25/2022 |
| 12/16/2022 | Miralax 17 gram/dose oral powder | take (17G) by oral route 2 times every day mixed with 8 oz. water, juice, soda, coffee or tea | | 01/14/2023 |
| 12/20/2022 | morphine 10 mg/mL injection solution | inject 4-8mg IV q 4-8 hours PRN pain | | 12/21/2022 |
| 12/21/2022 | morphine 10 mg/mL injection solution | inject 8-12mg IV/IM q 4-6 hours PRN pain | | 01/19/2023 |
| 12/14/2022 | octreotide acetate 100 mcg/mL (1 mL) injection syringe | Inject 100mcg qd | FE approved by Dr. Dodson on 12.14.22, exp 01.12.23 | 01/12/2023 |
| 12/19/2022 | omeprazole 20 mg capsule,delayed release | take 1 capsule by oral route every day before a meal | | 01/17/2023 |
| 12/16/2022 | Phenergan 50 mg/mL injection solution | inject 25-50mg IM q 6-8 hours PRN N/V | | 01/14/2023 |

*Provider:*
Harrod, Gordon  12/21/2022 4:25 PM

---

**Provider: Gordon Harrod MD**
**Document generated by: Gordon Harrod, MD 12/21/2022 4:25 PM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966