

**KDOC Adult Facilities**
**El Dorado - Central**

PATIENT:                          JOHN K CALVIN
DATE OF BIRTH:                    Patient DOB: 11/21/1966
DOC #:                             77541
DATE:                             12/16/2022 4:57 PM
VISIT TYPE:                       Skilled Care

## Infirmary Nursing Rounds

### General
Facility Name: El Dorado - Central
Acuity: Acute  - Crisis Level: No
Isolation: No  Type:
Negative Pressure Room: N/A

### Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| MILK | | | |
| MILK | | | |
| No Known Allergy at this time | | | |

### Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 4:58 PM | 5.0 | 11.00 | 180.34 | 05/09/2017 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 4:58 PM | | | | dressed with shoes | | |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 4:58 PM | 108/76 | lying | right | Brachial | manual | adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 4:58 PM | 100.80 | 38.22 | temp strip | 100 | regular | 18 |

CALVIN, JOHN     Patient DOB: 11/21/1966          1/4



EXHIBIT 20

000065

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 4:58 PM | 99 | | RA | | | | | | R Middle |

**Pain Scale**

| Time | Pain Score | Method |
|---|---|---|
| 4:58 PM | 6/10 | Numeric Pain Intensity Scale |

**Comments**

| Time | Comments |
|---|---|
| 4:58 PM | unable to weigh due to pain level. |

**Measured By**

| Time | Measured by |
|---|---|
| 4:58 PM | Martha Wolfe, LPN |

**Subjective**

| Date | Time | Shift | Inits | Comments |
|---|---|---|---|---|
| 12/16/2022 | 5:05 PM | Day | MW | |
| 12/16/2022 | 5:04 PM | Day | MW | 1500 REport recieved from nurse at WMC |

**Objective**

**Skin / Musculoskeletal**

| Pink/ Warm | Moves Extrem | Full Spont | Indep Bed Mobilty Trans | Steady Gait | Absence Swell | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|---|---|
| N | Y | Y | N | N | Y | 12/16/2022 | 5:05 PM | Day | MW |

**Neurological**

| Alert Oriented | Follow Command | Speech Clear Appropriate | Motor Response | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|
| Place, Place, Time, Situation | Y | Y | Y | 12/16/2022 | 5:05 PM | Day | MW |

**Cardiovascular**

| Heart Rhythm Regular | Brisk Capi Refill | Absence of Edema | Periph Pulse Present Palp | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|
| Y | Y | N | Y | 12/16/2022 | 5:05 PM | Day | MW |

**Pulmonary**

| Resp Even | Resp Rate 16-24 | Resp Unlabored | Lung Sounds Clear | No Cough | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|---|
| Y | Y | Y | Y | N | 12/16/2022 | 5:05 PM | Day | MW |

**GI**

000066

| Abdomen Soft | Bowel Sounds Present | Appetite Normal | BM Normal | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|
| Y | Y | N | N | 12/16/2022 | 5:05 PM | Day | MW |

**GU**

| Urine Clear, Yellow to Amber | Voiding w/out Difficulty | Date | Time | Shift | Inits |
|---|---|---|---|---|---|
| Y | N | 12/16/2022 | 5:05 PM | Day | MW |

**Comments**

| Comments | Date | Time | Shift | Inits |
|---|---|---|---|---|
| | 12/16/2022 | 5:05 PM | Day | MW |

**Assessment**

Additional Assessment Comments

1600 Returned from WMC per ambulance, report received from EMS persons , Able to stand with moderate assist to bed. Removed shirt- has bilateral nephrostomy tubes connected to DD bags with clear amber urine, reinforced to right sided dressing and replaced the left side with 2 drain sponges . Noted dressing mid abdomen that is dry and intact, pt unsure what surgery was done. Skin is warm dry and ashy, very weak and requires assist with transfers , standing and positions Mouth is quite dry, resident reports " not eating or drinking much, Dr Harrod is aware of T 100.8 and no appetite or fluid intake. Has peripheral saline lock in the left forearm, EMS reports adm. "70 mcg of Fentynl during ambulance ride. DR Harrod did assess pt and review medications, Assure bed is in position for pt to reach call light, has fresh water at bed side and drain bags are flowing well. Pt reports , mod non formed bm this am
1700 Resident is in bed , resting with eyes closed , chest rise and fall
1815 Pt is moaning and holding abdomen "  need something for pain" Level 10 , Gave 1 Norco 10/325 mg po . 1855 Pt continues to moan " it only helped a little bit" Gave heat pack for abdomen and advised pt that as soon as RN arrived would have the medication given IV .1900 This nurse called Dr Harrod and requested an order for IM morphine x 1 , VO Dr Harrod Give Morphine 6mg IM x 1 now

**Activities of Daily Living**

| | |
|---|---|
| Total Care: | No |
| Eating (needs assistance) | No |
| Bathing and grooming (needs assistance) | Yes |
| Requires:  Moderate | |
| Dressing (needs assistance) | Yes |
| Requires: Moderate | |
| Using the toilet (needs assistance) | Yes |
| Requires:  Moderate | |
| Transfer from seated to standing and get in and out of bed (needs assistance) | Yes |
| Requires:  Moderate | |
| Incontinent | No |

**Braden Scale For Predicting Pressure Sore Risk (to be completed every day shift)**

| Date | Time | Sensory | Moist | Activity | Mobile | Nutrition | Friction | Total | Scored By |
|---|---|---|---|---|---|---|---|---|---|
| | CALVIN, JOHN | Patient DOB: 11/21/1966 | | | 3/4 | | | | |

12/16/2022 5:03 PM   2        4      1        2        1        2        12    Martha Wolfe, LPN

**Plan**

| Date | Time | Status | Shift | Time Rounds | Instructions | Processed By |
|---|---|---|---|---|---|---|
| 12/16/2022 | 6:20 PM | Completed | Day | 2 h | Acute POC , IV meds | Martha Wolfe, LPN |

**Document generated by: Martha Wolfe, LPN  12/16/2022 06:21 PM**

------------------------------------------------------------------------------------------------

**Provider: Gordon Harrod MD**
**Document generated by: Martha Wolfe, LPN 12/16/2022 6:21 PM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966

000068