

KDOC Adult Facilities
## El Dorado - Central

| | |
|---|---|
| PATIENT: | JOHN K CALVIN |
| DATE OF BIRTH: | Patient DOB: 11/21/1966 |
| DOC #: | 77541 |
| DATE: | 12/17/2022 1:52 AM |
| VISIT TYPE: | Skilled Care |

## Infirmary Nursing Rounds

### General
Facility Name: El Dorado - Central
Acuity: Acute
Isolation: No  Type:
Negative Pressure Room: N/A

### Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| MILK | | | |
| MILK | | | |
| No Known Allergy at this time | | | |

### Vital Signs

#### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 01:25 AM | 5.0 | 11.00 | 180.34 | 05/09/2017 | 0 |

#### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 01:25 AM | 115/83 | | | | | |

#### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 01:25 AM | 97.90 | 36.61 | | 87 | | 18 |

#### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 01:25 AM | 97 | | | | | | | | |

CALVIN, JOHN    Patient DOB: 11/21/1966         1/5

**EXHIBIT 21**
000070

**Pain Scale**

| Time | Pain Score | Method |
|---|---|---|
| 01:25 AM | 7/10 | Numeric Pain Intensity Scale |

**Comments**

| Time | Comments |
|---|---|
| 01:25 AM | Historical entry 12/17/2022. |

**Measured By**

| Time | Measured by |
|---|---|
| 01:25 AM | Deanne Magruder, RN |

**Subjective**

| Date | Time | Shift | Inits | Comments |
|---|---|---|---|---|
| 12/16/2022 | 11:50 PM | Night | | |
| 12/17/2022 | 3:28 AM | Night | | |
| 12/16/2022 | 11:50 PM | Night | DM | |
| 12/16/2022 | 10:30 PM | Night | DM | shift change report from Wolfe LPN, continuity of care. |

**Objective**

**Skin / Musculoskeletal**

| Pink/ Warm | Moves Extrem | Full Spont | Indep Bed Mobilty Trans | Steady Gait | Absence Swell | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|---|---|
| Y | Y | Y | N | N | Y | 12/16/2022 | 11:50 PM | Night | DM |

**Neurological**

| Alert Oriented | Follow Command | Speech Clear Appropriate | Motor Response | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|
| Place, Place, Time, Situation | Y | Y | Y | 12/16/2022 | 11:50 PM | Night | DM |

**Cardiovascular**

| Heart Rhythm Regular | Brisk Capi Refill | Absence of Edema | Periph Pulse Present Palp | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|
| Y | Y | N | Y | 12/16/2022 | 11:50 PM | Night | DM |

**Pulmonary**

| Resp Even | Resp Rate 16-24 | Resp Unlabored | Lung Sounds Clear | No Cough | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|---|
| Y | Y | Y | Y | N | 12/16/2022 | 11:50 PM | Night | DM |

**GI**

| Abdomen Soft | Bowel Sounds Present | Appetite Normal | BM Normal | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|

| Y | Y | N | N | 12/16/2022 | 11:50 PM | Night | DM |

**GU**

| Urine Clear, Yellow to Amber | Voiding w/out Difficulty | Date | Time | Shift | Inits |
|---|---|---|---|---|---|
| Y | N | 12/16/2022 | 11:50 PM | Night | DM |

**Comments**

| Comments | Date | Time | Shift | Inits |
|---|---|---|---|---|
| | 12/16/2022 | 11:50 PM | Night | DM |

**Assessment**

Nursing Assessment

  DX: malignant/metastatic cancers (prostate, bladder), liver disease, S/P abdominal surgery, UTI, retention of urine, bilateral nephrostomy tubes, chronic pain

