

**KDOC Adult Facilities**
**El Dorado - Central**

PATIENT:                         JOHN K CALVIN
DATE OF BIRTH:                   Patient DOB: 11/21/1966
DOC #:                           77541
DATE:                            12/17/2022 7:32 AM
VISIT TYPE:                      Skilled Care

## Infirmary Nursing Rounds

### General
Facility Name: El Dorado - Central
Acuity: Acute
Isolation: No  Type:
Negative Pressure Room: N/A

### Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| MILK | | | |
| MILK | | | |
| No Known Allergy at this time | | | |

### Vital Signs

#### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:32 AM | 5.0 | 11.00 | 180.34 | 05/09/2017 | 0 |

#### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:32 AM | 103/65 | lying | right | Arm | automatic | adult |

#### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:32 AM | 98.20 | 36.78 | forehead | 71 | regular | 16 |

#### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 9:32 AM | 97 | | RA | | | 21 | | | L Index |

CALVIN, JOHN    Patient DOB: 11/21/1966         1/4

*EXHIBIT 22*
000075

## Pain Scale

| Time | Pain Score | Method |
|---|---|---|
| 9:32 AM | 6 | Numeric Pain Intensity Scale |

## Measured By

| Time | Measured by |
|---|---|
| 9:32 AM | Lisa Ackermann, RN |

## Subjective

| Date | Time | Shift | Inits | Comments |
|---|---|---|---|---|
| 12/17/2022 | 9:35 AM | Day | LA | |

## Objective

### Skin / Musculoskeletal

| Pink/ Warm | Moves Extrem | Full Spont | Indep Bed Mobilty Trans | Steady Gait | Absence Swell | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|---|---|
| Y | Y | Y | N | N | Y | 12/17/2022 | 9:35 AM | Day | LA |

### Neurological

| Alert Oriented | Follow Command | Speech Clear Appropriate | Motor Response | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|
| Person, Place, Time, Situation | Y | Y | Y | 12/17/2022 | 9:35 AM | Day | LA |

### Cardiovascular

| Heart Rhythm Regular | Brisk Capi Refill | Absence of Edema | Periph Pulse Present Palp | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|
| Y | Y | N | Y | 12/17/2022 | 9:35 AM | Day | LA |

### Pulmonary

| Resp Even | Resp Rate 16-24 | Resp Unlabored | Lung Sounds Clear | No Cough | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|---|
| Y | Y | Y | Y | Y | 12/17/2022 | 9:35 AM | Day | LA |

### GI

| Abdomen Soft | Bowel Sounds Present | Appetite Normal | BM Normal | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|
| N | Y | N | N | 12/17/2022 | 9:35 AM | Day | LA |

### GU

| Urine Clear, Yellow to Amber | Voiding w/out Difficulty | Date | Time | Shift | Inits |
|---|---|---|---|---|---|
| Y | N | 12/17/2022 | 9:35 AM | Day | LA |

## Comments

| Comments | Date | Time | Shift | Inits |
|---|---|---|---|---|
|  | 12/17/2022 | 9:35 AM | Day | LA |

**Assessment**
Nursing Assessment
Metastatic rectal cancer

Additional Assessment Comments
0630 - Report rec'd from previous shift.
0700 - Pt. sleeping. Resp. WNL.
0740 - MS 8 mg. given slow IVP. IV flushed. No blood return but flushes easily.
0900 - Pt. states MS wearing off, would like a Norco. Norco-10 PO given. Assessment done: see above. Nephrostomy tubes with total of 600 ml. clear, yellow urine out. Abd. distended, tender to touch. Rates pain 6/10 in abd. States has not had BM in 2-3 days. Will continue Miralax.
1100 - Did not eat much. Dozing intermittently.
1220 - Pt. up in w/c having haircut. MS 8 mg. given slow IVP.
1330 - 400 ml. clear yellow urine out of nephrostomy tubes. Pt. back in bed, wanting Norco. Explained to him that it was too early and gave him a heat pack.
1430 - Norco-10 1 tab given PO for pain.
1630 - MS 8 mg. given slow IVP for pain. Pt. has been awake all day and has drank two Ensures. Did not eat liquid diet. Being kept company by hospice workers.
1830 - Gave pt. heat pack for abd. Dozing off and on.
1900 - Report to be given to oncoming shift.

**IV Site Assessment (1-2 sites)**
**Site 1**

| Date | Time | Shift | inits | Loc1 | Loc2 | Venous Access | Fluid Freq |
|---|---|---|---|---|---|---|---|
| 12/17/2022 | 9:38 AM | Day | LA | L FA |  |  |  |

| Date | Time | Shift | Inits | Fluid Rate | Phlebitis Scale | Dressing Intact | Change Date |
|---|---|---|---|---|---|---|---|
| 12/17/2022 | 9:38 AM | Day | LA |  |  | Y |  |

**Comments**

| Date | Time | Shift | Inits | Comments |
|---|---|---|---|---|
| 12/17/2022 | 9:38 AM | Day | LA |  |

**Activities of Daily Living**

| | |
|---|---|
| Total Care: | No |
| Eating (needs assistance) | Yes |
| Requires: Minimal | |
| Bathing and grooming (needs assistance) | Yes |
| Requires: Minimal | |
| Dressing (needs assistance) | Yes |
| Requires: Minimal | |
| Using the toilet (needs assistance) | Yes |

Requires:  Minimal

Transfer from seated to standing and get in and out of bed (needs assistance)    Yes

Requires:  Minimal

Incontinent    No

Requires:  Minimal

**Braden Scale For Predicting Pressure Sore Risk (to be completed every day shift)**

| Date | Time | Sensory | Moist | Activity | Mobile | Nutrition | Friction | Total | Scored By |
|---|---|---|---|---|---|---|---|---|---|
| 12/17/2022 | 9:39 AM | 4 | 4 | 1 | 3 | 2 | 3 | 17 | Lisa Ackermann, RN |
| 12/17/2022 | 3:31 AM | 2 | 4 | 1 | 2 | 1 | 2 | 12 | Deanne Magruder, RN |

**Plan**

| Date | Time | Status | Shift | Time Rounds | Instructions | Processed By |
|---|---|---|---|---|---|---|
| 12/17/2022 | 9:40 AM | Completed | Day | 2 h | Cont. plan of care. | Lisa Ackermann, RN |
| 12/17/2022 | 5:32 AM | Completed | Night | 2 h | Patient is Hospice.  No new orders.  Continue current Plan of Care. | Deanne Magruder, RN |

**Document generated by: Lisa Ackermann, RN  12/17/2022 06:47 PM**

**Provider: Gordon Harrod MD**
**Document generated by: Lisa Ackermann, RN 12/17/2022 6:47 PM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966