

KDOC Adult Facilities
## El Dorado - Central

| | |
|---|---|
| PATIENT: | JOHN K CALVIN |
| DATE OF BIRTH: | Patient DOB: 11/21/1966 |
| DOC #: | 77541 |
| DATE: | 12/23/2022 8:20 AM |
| VISIT TYPE: | Skilled Care |

## Infirmary Nursing Rounds

### General
Facility Name: El Dorado - Central
Acuity: Acute
Isolation: No  Type:
Negative Pressure Room: N/A

### Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| MILK | | | |
| MILK | | | |
| No Known Allergy at this time | | | |

### Vital Signs

#### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 8:21 AM | 5.0 | 11.00 | 180.34 | 05/09/2017 | 0 |

#### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 8:21 AM | 110/71 | | | | | |

#### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 8:21 AM | 97.40 | 36.33 | | 78 | | 16 |

#### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 8:21 AM | 98 | | RA | | | | | | |

CALVIN, JOHN    Patient DOB: 11/21/1966              1/5

**EXHIBIT 23**
000162

## Pain Scale

| Time | Pain Score | Method |
|---|---|---|
| 8:21 AM | 6/10 | Numeric Pain Intensity Scale |

## Comments

| Time | Comments |
|---|---|
| 8:21 AM | Reports abd pain. |

## Measured By

| Time | Measured by |
|---|---|
| 8:21 AM | Makayla Ladwig, RN |

## Subjective

| Date | Time | Shift | Inits | Comments |
|---|---|---|---|---|
| 12/23/2022 | 8:25 AM | Day | | |
| 12/23/2022 | 8:24 AM | Day | | |
| 12/23/2022 | 10:31 AM | Day | ML | |
| 12/23/2022 | 8:21 AM | Day | ML | 0630- Report from Milsap RN for continued care. |

## Objective

### Skin / Musculoskeletal

| Pink/ Warm | Moves Extrem | Full Spont | Indep Bed Mobilty Trans | Steady Gait | Absence Swell | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|---|---|
| Y | Y | Y | N | N | Y | 12/23/2022 | 10:31 AM | Day | ML |

### Neurological

| Alert Oriented | Follow Command | Speech Clear Appropriate | Motor Response | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|
| Person, Place, Time, Situation | Y | Y | Y | 12/23/2022 | 10:31 AM | Day | ML |

### Cardiovascular

| Heart Rhythm Regular | Brisk Capi Refill | Absence of Edema | Periph Pulse Present Palp | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|
| Y | Y | N | Y | 12/23/2022 | 10:31 AM | Day | ML |

### Pulmonary

| Resp Even | Resp Rate 16-24 | Resp Unlabored | Lung Sounds Clear | No Cough | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|---|
| Y | Y | Y | Y | Y | 12/23/2022 | 10:31 AM | Day | ML |

### GI

| Abdomen Soft | Bowel Sounds Present | Appetite Normal | BM Normal | Date | Time | Shift | Inits |
|---|---|---|---|---|---|---|---|

| N | Y | N | N | 12/23/2022 | 10:31 AM | Day | ML |

**GU**

| Urine Clear, Yellow to Amber | Voiding w/out Difficulty | Date | Time | Shift | Inits |
|---|---|---|---|---|---|
| Y | N | 12/23/2022 | 10:31 AM | Day | ML |

**Comments**

| Comments | Date | Time | Shift | Inits |
|---|---|---|---|---|
|  | 12/23/2022 | 10:31 AM | Day | ML |

## Assessment

### Additional Assessment Comments

0700- Patient sleeping in bed; chest rise and fall visualized.
0800- Patient resting in bed on this rn's arrival. Patient reports sleeping "off and on" during the night. Reports 6/10 abd pain and is given Norco 10mg and Morphine 10mg IV at this time. Patient denies any n/v, dizziness, or any other symptoms at this time. Patient is given fresh ice water and a heat pack for comfort. Patient denies any other needs or concerns and is left in stable condition resting in bed.
1000- Patient resting in bed, appears to be comfortable at this time. Patient reports his pain is manageable for now. Patient is given a heat pack for comfort and denies any other needs or concerns at this time.
1200- Patient is given Norco 10mg PO and Morphine 10mg IV at this time for 6/10 abd pain. Patient reports he would like to wait 30-60 minutes before doing dressing changes. Denies any other needs or concerns at this time.

1330- This rn at bedside for dressing changes:

Midline abd: incision is completely healed, no redness/swelling/drainage visualized.

R flank: Nephrostomy tube in place, held by one suture. It appears that the second suture has broken. No redness, swelling, drainage, warmth noted to tube insertion site. Tube is draining clear yellow urine. This rn applied slit gauze, secured with tape.

L flank: Old dressing removed to reveal the nephrostomy tube completely DC'd. No active drainage/bleeding, redness, warmth or swelling visualized to insertion site. Patient reports pain to L flank. Insertion site covered with a border gauze dressing

This rn notified Dr. Harrod about L nephrostomy tube being DC'd. No new orders at this time per Dr. Harrod. Harbes UM reports she will notify the hospital and notify this rn of any new orders.

