| | |
|---|---|
| **From:** | Cheryl Pilate |
| **To:** | "Natasha Carter [KDOC]"; Kirbie Shearburn [KDOC] |
| **Cc:** | KDOC Facility Management; Nancy Burghart [KDOC]; Jon Graves [KDOC] |
| **Subject:** | RE: Phone call with John Calvin #77541 requested - [TIME SENSITIVE] |
| **Date:** | Thursday, December 15, 2022 9:43:18 AM |
| **Attachments:** | image001.png |

Ms. Carter: I have recently visited Mr. Calvin at El Dorado CC (with express facility approval) and have visited many prisoners at Lansing Correctional Center over the years. I am no stranger to the Kansas Department of Corrections. That said, I will get the form back to you immediately.

I intend to apply for compassionate/terminal release and/or release based on functional incapacitation, along with an emergency request to the governor for clemency/commutation of Mr. Calvin's sentence if that is necessary. In addition, and more importantly, **Mr. Calvin is parole eligible in 2023**, and may be immediately considered on that basis.

We will also be seeking immediate access to Mr. Calvin for the purpose of legal communications. He has a very short time to live, and time is of the essence. I am acting with urgency because I do not believe his very specific medical needs can be accommodated in the Department of Corrections.

I will return the form shortly. I seek the ability for Mr. Calvin to communicate immediately with counsel. As you know, he has a constitutional right of access to the courts, which, in his present state of incapacitation must be exercised through me as his attorney. As you are also aware, he has the right to adequate medical care under the Eighth Amendment, and that issue is of great concern.

I will be back in touch later this morning.


Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)



PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through. I am communicating to you via email because you have consented to received communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

**From:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>
**Sent:** Thursday, December 15, 2022 8:53 AM
**To:** Cheryl Pilate <cpilate@morganpilate.com>; Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Cc:** KDOC Facility Management <KDOC_Facility_Management@ks.gov>; Nancy Burghart [KDOC] <Nancy.Burghart@ks.gov>; Jon Graves [KDOC] <Jon.Graves@ks.gov>
**Subject:** RE: Phone call with John Calvin #77541 requested - [TIME SENSITIVE]

Good morning Ms. Pilate,

Going forward, please direct all inquiries regarding Mr. Calvin to me.

The email chain reflects the facility has been working with you to facilitate access to your client as soon as practicable (i.e., when he returns to the facility). In the event you wish to have a privileged call with Mr. Calvin, please submit the attached form. Our records do not reflect that this has been completed.

Finally, Mr. Calvin is ineligible for compassionate release. K.S.A. 22-3729(d) expressly excludes residents "sentenced to imprisonment for an off-grid offense."

Thanks,

Natasha Carter | Chief Legal Counsel
**Kansas Department of Corrections**
714 SW Jackson St, Suite 300 | Topeka, Kansas 66603
Mobile: 785-506-7615  |  Natasha.Carter@ks.gov



*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under attorney client privilege, work product privilege, or any other applicable privilege or immunity.  If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege or immunity.*

**From:** Cheryl Pilate <cpilate@morganpilate.com>
**Sent:** Wednesday, December 14, 2022 11:19 PM
**To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Cc:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>; KDOC Facility Management

<KDOC_Facility_Management@ks.gov>; Nancy Burghart [KDOC] <Nancy.Burghart@ks.gov>; Jon Graves [KDOC] <Jon.Graves@ks.gov>
**Subject:** RE: Phone call with John Calvin #77541 requested - [TIME SENSITIVE]

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Shearburn: Your response fails to correspond with the gravity of the situation.  Mr. Calvin's doctors have told him that he may have a very short time to live; therefore, your response does not recognize critical facts.  Mr. Calvin was advised by a doctor to move with dispatch to seek a compassionate release.

You also fail to recognize that Mr. Calvin has a constitutional right of access to the courts, which is exercised through his lawyer.  The actions of the DOC are grossly out of step with the situation and threaten Mr. Calvin's ability to spend a short time with his family at the end of his life.

Please advise as to whether I should be corresponding directly with the DOC's counsel, Ms. Carter.


Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

---

**From:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Sent:** Wednesday, December 14, 2022 4:22 PM
**To:** Cheryl Pilate <cpilate@morganpilate.com>
**Cc:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>; KDOC Facility Management <KDOC_Facility_Management@ks.gov>; Nancy Burghart [KDOC] <Nancy.Burghart@ks.gov>; Jon Graves [KDOC] <Jon.Graves@ks.gov>
**Subject:** RE: Phone call with John Calvin #77543 requested - TIME SENSITIVE

This request has been denied as resident will be returning to the facility. If you would like to set up an in person legal visit please get with Tiffany tomorrow and once he clears his quarantine time we will make sure your visit is set up.

Kirbie  Shearburn  | Classification Administrator
 **Kansas Department of Corrections**
 1737 SE Highway 54, PO Box 311 | El Dorado, KS 67042
  Office: 316-321-7284 ext:22005   |   Kirbie.Todd@ks.gov

---

**From:** Cheryl Pilate <cpilate@morganpilate.com>
**Sent:** Wednesday, December 14, 2022 2:35 PM
**To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Cc:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>; Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>; KDOC Facility Management <KDOC_Facility_Management@ks.gov>; Nancy Burghart [KDOC] <Nancy.Burghart@ks.gov>; Jon Graves [KDOC] <Jon.Graves@ks.gov>
**Subject:** RE: Phone call with John Calvin #77543 requested - TIME SENSITIVE

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**Ms. Shearburn: My client is terminal. He should be able to speak with me at least once a day for appropriate consultation.   It was my understanding that he *would* be able to call me as needed.   I simply do not understand what the hold up is.  Please take prompt steps to ensure that my client can call me this afternoon.  My office number is below and my cell (which is more convenient) is (913) 558-6811.    Thank you.**

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

**From:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Sent:** Wednesday, December 14, 2022 12:35 PM
**To:** Cheryl Pilate <cpilate@morganpilate.com>
**Subject:** RE: Phone call with John Calvin #77543 requested - TIME SENSITIVE

My Warden and Deputy Warden are both offsite. I have reached out to them to get approval for another call. As soon as I hear back from them I will let you know.

Kirbie  Shearburn  | Classification Administrator
 **Kansas Department of Corrections**
 1737 SE Highway 54, PO Box 311 | El Dorado, KS 67042
 Office: 316-321-7284 ext:22005   |   Kirbie.Todd@ks.gov

**From:** Cheryl Pilate <cpilate@morganpilate.com>
**Sent:** Wednesday, December 14, 2022 10:47 AM
**To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Subject:** Phone call with John Calvin #77543 requested - TIME SENSITIVE
**Importance:** High

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Shearburn – I would like a phone call with Mr. Calvin immediately, as soon as you can get word to him to call me.  After that, I will be in touch to address the process for getting Mr. Calvin released from the DOC on compassionate grounds.  Thank you

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.