| | |
|---|---|
| **From:** | Cheryl Pilate |
| **To:** | "Fred.PhelpsJr@ks.gov" |
| **Subject:** | FW: John K. Calvin #77543; immediate needs, release pending imminent death [TIME SENSITIVE] |
| **Date:** | Wednesday, December 14, 2022 12:16:29 PM |
| **Attachments:** | 2022.12.02 KDOC release.pdf |

Mr. Phelps: I am forwarding the below email to you as Ms. Carter is out of the office until 12/15 and her auto reply directs urgent inquiries to you.  The inquiry below is urgent, and I seek your immediate attention.  Thank you.

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

**From:** Cheryl Pilate
**Sent:** Wednesday, December 14, 2022 12:12 PM
**To:** 'Natasha.Carter@ks.gov' <Natasha.Carter@ks.gov>; Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>; 'kdoc_facility_management@ks.gov' <kdoc_facility_management@ks.gov>; 'nancy.burghart@ks.gov' <nancy.burghart@ks.gov>
**Cc:** Jon Graves [KDOC] <Jon.Graves@ks.gov>
**Subject:** John K. Calvin #77543; immediate needs, release pending imminent death [TIME SENSITIVE]

Dear all:

**As you know, my client, John K. Calvin (#77543), is suffering from metastatic cancer and is terminally ill.  The surgeon treating him spoke with him this morning and told him that his tumors were too numerous and large to be removed.  The surgeon recommended immediate release on compassionate grounds and that he receive palliative care through a hospice program.**

**EXHIBIT 25**

Mr. Calvin is continuing to suffer from a great deal of pain. The surgeon told him that his pain and weight loss were caused by his tumors.  The pain and weight loss have been documented for months in Mr. Calvin's medical records.

Mr. Calvin's present needs are: (1) immediate, effective treatment for his pain while still in the hospital; (2) whatever palliative care may be commenced in the hospital; (3) coordination with a hospital social worker and the DOC to arrange for compassionate release as his death may be imminent.  KDOC regulation <u>IMPP 11-110A</u> allows for Mr. Calvin's immediate release.

I trust that the KDOC and the El Dorado Correctional Center will coordinate with the hospital, his family and me, as his attorney, to arrange for his swift and compassionate transition to the community so that he can spend his final days or weeks with his family. Another pressing need will be arranging medical/palliative care.  Mr. Calvin has no health insurance, so arrangements for hospice care will need to be immediately addressed.

I have attached a release signed by Mr. Calvin. I can be reached anytime on my cell phone at (913) 558-6811. I look forward to your prompt response.

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)c
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.