| | |
|---|---|
| **From:** | Cheryl Pilate |
| **To:** | "Natasha Carter [KDOC]" |
| **Cc:** | William Skepnek; Quentin Templeton; Brennan Fagan |
| **Subject:** | RE: John K. Calvin #77541 - medical records |
| **Date:** | Tuesday, December 20, 2022 3:01:53 PM |

Ms. Carter – Please let us know when we will be receiving Mr. Calvin's medical records. We have provided a properly signed release.  We would like to review them before the deposition. Our past experience is that Centurion is able to quickly produce them.  We also seek the records of Wesley Medical Center that have been provided to KDOC and/or the El Dorado Correctional Center.  We await your response.  Thank you.

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

**EXHIBIT 26**