| | |
|---|---|
| **From:** | Cheryl Pilate |
| **To:** | Natasha Carter [KDOC]; Qualseth, Shon |
| **Cc:** | Kirbie Shearburn [KDOC]; William Skepnek; Quentin Templeton |
| **Subject:** | John Calvin DOC #77541 |
| **Date:** | Wednesday, December 21, 2022 3:34:38 PM |

Dear all – I am **very concerned about Mr. Calvin's pain level.** I just had a phone call with him at 2 p.m. and he was begging for pain relief.  He is groaning and in **constant and intense pain**, both in his back and his lower abdomen.  He said the pain medication (morphine and a narcotic) are insufficient because their effect is so brief.  He is clearly in agony.  He also has a bloody discharge from his penis, adding to his extreme discomfort.

In addition, Mr. Calvin is lacking adequate nutrition, and he is unable to eat or digest the food that is provided. (Ensure, limited soft foods).  I raised the issues of pain and nutrition in an email yesterday, and they have not been addressed.  I am especially concerned as Mr. Calvin has been told he is too weak for chemotherapy.  I cannot imagine how he could get stronger without an adequate calorie intake.  Is there a reason he has not been provided a TPN line?  If that is something that you cannot accommodate in the prison, then he needs to go back to the hospital.  He cannot be permitted to starve to death.

Mr. Calvin also is not getting any answers to his questions about his illness.  He is entitled to a consultation with a doctor so he can ask about treatments for cancer as well as palliative options.

Please address these issues immediately. The situation is urgent.


Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)



**EXHIBIT 27**

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is

transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.