| | |
|---|---|
| **From:** | Cheryl Pilate |
| **To:** | "Natasha Carter [KDOC]" |
| **Cc:** | William Skepnek; Quentin Templeton; Brennan Fagan |
| **Subject:** | RE: Request for phone calls and visits for John Calvin KDOC #77541 |
| **Date:** | Friday, December 23, 2022 11:26:45 AM |

Ms. Carter – my email concerned a low level request (phone calls and visits) that I had previously been told to contact Ms. Shearburn about.  As you know, I properly copied you.  Per your request, I will cease any communication with Ms. Shearburn or with anyone else at El Dorado, but that necessarily means that you will be the contact person for every request for every legal call or other need, even through the holiday weekend.

Mr. Calvin is gravely ill, and obviously could die at any time.  Because of the short time we may have with him, we will be needing legal calls every day for the next week (at least) so that we can take care of Mr. Calvin's legal affairs under these pressing circumstances.    So please inform the facility of my request and inform me as to what procedure I should follow for the calls.  What would be easiest is if he called at the same time every day.  That would minimize the possibility of a missed connection due to the more complex process we must now follow with respect to making requests through your office.

Please make sure that the legal calls are not taped or monitored.  He is entitled to confidentiality.  I would also like the option to link in Mr. Skepnek on those calls.  I would be happy to provide his phone number or any other information you may need to make that possible.  Given the very exigent circumstances presented, I would like to satisfy the bureaucratic requirements as quickly as possible.

Lastly, I would like a procedure in place for notification over the holiday weekend if Mr. Calvin's condition worsens significantly, or if he is taken to the hospital, or if he dies. Please let me know as soon as possible how you plan to handle this.  Thank you.


Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)



**EXHIBIT 28**

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server

unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

**From:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>
**Sent:** Friday, December 23, 2022 10:51 AM
**To:** Cheryl Pilate <cpilate@morganpilate.com>; Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Cc:** 'Samantha McCowan' <freetobeme012022@gmail.com>; William Skepnek <bskepnek@skepneklaw.com>; Brennan Fagan <bfagan@faganemert.com>; Quentin Templeton <qtempleton@forbeslawgroup.com>
**Subject:** Re: Request for phone calls and visits for John Calvin KDOC #77541

Ms. Pilate:

As previously advised, you are not to contact my clients directly. All correspondence regarding Mr. Calvin should be directed to me.

Thanks,
Natasha

Get Outlook for iOS

**From:** Cheryl Pilate <cpilate@morganpilate.com>
**Sent:** Friday, December 23, 2022 10:33:44 AM
**To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Cc:** 'Samantha McCowan' <freetobeme012022@gmail.com>; Natasha Carter [KDOC] <Natasha.Carter@ks.gov>; William Skepnek <bskepnek@skepneklaw.com>; Brennan Fagan <bfagan@faganemert.com>; Quentin Templeton <qtempleton@forbeslawgroup.com>
**Subject:** Request for phone calls and visits for John Calvin KDOC #77541

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Shearburn:  John Calvin and his loved ones would like more phone calls and more visits. He has a large and loving family, and several would like to see him.  I am copying Samantha McCowan here, as Mr. Calvin has specifically expressed a desire to speak with her soon.  She is the mother of his son and has a strong relationship with him.  I will be in touch with respect to other family members who wish to have phone calls or visits.  Please expedite this request as it is clear that Mr. Calvin is very ill. Thank you.

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street

Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.