**Cheryl Pilate**

| | |
|---|---|
| **From:** | Natasha Carter [KDOC] <Natasha.Carter@ks.gov> |
| **Sent:** | Friday, December 23, 2022 6:44 PM |
| **To:** | Quentin Templeton; William Skepnek |
| **Cc:** | Brennan Fagan; Jon Graves [KDOC]; BCOX@NKFIRM.COM; Cheryl Pilate |
| **Subject:** | Re: Request for phone calls and visits for John Calvin KDOC #77541; further request for proper nourishment including TPN line |

**EXHIBIT 29**

Good evening Mr. Templeton,

As you know, Mr. Calvin has been transferred to an outside hospital to receive medical care. Pursuant to KDOC policy, his location will not be disclosed at this time.

Ms. Shearburn has been doing an excellent job of updating Mr. Calvin's family on his condition and will continue to do so.

It is my understanding that Mr. Calvin updated his emergency contact to be his niece, Kendra Wright. As such, that is who will be contacted with emergency information.

If Mr. Calvin is in the hospital for more than a day, we will arrange telephone calls. When asked who he would like to call, he listed his wife. He declined further calls at this time.

Thanks,
Natasha Carter


Get Outlook for iOS

---

**From:** Quentin Templeton <qtempleton@forbeslawgroup.com>
**Sent:** Friday, December 23, 2022 5:37:57 PM
**To:** William Skepnek <bskepnek@skepneklaw.com>; Natasha Carter [KDOC] <Natasha.Carter@ks.gov>
**Cc:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>; Brennan Fagan <bfagan@faganemert.com>; Jon Graves [KDOC] <Jon.Graves@ks.gov>; BCOX@NKFIRM.COM <bcox@nkfirm.com>; Cheryl Pilate <cpilate@morganpilate.com>
**Subject:** RE: Request for phone calls and visits for John Calvin KDOC #77541; further request for proper nourishment including TPN line

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Carter and Mr. Graves,

This email further expands on Mr. Skepnek's email below. We still have not received a single response from KDOC regarding this emergent issue.

As you are aware, Jalisa Bluford and Kiandra Calvin possess Mr. Calvin's General Financial Durable Power of Attorney and Health Care Durable Power of Attorney. Indeed, Ms. Shearburn served as the notary for both documents.

Ms. Shearburn informed Ms. Bluford and Ms. Calvin that Mr. Calvin was transported to a hospital at approximately 3:20 p.m. today because at least one of the nephrostomy tubes (placed in Mr. Calvin's kidneys to drain urine) have become dislodged. Presumably, urine has been draining into Mr. Calvin's abdomen for an undeterminable period of time. However, Ms. Shearburn refused to tell Ms. Bluford, Ms. Calvin, or relay to their attorneys – the same attorneys who passed KDOC's "background check" and entered the El Dorado facility just yesterday – Mr. Calvin's whereabouts or where he is being transported. A "privacy issue" was raised. Given the Health Care Durable Power of Attorney, this is a nonissue.

Why is the KDOC hiding Mr. Calvin? And what is being done to him under this cover of darkness?

Mr. Calvin delegated to Ms. Bluford and Ms. Calvin the (i) access to medical and other personal information; (ii) employing and discharging of physicians, nurses, therapists, and other professionals for Mr. Calvin's physical, mental, and emotional well-being; (iii) consenting or refusing medical care; and (iv) providing for Mr. Calvin's spiritual and religious needs.  Ms. Bluford and Ms. Calvin cannot fulfill their duties without real-time knowledge of, among other things, Mr. Calvin's location, medical providers, and condition. As his attorneys, we cannot properly advise our client(s) without the same information. KDOC's withholding of this critical information further violates Mr. Calvin's clearly established constitutional rights.

We have contacted counsel for Centurion, cc'd to this email, who has advised that Centurion – despite ordering Mr. Calvin's transfer to a hospital – cannot reveal his location without KDOC's authority.

As a result, and in order to allow Ms. Bluford, Ms. Calvin, and his attorneys to fully and properly execute their duties and secure Mr. Calvin's constitutional rights, please provide Mr. Calvin's current location and the hospital to which he is being transported. Information regarding his medical status will then be obtained directly and more efficiently from the facility via the Health Care Durable Power of Attorney.

The KDOC has no legitimate interest in hiding Mr. Calvin or preventing him from being counseled by his attorneys and safeguarded by his Attorneys-in-Fact.

This may be the last chance for Mr. Calvin and his family be together, or even speak to each other. Please do not interfere.

**Quentin Templeton, JD**
**Forbes Law Group, LLC**
6900 College Boulevard, Suite 840
Overland Park, KS 66211
(913) 341-8600 (Phone)
(913) 341-8606 (Fax)
qtempleton@forbeslawgroup.com
www.forbeslawgroup.com

**CONFIDENTIALITY STATEMENT**:
The information transmitted by the following e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Before sending confidential and/or privileged material, the risks associated with e-mail transmission were fully explained to you and you consented to e-mail communications.  If you change your mind and want future communications to be sent in a different manner, then please let me know. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us.

**From:** William Skepnek <bskepnek@skepneklaw.com>
**Sent:** Friday, December 23, 2022 3:33 PM
**To:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>
**Cc:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>; Brennan Fagan <bfagan@faganemert.com>; Quentin Templeton <qtempleton@forbeslawgroup.com>; Jon Graves [KDOC] <Jon.Graves@ks.gov>; BCOX@NKFIRM.COM; Cheryl Pilate

<cpilate@morganpilate.com>
**Subject:** Re: Request for phone calls and visits for John Calvin KDOC #77541; further request for proper nourishment including TPN line
**Importance:** High

**EXTERNAL:** This email originated from outside of the organization. Do not click or open attachments and links unless you recognize the sender and know the content is safe.

