| | |
|---|---|
| **From:** | Cheryl Pilate |
| **To:** | "Natasha Carter [KDOC]"; "William Skepnek"; Shon Qualseth |
| **Cc:** | McAllister, Stephen R.; Brennan Fagan; Quentin Templeton |
| **Subject:** | RE: John K. Calvin v. KDOC & Tommy Williams, Warden; request for updated medical records |
| **Date:** | Tuesday, January 3, 2023 1:57:15 PM |
| **Attachments:** | image001.png |
| | 2022.12.02 KDOC release.pdf |

Natasha and Shon: I have attached a signed release for medical records from Mr. Calvin.  Please provide by tomorrow afternoon Mr. Calvin's updated medical records as follows:

1. Wesley Medical Center – records not yet produced from first hospitalization; 12/14/22 through discharge on or about 12/16/22.
2. Wesley Medical Center – all records from second hospitalization; exact dates unknown, estimated to be December 23 – December 28, 2022.
3. KDOC records from the EDCC infirmary from 12/23/22 to the present.

Thank you.

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

**From:** Natasha Carter [KDOC] <Natasha.Carter@ks.gov>
**Sent:** Tuesday, January 3, 2023 1:03 PM
**To:** Cheryl Pilate <cpilate@morganpilate.com>; 'William Skepnek' <bskepnek@skepneklaw.com>; Shon Qualseth <tlegal@aol.com>
**Cc:** McAllister, Stephen R. <stephen.mcallister@dentons.com>; Brennan Fagan <bfagan@faganemert.com>; Quentin Templeton <qtempleton@forbeslawgroup.com>
**Subject:** RE: John K. Calvin v. KDOC & Tommy Williams, Warden; request for legal call today

Ms. Pilate:

**EXHIBIT 30**

Please continue to send all correspondence to me. The resident phones are available from 8 a.m. to 2:50 p.m. and 4:00 p.m. to 9:45 p.m. Please let me know when you'd like to speak with him and we can have him call you.

Thanks,

Natasha Carter | Chief Legal Counsel
**Kansas Department of Corrections**
714 SW Jackson St, Suite 300 | Topeka, Kansas 66603
Mobile: 785-506-7615  |  Natasha.Carter@ks.gov



*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under attorney client privilege, work product privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege or immunity.*

**From:** Cheryl Pilate <cpilate@morganpilate.com>
**Sent:** Tuesday, January 3, 2023 12:43 PM
**To:** 'William Skepnek' <bskepnek@skepneklaw.com>; Shon Qualseth <tlegal@aol.com>; Natasha Carter [KDOC] <Natasha.Carter@ks.gov>
**Cc:** McAllister, Stephen R. <stephen.mcallister@dentons.com>; Brennan Fagan <bfagan@faganemert.com>; Quentin Templeton <qtempleton@forbeslawgroup.com>
**Subject:** RE: John K. Calvin v. KDOC & Tommy Williams, Warden; request for legal call today

EXTERNAL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Natasha and Shon: we would like to set up a process whereby we do not have to go through you for a legal call. You have previously directed us to contact your office for such calls, but that is cumbersome and unnecessary.

I would like to contact Ms. Shearburn at EDCC and request a legal call today. Do you have any objection to that?

Cheryl A. Pilate

MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to received communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.