Page 1 of 2, Attachment B, IMPP 01-114D
Effective 11-02-2022

# KANSAS DEPARTMENT OF CORRECTIONS
## EMERGENCY INFORMATION FORM

Date: 12-23-2022

Resident Name: John Calvin

KDOC #: 77541

Person to notify in case of resident death or hospitalization due to serious illness/injury: Kendra Wright

Relationship to Resident: Niece

Address: 1526 Cleveland

City, State, Zip: Kansas City, 66104

Phone Number(s) including Area Code: 816-256-6510

E-mail Address:

Other Relevant Information:

---

First alternate person to notify in case of resident death or hospitalization due to serious illness/injury:

Relationship to Resident: Mamie Wright

Address: 1526 Cleveland

City, State, Zip: Kansas City, KS. 66104

Phone Number(s) including Area Code: (913) 713-9864

Other Relevant Information:

__Kiaradra Calvin__
Second alternate person to notify in case of resident death or hospitalization due to serious illness/injury

__Daughter__
Relationship to Resident

__11824 Newton Ave.__
Address

__Kansas City, Mo. 64134__
City, State, Zip

__(816) 499-2503__                    E-mail Address _____
Phone Number(s) including Area Code

Other Relevant Information: _____

I release corrections officials and/or designated contractors from any liability for disclosing emergency medical information to the designated emergency contacts listed above.

Dates Reviewed: _____

_John Calvin_     12-23-22
Resident's Signature            Date

_[signature]_     12-23-2022
Staff Witness            Date

This form is to be maintained in the resident's skeleton central file. It shall be reviewed every 120 days for adults/180 days for juveniles by the unit team and resident, and updated with information provided by the resident, or, replaced as necessary.