**EXHIBIT G**

Attachment A, IMPP 01-114D
Effective 11-02-2022

## DISPOSITION OF DECEASED RESIDENT BODY FORM

I, __John Calvin #77541__, understand that I am responsible for the arrangements for the disposition of my body in the event of my death while in the custody of the Secretary of Corrections. I further understand that, if prior arrangements have not been made for the disposition of my remains, disposition will be in compliance with the provisions of K.S.A. 65-904(b) which states: "The unclaimed body of a deceased inmate in the custody of the secretary of corrections may be cremated at the expense of the department of corrections."

CHOICE OF DISPOSITION:

__X__ Family or friends will claim my body.

CONTACT: __Kendra Wright__

ADDRESS: __1526 Cleveland__

TELEPHONE: __816-256-6510__

_____ I have made prior arrangements with a funeral home.

CONTACT: _____

ADDRESS: _____

TELEPHONE: _____

_____ I desire to have final disposition of my body in compliance with K.S.A. 65-904(b).

__John Calvin #77541__
Print Resident Name & Number

__[signature] John Calvin__
Resident Signature

__12-23-22__
Date