**EXHIBIT H**

**From:** Samantha McCowan <freetobeme012022@gmail.com>
**Sent:** Wednesday, January 11, 2023 6:13 AM
**To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
**Subject:** Re: Video Visitation Scheduled

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Shearburn,

I want to begin today with the most sincere graditude for you going over and about in order to connect Keith to his grandbabies! I don't think you could have knocked a smile off his face, no matter how hard you could have tried. Even through the pain, he seemed so joyed to actually have an opportunity to see them.

It's important to also mention what that meant to Aleah and Raelynn. Since everything in this era is so digitized, and technology has come so far, they're not used to just "talking" on the phone. When Keith used to call them, they would be trying to "show" him things through the phone. But, since you said you have children of your own, I'm sure you understand the difficulties you face in trying to explain to a 2 and 3 year old that Papa can't "see" through the phone.

So, if there's anyone I can express that huge step you took on his behalf, that would be something I would love to share. You deserve so much recognition for your commitment, and devotion to making their visit even happen. You are absolutely amazing, and I want you to know that. I would love to make your superiors know what lengths you went to last night, and even in the midst of your personal family time, you dropped everything to assist Keith's visitation, which should be acknowledged by those in power above you.

When you get to the office today, if it'd be possible to speak with you, I would like to share something's with you, one of those being that Christopher has been sent home last night due to a pretty severe injury to his eye. When you call, I can explain more in depth. That being said, I'd like to see if we could possibly add him to our video visitation tonight?
I also have a few questions that I feel if I addressed with you personally, it would more likely move quicker from your end than it would for me to request things through the attorney. I know they have certain protocols that they have to be mindful of when making requests, but since you are an advocate at the facility, I feel my concerns/requests would be addressed more quickly and efficiently.

Again, I will remain indebted to you for going that extra mile for an inmate even though you weren't "on the clock", and you could have said you were busy with your own family. You'll never fully know what an impact you made last night in making the visitation with the grandbabies a success. Keith's sister Mamie said he was so excited, and that she hasn't heard that much excitement in his voice in a VERY long time.

I look forward to hearing from you very soon.
You're A Earth Angel, sent straight from Heaven as a gift to those whom you have an opportunity to make an impact on.

Thank you for ABSOLUTELY EVERYTHING!
Samantha McCowan

On Tue, Jan 10, 2023, 7:56 PM Samantha McCowan <freetobeme012022@gmail.com> wrote:
> It won't allow me to cancel it. I guess I'm just going to log in and see if he logs on
>
> On Tue, Jan 10, 2023, 7:53 PM Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov> wrote:
>> I'm an not still there, I returned to my child's sporting event. I believe there should be a cancel option on your side. If you can't find it you might call them.
>>
>> Get Outlook for iOS
>> _____
>> **From:** Samantha McCowan <freetobeme012022@gmail.com>
>> **Sent:** Tuesday, January 10, 2023 7:42:14 PM
>> **To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
>> **Subject:** Re: Video Visitation Scheduled
>>
>> *EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

2

Are you still with him? Or can you just please tell me how to reschedule it so that I don't lose the money I paid for it?

On Tue, Jan 10, 2023, 7:10 PM Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov> wrote:
> That's is your call. If you think that is best then I would.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Samantha McCowan <freetobeme012022@gmail.com>
> **Sent:** Tuesday, January 10, 2023 7:01:11 PM
> **To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
> **Subject:** Re: Video Visitation Scheduled
>
> *EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.
>
> Should we just reschedule the 8:00 visit for maybe tomorrow since he's in so much pain?
>
> On Tue, Jan 10, 2023, 6:36 PM Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov> wrote:
>> I'm here now. We are trying.
>>
>> Get Outlook for iOS
>>
>> ---
>>
>> **From:** Samantha McCowan <freetobeme012022@gmail.com>
>> **Sent:** Tuesday, January 10, 2023 6:34:53 PM
>> **To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
>> **Subject:** Re: Video Visitation Scheduled
>>
>> *EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.
>>
>> He said it's not showing up on his end, and everytime I click to join in, it says no visit is available, yet it shows I have a visit scheduled!
>> That's $20 that I paid, and now he's in so much pain, he said he had to go lay back down.
>>
>> On Tue, Jan 10, 2023, 6:23 PM Samantha McCowan <freetobeme012022@gmail.com> wrote:
>>> Ok, he's on the phone right now.
>>>
>>> On Tue, Jan 10, 2023, 6:18 PM Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov> wrote:
>>>> Let me see what I can do.
>>>>
>>>> Get Outlook for iOS
>>>>
>>>> ---
>>>>
>>>> **From:** Samantha McCowan <freetobeme012022@gmail.com>
>>>> **Sent:** Tuesday, January 10, 2023 6:16:02 PM
>>>> **To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
>>>> **Subject:** Re: Video Visitation Scheduled

3

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I know you're likely at home now, but Keith just called because it's showing he doesn't have any visits set up today, but I paid for 2 visits today!
Can you please assist us?

On Tue, Jan 10, 2023, 10:37 AM Samantha McCowan <freetobeme012022@gmail.com> wrote:

> I listed their names and date of birth in my initial message.
>
> On Mon, Jan 9, 2023, 7:08 PM Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov> wrote:
>
>> Yes. I just need their names and I will take care of that for our end.
>>
>> Get Outlook for iOS
>>
>> ---
>>
>> **From:** Samantha McCowan <freetobeme012022@gmail.com>
>> **Sent:** Monday, January 9, 2023 6:24:24 PM
>> **To:** Kirbie Shearburn [KDOC] <Kirbie.Shearburn@ks.gov>
>> **Subject:** Video Visitation Scheduled
>>
>> *EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.
>>
>> Unfortunately, the system wouldn't allow me to add the girls to the visit because they are not on his visitors list. It'll be: His granddaughters as follows;

4