**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JOHN KEITH CALVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:22-cv-03317-JWL-JPO |
| | ) | |
| STATE OF KANSAS, DEPARTMENT OF CORRECTIONS, et al. | ) ) ) | |
| Defendants. | ) | |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 31 | Wesley Medical Center Patient Care Note, December 15, 2022 6:25 p.m. – 6:58 p.m. |
| 32 | KDOC Skilled Care Note, December 29, 2022 9:58 a.m. |
| 33 | KDOC Skilled Care Note, January 9, 2023 4:19 p.m. |