> **EXHIBIT 31**

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/15/22 | 0834 | GM |
| 12/15/22 | 1327 | GM |
| 12/15/22 | 1752 | GM |
| 12/16/22 | 0013 | 17 GM |

PATIENT CARE NOTES

12/15/22 1858   NOTE CATEGORY: PATIENT NOTES   NOTE TYPE: No Type   BY: JOHNSON,KELLY

| Tammy Smith, the director of Nursing in administration at KDOC, called me to ask again, why the patient in 914, Calvin John, was not being discharged. I explained as the nurse Jacklyn Betteridge did, that the doctor wasnt aware that the patient was going to be put into a basic w/c, when he hasnt been up in many days, is currently on a dilaudid pca pump and still in pain, couldnt have left anyway, they were quite upset because the guards are having to be paid to watch him. Pt has been told there is nothing they can do for him, he is going back to be on hospice, but needs a gurney transport at least. Dr. Feldkamp made this decision to cancel his discharge tonight, I called the case manager in ER and had to leave a messege, also informed Shannon , interim manager, and Jennie, manager of 9T that this pt wasnt being transported or discharged due to his pain and terminal condition. Pt needs a gurney transport like anyone else, he has not been able to even eat or drink in days. He grunts in pain with each breath. Emptied his nephrostomy tubes, no longer has a foley, 400 total output. Then, Tammy Smith RN of EDOC called again to get some confirmation that pt would leave tomorrow. I again told her that its up to the doctor, and I was aware of the hospice program at the prison, the issue was the inhumane ride back to the prison. Her number is 785-506-7113.

12/15/22 1825   NOTE CATEGORY: PATIENT NOTES   NOTE TYPE: No Type   BY: BETTERIDGE,JACKLYN A

Addendum: 12/15/22 at 1908 by JAB BETTERIDGE,JACKLYN ARN

PT HAS NOT BEEN OUT OF BED ON MY SHIFT, HAS BARELY HAD ANY ORAL INTAKE AND HAS BEEN NAUSEOUS ALL DAY. HE HAS BEEN USING HIS DILAUDED PCA PUMP WHICH HAS HAD TO BE CHANGED TWICE BY THIS RN.

Original Note: 12/15/22 at 1825 by JAB BETTERIDGE,JACKLYN A RN

PT HAD DISCHARGE ORDERS IN AND RN WAS NOTIFIED BY CHARGE NURSE THAT PT WAS BEING DISCHARGED BY WHEELCHAIR AND BEING PLACED IN THE BACK OF A VAN WHERE HE WOULD HAVE TO LAY DOWN FOR HIS TRANSPORT BACK TO THE PRISON. THIS RN CALLED DR. FELDKAMP TO DISCUSS WHETHER THIS WAS A SAFE DISCHARGE PLAN FOR THE PT. DR. FELDKAMP DISCUSSED WITH HER ATTENDING AND BOTH AGREED THIS WOULD NOT BE A SAFE DISCHARGE AND D/C ORDER WAS RESCENDED. THE OFFICERS IN PTS ROOM HAD THIS RN SPEAK TO THE DEPUTY WARDEN AND A SARA MADGWICK TO DISCUSS WHY DISCHARGE ORDER WAS REVOKED. SARA MADGWICK'S NUMBER WAS GIVEN TO DR. FELDKAMP WHO WAS INFORMED

12/19/2022   8:28AM (GMT-06:00)

Name: CALVIN, JOHN      DOB: 11/21/1966      Date:

OAG002742