**CONFIDENTIAL**





**KDOC Adult Facilities**

**El Dorado - Central**

| | |
|---|---|
| PATIENT: | JOHN K CALVIN |
| DATE OF BIRTH: | Patient DOB: 11/21/1966 |
| DOC #: | 77541 |
| DATE: | 12/29/2022 9:58 AM |
| VISIT TYPE: | Skilled Care |

## Infirmary Provider Admission

**Admission**

Admission Date: 12/28/2022

Admission Type: Acute

Isolation: No

Admitted to infirmary:        Date: 12/28/2022   Time: 1600PM

Admitted to observation:     Date: 12/16/2022   Time: 15:45

Reason for admission: Metastatic rectal cancer; Hospice

Negative Pressure Room: N/A

### Medications (Added, Continued or Stopped today)

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 04/07/2022 | Anusol-HC 2.5 % topical cream with perineal applicator | apply by topical route 2 times every day into the rectum using applicator | Please provide applicator | 04/06/2023 |
| 12/16/2022 | Dilaudid 4 mg tablet | take 1 tablet by oral route every 4 - 6 hours as needed | | 01/14/2023 |
| 12/16/2022 | Miralax 17 gram/dose oral powder | take (17G) by oral route 2 times every day mixed with 8 oz. water, juice, soda, coffee or tea | | 01/14/2023 |
| 12/21/2022 | morphine 10 mg/mL injection solution | inject 8-12mg IV/IM q 4-6 hours PRN pain | | 01/19/2023 |
| 12/14/2022 | octreotide acetate 100 mcg/mL (1 mL) injection syringe | Inject 100mcg qd | FE approved by Dr. Dodson on 12.14.22, exp 01.12.23 | 01/12/2023 |
| 12/19/2022 | omeprazole 20 mg capsule,delayed release | take 1 capsule by oral route every day before a meal | | 01/17/2023 |
| 12/16/2022 | Phenergan 50 | inject 25-50mg IM q 6-8 hours | | 01/14/2023 |

CALVIN, JOHN  K. 000000077541 11/21/1966 12/29/2022 09:58 AM 1/3

**OAG002384**

**CONFIDENTIAL**

| | |
|---|---|
| mg/mL injection solution | PRN N/V |

## Vital Signs

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:05 AM | 100/66 | lying | | | automatic | |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 10:05 AM | 98.60 | 37.00 | | 88 | regular | 18 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 10:05 AM | 97 | | RA | | | 21 | | | |

**Measured By**

| Time | Measured by |
|---|---|
| 10:05 AM | Gordon Harrod, MD |

**Subjective**

| Date | Time | Shift | Inits | Comments |
|---|---|---|---|---|
| 12/29/2022 | 9:59 AM | | GH | This pleasant 56y/o Afro-American with recurrent rectal CA with distant and numerous metastatic tumors returns from Wesley Med Center last evening around 4 PM. (I saw him last night but was unable to document due to our unreliable NextGen EMR.)  He had gone out to Wesley over the Christmas holiday weekend after a nephrostomy tube came out. He was sent to Wesley to have this replaced; he ended up with bilateral double-J tubes and a Foley.  His tumor has invaded the prostate and bladder, thus causing bladder outlet obstruction.  Other metastatic site include the liver, abdominal cavity, and small bowel.  He was on IV Dilaudid and PO oxycodone while hospitalized.  He is given PO Dilaudid, which he says seems to help out quite a bit with his pain so long as he gets is consistently.  He denies N/V and says he is having BM's.  He cannot tolerate the Aramark diet (not surprising; neither can most healthy inmates), but has some canteen available such as oatmeal.  He is also tolerating Ensure.  He tells me he is craving sausage; I'm not sure if we have this or not. |

Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Nourishment - cachectic. |

CALVIN, JOHN  K. 000000077541 11/21/1966 12/29/2022 09:58 AM 2/3

OAG002385

# CONFIDENTIAL

| | | |
|---|---|---|
| Constitutional | Comments | Pt is a very pleasant, thin, cachectic Afro-American male.  He is alert and answers questions appropriately.  He appears comfortable this morning.  The Foley is in place and there is bloody urine in the bag (not surprising as he has a tumor infiltrating t |
| Constitutional | Normal | Ability to Communicate - Normal. |
| Respiratory | Comments | Lungs are CTA. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Comments | RRR w/o murmur; pulse is in the 80's this morning. |
| Cardiovascular | Normal | Inspection - JVD: Absent. Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Extra sounds - None. Murmurs - None. Extremities - No edema. |
| Abdomen | Comments | Abd. is mildly distended and soft.  Good BS.  No guarding with deep palpation, but this causes obvious discomfort. |
| Abdomen | Normal | Patient is not obese. No hernia. No ascites. |
| Extremity | Comments | No CCE. |
| Extremity | Normal | No Cyanosis. No Edema. Clubbing - Absent. |

## Assessment/Plan
## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Generalized anxiety disorder (F41.1). |
| | Impression | Recurrent rectal cancer with distant metastatic disease. Poor long-term prognosis.. |
| | Patient Plan | Pt is re-admitted to the EDCF Infirmary.  The Dilaudid which I had ordered last week is now here.  The combination of PO Dilaudid and IV morphine seems to be keeping his pain at bay so long as we are consistent with giving it.  He can also have Ensures with meals and pretty much anything he will eat at this point.<br>The patient asked me about chemotherapy treatment.  I told him that he is weak overall but appears to be doing a little better than last week.  If Dr. Dakhil feels that he is stronger now, he may consider it.  That being said, I told him that  chemo is a double edged sword in that it may cause side effects worse than the disease, such as N/V or worsening of pain.  There is not even a guarantee that chemo would even be able to shrink the tumors.  Pt remains a full code; however, it is highly unlikely that he will survive cardiac arrest due to his very fragile state of health. |
| | | |

**Provider: Gordon Harrod MD**
**Document generated by: Gordon Harrod, MD 12/29/2022 10:14 AM**

Name: CALVIN , JOHN
Number: 77541
D.O.B. DOB: 11/21/1966

**OAG002386**