**CONFIDENTIAL**




**EXHIBIT 33**

**KDOC Adult Facilities**
**El Dorado - Central**

| | |
|---|---|
| PATIENT: | JOHN K CALVIN |
| DATE OF BIRTH: | Patient DOB: 11/21/1966 |
| DOC #: | 77541 |
| DATE: | 01/09/2023 4:19 PM |
| VISIT TYPE: | Skilled Care |

## Infirmary Provider Rounds

**Admission**
Admission Date: 12/28/2022
Admission Type: Acute

Isolation: No   Type:

Admitted to infirmary:          Date:  12/28/2022   Time:  1600PM
Admitted to observation:     Date:  12/16/2022   Time:  15:45

Reason for admission: Metastatic rectal cancer; Hospice

Negative Pressure Room: N/A

**Reason For Visit**
This 56 year old male presents for CA.

1. CA
   This pleasant 56y/o Afro-American patient with metastatic and recurrent rectal CA says his pain is pretty well controlled.  He says that on occasion he will wake up in the night sore, but usually a dose of meds helps.  He says his appetite is down.  He tries to eat what Aramark serves, but this would be difficult for a healthy person.  He drinks his Ensures.  He feels full even with smaller bites.  He tells me he is thirsty; again, he can drink smaller, more frequent amounts.

**Physical Exam**

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Nourishment - cachectic. |
| Constitutional | Comments | Pt is a very pleasant Afro-American who is alert and watching TV.  He remains thin and somewhat cachectic. |
| Constitutional | Normal | Ability to Communicate - Normal. |

**Assessment/Plan**
**Assessment/Plan**

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Malignant neoplasm of rectum (C20). |
|    | Impression | Colo-Rectal CA; recurrent with distant metastatic disease. |

CALVIN, JOHN  K. 000000077541 11/21/1966 01/09/2023 04:19 PM 1/3

# CONFIDENTIAL

|  |  |
|---|---|
|  | Subsequent pain.<br>Poor prognosis.. |
| Patient Plan | Will continue with current care as far as pain meds and meals.  Pt is given a liter of NS via PICC this evening to run at 150cc/hr.<br>Pt asked about "new" cancer treatments.  I told him that even if there were an experimental or new treatment, he is not a good candidate for chemotherapy due to his very frail state.  I think further chemotherapy would hasten his death.  He would also be sick and miserable with more chemotherapy.<br>We continue to be at the point where comfort care is the appropriate course of action. |

**Medications** *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 04/07/2022 | Anusol-HC 2.5 % topical cream with perineal applicator | apply by topical route 2 times every day into the rectum using applicator | Please provide applicator | 04/06/2023 |
| 12/16/2022 | Dilaudid 4 mg tablet | take 1 tablet by oral route every 4 - 6 hours as needed |  | 01/14/2023 |
| 01/05/2023 | doxycycline hyclate 100 mg capsule | take 1 capsule by oral route 2 times every day for 10 days |  | 01/14/2023 |
| 01/04/2023 | Ensure oral liquid | take 1 Container by Oral routem qhs |  | 02/03/2023 |
| 12/16/2022 | Miralax 17 gram/dose oral powder | take (17G)  by oral route 2 times every day mixed with 8 oz. water, juice, soda, coffee or tea |  | 01/14/2023 |
| 01/03/2023 | morphine 10 mg/mL injection solution | inject 10-15mg IM/IV q 4-6 hours PRN pain |  | 02/01/2023 |
| 12/14/2022 | octreotide acetate 100 mcg/mL (1 mL) injection syringe | Inject 100mcg qd | FE approved by Dr. Dodson on 12.14.22, exp 01.12.23 | 01/12/2023 |
| 12/19/2022 | omeprazole 20 mg capsule,delayed release | take 1 capsule by oral route every day before a meal |  | 01/17/2023 |
| 12/16/2022 | Phenergan 50 mg/mL injection solution | inject 25-50mg IM q 6-8 hours PRN N/V |  | 01/14/2023 |

*Provider:*
 Harrod, Gordon  01/09/2023 4:35 PM

---

**Provider: Gordon Harrod MD**
**Document generated by: Gordon Harrod, MD 01/09/2023 4:35 PM**

Name: CALVIN , JOHN
Number: 77541

CALVIN, JOHN  K. 000000077541 11/21/1966 01/09/2023 04:19 PM 2/3

OAG002503