Additional Assessment Comments
2000pm-  pt. resting in bed, with cover, eyes closed, breathing movements noted, no apparent distress noted
2200pm-  pt. resting, appears sleeping, movements noted
2235pm-  pt. utilizes call light, requesting pain meds, reports generalized pain, 8/10, encourage pt. that he has additional pain meds that he can get soon, he states ok, encourage pt. to drink more fluids, he acknowledges, states he is tired, weak, needs/wants to try to sleep
0030am-  gave pt. Morphine by IV, 8mg/0.08ml at 2330pm, had to wake him to administer, per orders, we discuss and he agrees that he would rather not be awakened to be given any medications, not even pain meds
0230am-  resting, appears sleeping, movements noted, no apparent distress noted
0430am-  resting, accepts breakfast, continues to rest, no new orders

**Interventions/Treatments**

| Date | Time | Shift | Inits | Ice Pk 15 mins | ROM | Side Rails Up | Bed Low and Locked | Uncluttered Environment |
|---|---|---|---|---|---|---|---|---|
| 12/17/2022 | 3:28 AM | Night | DM | | | | Y | Y |

| Date | Time | Shift | Inits | Call for Assistance | Seizure Precautions | Anti-embolitic Devc / Stockgs | Incentive Spirometry |
|---|---|---|---|---|---|---|---|
| 12/17/2022 | 3:28 AM | Night | DM | Y | | | |

| Date | Time | Shift | Inits | Aspiration Precautions | Trach Care | Suctioning | Elevate Head of Bed |
|---|---|---|---|---|---|---|---|
| 12/17/2022 | 3:28 AM | Night | DM | | | | |

| Date | Time | Shift | Inits | Practitioner Contacted | Seen by Practitioner | Continued Curr Orders | MH Referral Completed |
|---|---|---|---|---|---|---|---|
| 12/17/2022 | 3:28 AM | Night | DM | | | Y | |

| Date | Time | Shift | Inits | Other | Other Description |
|---|---|---|---|---|---|
| 12/17/2022 | 3:28 AM | Night | DM | | |

| Date | Time | Shift | Inits | Education | Treatment Comments |
|---|---|---|---|---|---|
| 12/16/2022 | 11:50 PM | Night | DM | Fluids encouraged. | Pt. does acknowledge an understanding. |

CALVIN, JOHN    Patient DOB: 11/21/1966    3/5

000072

**Activities of Daily Living**

| | |
|---|---|
| Total Care: | No |
| Eating (needs assistance) | No |
| Bathing and grooming (needs assistance) | Yes |
| Requires:  Moderate | |
| Dressing (needs assistance) | Yes |
| Requires: Moderate | |
| Using the toilet (needs assistance) | No |
| Transfer from seated to standing and get in and out of bed (needs assistance) | Yes |
| Requires:  Moderate | |
| Incontinent | No |

**Braden Scale For Predicting Pressure Sore Risk (to be completed every day shift)**

| Date | Time | Sensory | Moist | Activity | Mobile | Nutrition | Friction | Total | Scored By |
|---|---|---|---|---|---|---|---|---|---|
| 12/17/2022 | 9:39 AM | 4 | 4 | 1 | 3 | 2 | 3 | 17 | Lisa Ackermann, RN |
| 12/17/2022 | 3:31 AM | 2 | 4 | 1 | 2 | 1 | 2 | 12 | Deanne Magruder, RN |

**Plan**

| Date | Time | Status | Shift | Time Rounds | Instructions | Processed By |
|---|---|---|---|---|---|---|
| 12/17/2022 | 9:40 AM | Completed | Day | 2 h | Cont. plan of care. | Lisa Ackermann, RN |
| 12/17/2022 | 5:32 AM | Completed | Night | 2 h | Patient is Hospice.  No new orders. Continue current Plan of Care. | Deanne Magruder, RN |

**Document generated by: Deanne Magruder, RN  12/18/2022 03:11 AM**

---

**Provider: Gordon Harrod MD**
**Document generated by: Deanne Magruder, RN 12/18/2022 3:11 AM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966

CALVIN, JOHN     Patient DOB: 11/21/1966          4/5

000073