Patient appears to be uncomfortable during dressing change and reports "It's just hard to be turned on my side for too long."

Patient is given fresh ice water , a heat pack and denies any other needs or concerns at this time. Patient is left in stable condition with a hospice volunteer.

1400- Mendoza DON and Harbes UM at bedside discussing the plan of care for the patient's nephrostomy tube. Per Harbes UM, patient will be transported via non-emergent EMS to Wesley for nephrostomy tube replacement. Patient verbalizes understanding plan of care, all questions answered, patient verbalizes agreeing with plan of care.
1545- Patient given Dilaudid 4mg PO and Morphine 10mg IV at this time for 6/10 abd pain. Patient changed into a jumpsuit and is sitting up in his wheelchair awaiting EMS arrival.

Report called to Jill RN at Wesley Medical Center ER for continued care.

1630- Patient left the infirmary in stable condition with EMS.

## IV Site Assessment (1-2 sites)
### Site 1

| Date | Time | Shift | inits | Loc1 | Loc2 | Venous Access | Fluid Freq |
|---|---|---|---|---|---|---|---|
| 12/23/2022 | 8:24 AM | Day | ML | R chest |  | I | I |
| Date | Time | Shift | Inits | Fluid Rate | Phlebitis | Dressing | Change |

CALVIN, JOHN    Patient DOB: 11/21/1966         3/5

|            |         |       |      | Scale | Intact | Date |
|------------|---------|-------|------|-------|--------|------|
| 12/23/2022 | 8:24 AM | Day   | ML   | 0     | Y      |      |

**Comments**

| Date       | Time    | Shift | Inits | Comments |
|------------|---------|-------|-------|----------|
| 12/23/2022 | 8:24 AM | Day   | ML    |          |

**Interventions/Treatments**

| Date       | Time    | Shift | Inits | Ice Pk 15 mins | ROM | Side Rails Up | Bed Low and Locked | Uncluttered Environment |
|------------|---------|-------|-------|----------------|-----|---------------|--------------------|-------------------------|
| 12/23/2022 | 8:24 AM | Day   | ML    |                |     |               | Y                  | Y                       |

| Date       | Time    | Shift | Inits | Call for Assistance | Seizure Precautions | Anti-embolitic Devc / Stockgs | Incentive Spirometry |
|------------|---------|-------|-------|---------------------|---------------------|-------------------------------|----------------------|
| 12/23/2022 | 8:24 AM | Day   | ML    | Y                   |                     |                               |                      |

| Date       | Time    | Shift | Inits | Aspiration Precautions | Trach Care | Suctioning | Elevate Head of Bed |
|------------|---------|-------|-------|------------------------|------------|------------|---------------------|
| 12/23/2022 | 8:24 AM | Day   | ML    |                        |            |            |                     |

| Date       | Time    | Shift | Inits | Practitioner Contacted | Seen by Practitioner | Continued Curr Orders | MH Referral Completed |
|------------|---------|-------|-------|------------------------|----------------------|-----------------------|-----------------------|
| 12/23/2022 | 8:24 AM | Day   | ML    |                        |                      | Y                     |                       |

| Date       | Time    | Shift | Inits | Other | Other Description |
|------------|---------|-------|-------|-------|-------------------|
| 12/23/2022 | 8:24 AM | Day   | ML    |       |                   |

| Date       | Time    | Shift | Inits | Education                     | Treatment Comments |
|------------|---------|-------|-------|-------------------------------|--------------------|
| 12/23/2022 | 8:25 AM | Day   | ML    | Reviewed pain management plan |                    |

**Activities of Daily Living**

| Total Care: | No |
|---|---|
| Eating (needs assistance) | No |
| Bathing and grooming (needs assistance) | No |
| Dressing (needs assistance) | No |
| Using the toilet (needs assistance) | No |
| Transfer from seated to standing and get in and out of bed (needs assistance) | No |
| Incontinent | No |

**Braden Scale For Predicting Pressure Sore Risk (to be completed every day shift)**

| Date | Time | Sensory | Moist | Activity | Mobile | Nutrition | Friction | Total | Scored By |
|------|------|---------|-------|----------|--------|-----------|----------|-------|-----------|

CALVIN, JOHN    Patient DOB: 11/21/1966        4/5

| 12/23/2022 | 5:02 AM | 4 | 4 | 1 | 3 | 2 | 3 | 17 | Denise Milsap, RN |
| 12/23/2022 | 8:25 AM | 4 | 4 | 2 | 3 | 2 | 3 | 18 | Makayla Ladwig, RN |

**Document generated by: Makayla Ladwig, RN  12/23/2022 10:34 AM**

**Provider: Gordon Harrod MD**
**Document generated by: Makayla Ladwig, RN 12/23/2022 10:34 AM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966