Ms. Carter
We are informed that John has been taken to a hospital.  We understand Ms. Shearburn called Jalisa Bluford concerning the visit tomorrow to advise that John would not be there.  While we are pleased that John has been taken to a hospital, we are disappointed that no effort was made to contact Ms. Pilate or myself.  Please advise when and where John has been taken, and in the future please provide us with contemporaneous information.
Bill Skepnek

> On Dec 23, 2022, at 12:08 PM, Cheryl Pilate <cpilate@morganpilate.com> wrote:
>
> Ms. Carter:   We appreciate that you are giving Mr. Calvin's needs your personal attention, which ensures a focus on him at the highest level of the KDOC. We will continue to communicate directly with you.
>
> I am following up on our request for improved and more substantial nourishment for Mr. Calvin.  As you know, his digestive system is severely compromised and blocked by tumors. He simply cannot digest food, and even a few bites of a soft food, such as a banana, causes pain and bloating. His physical appearance confirms the severe impact of his inability to eat or digest food.  He is skeletal and hunched over and has very little strength.
>
> <u>We ask that his doctors immediately arrange for nutrition through a TPN line, which bypasses the digestive system.</u>   When I spoke with Mr. Cox yesterday, he indicated that a TPN line would require surgery and that no surgeon would want to operate on Mr. Calvin in his diminished condition.  He also noted that Mr. Calvin was at the palliative care stage of his illness.
>
> We very much recognize the severity of Mr. Calvin's condition and seek to have a TPN line inserted right away. Providing for proper nourishment is essential and can be readily accomplished.
>
> *When I spoke with Mr. Calvin yesterday, he told me he had a port in his chest as well as a PICC line.*  It is my understanding that the TPN nourishment may be delivered through the PICC line.  If Mr. Calvin is not given such nourishment soon, it is likely that his death will be hastened.  At present, he appears to be starving.
>
> Palliative care focuses on providing what the patient needs to be comfortable – nourishment and pain relief.  Mr. Calvin is entitled to proper palliative care; the Eighth Amendment and state law make that clear.
>
> We appreciate your prompt attention.  Please stay in touch via email, phone calls or texts.  I can be reached at any time (and through the holiday weekend) on my cell.  (913) 558-6811.  Thank you.

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

---

**From:** William Skepnek <bskepnek@skepneklaw.com>
**Sent:** Friday, December 23, 2022 11:38 AM
**To:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>
**Cc:** Cheryl Pilate <cpilate@morganpilate.com>; Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>; Samantha McCowan <freetobeme012022@gmail.com>; Brennan Fagan <bfagan@faganemert.com>; Quentin Templeton <qtempleton@forbeslawgroup.com>; Jon Graves [KDOC] <Jon.Graves@ks.gov>
**Subject:** Re: Request for phone calls and visits for John Calvin KDOC #77541

Ms. Carter

I was at the facility yesterday when this issue, together with other issues such as pain management, nourishment, and treatment were directly addressed with staff in the presence of Jon Graves who appeared at the deposition for KDOC.  Had you been present you would have seen, as is reflected in the video,  that Mr. Calvin has lost over 70 pounds and now weighs 110 pounds.  It is fairly obvious that unless Mr. Calvin is given nourishment he will continue to starve and cannot live much longer.  Ms. Pilate, who is acting as Mr. Calvin's lawyer, and the lawyer for his daughters and niece who have Mr. Calvin's durable power of attorney, both for financial and health care purposes, is simply trying to make humane arrangements for Mr. Calvin, a particularly acute problem in light of the current lack adequate pain relief and nourishment.  These problems are apparent from the video.

A part of the problem our inability to obtain Mr. Calvin's more recent medical records, since November 1, 2022, both from the El Dorado infirmary and Wesley Hospital.  We hope you will do what you can to help us obtain records to provide to medical experts to help guide us in our requests for humane care.

We have feared that because of the time of the year, and the proximity of the holidays, this matter has not become fully elevated to your attention.  Consequently, we are encouraged by your email, to which this responds, which reflects that this matter has now been brought to your attention.  It is our hope that because you are now directly involved in this case you can help us work through some of these problems more quickly.

Unless prompt action is taken we fear that Mr. Calvin's life will be unnecessarily shortened and that what life remains to him will be unduly painful and brutish.

Bill Skepnek

On Dec 23, 2022, at 10:50 AM, Natasha Carter [KDOC] <Natasha.Carter@ks.gov> wrote:

Ms. Pilate:

As previously advised, you are not to contact my clients directly. All correspondence regarding Mr. Calvin should be directed to me.

Thanks,
Natasha

Get Outlook for iOS

---

**From:** Cheryl Pilate <cpilate@morganpilate.com>
**Sent:** Friday, December 23, 2022 10:33:44 AM
**To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Cc:** 'Samantha McCowan' <freetobeme012022@gmail.com>; Natasha Carter [KDOC] <Natasha.Carter@ks.gov>; William Skepnek <bskepnek@skepneklaw.com>; Brennan Fagan <bfagan@faganemert.com>; Quentin Templeton <qtempleton@forbeslawgroup.com>
**Subject:** Request for phone calls and visits for John Calvin KDOC #77541

EXTERNAL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Shearburn:  John Calvin and his loved ones would like more phone calls and more visits. He has a large and loving family, and several would like to see him.  I am copying Samantha McCowan here, as Mr. Calvin has specifically expressed a desire to speak with her soon.  She is the mother of his son and has a strong relationship with him.  I will be in touch with respect to other family members who wish to have phone calls or visits.  Please expedite this request as it is clear that Mr. Calvin is very ill. Thank you.

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or

servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.